IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| JOHN B. ADRAIN, § | |
| § | |
| *Plaintiff*, § | Case No. 2:10-cv-173 |
| § | |
| vs. § | **JURY TRIAL DEMANDED** |
| § | |
| VIGILANT VIDEO, INC. and THE CITY OF § | |
| PORT ARTHUR, TEXAS, § | |
| § | |
| *Defendants*. § | |

**ORDER**

BEFORE the Court is the parties' Agreed Motion for Extension of Time. The Court, having considered the Motion, finds it well taken and therefore, it is hereby:

ORDERED that the deadline for opening Markman brief (P.R. 4-5(a)) is extended from February 6, 2012 to February 13, 2012; the deadline for response to Markman brief (P.R. 4-5(b)) is extended from February 21, 2012 to February 28, 2012; and the deadline for reply to Markman brief (P.R. 4-5(c)) is extended from February 28, 2012 to March 6, 2012.

**So ORDERED and SIGNED this 6th day of February, 2012.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE