# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| JOHN B. ADRAIN<br>    Plaintiff, | §<br>§<br>§ | |
| v. | § | CIVIL ACTION NO.: 2:10-cv-173-JRG |
| VIGILANT VIDEO, INC., et al.,<br>    Defendants. | §<br>§<br>§<br>§<br>§ | |

## ORDER

The Court enters this Order *sua sponte*. The Court **APPOINTS** Brian M. Buroker to the position of technical advisor in this case, with his costs to be assessed equally between Plaintiff and Defendants and timely paid as billed. The parties are **ORDERED** to send their P.R. 4-5(a)-(c) claim construction materials to Mr. Buroker at Gibson Dunn & Crutcher LLP, 1050 Connecticut Ave., NW, Washington, DC 20036-5306 within one business day of being filed with the Court.

**So ORDERED and SIGNED this 6th day of February, 2012.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE