# United States Patent [19]

**Adrain**

[11] **Patent Number:** 5,831,669

[45] **Date of Patent:** *Nov. 3, 1998

[54] **FACILITY MONITORING SYSTEM WITH IMAGE MEMORY AND CORRELATION**

[76] Inventor: **John B. Adrain**, Box 299, Salt Lake City, Utah 84110

[ * ] Notice: This patent issued on a continued prosecution application filed under 37 CFR 1.53(d), and is subject to the twenty year patent term provisions of 35 U.S.C. 154(a)(2).

[21] Appl. No.: **677,100**

[22] Filed: **Jul. 9, 1996**

[51] **Int. Cl.**[6] .......................................... **H04N 7/18**
[52] **U.S. Cl.** ............................................. **348/143**; 348/159
[58] **Field of Search** .................................... 348/143, 152, 348/155, 156, 159, 161; 382/156, 159; H04N 7/18

[56] **References Cited**

U.S. PATENT DOCUMENTS

4,185,298   1/1980   Billet et al. .

| | | |
|---|---|---|
| 4,547,897 | 10/1985 | Peterson . |
| 4,704,694 | 11/1987 | Czerniejewski . |
| 4,728,195 | 3/1988 | Silver . |
| 4,972,359 | 11/1990 | Silver et al. . |
| 5,293,428 | 3/1994 | Kondou et al. . |
| 5,367,439 | 11/1994 | Mayer et al. . |
| 5,371,690 | 12/1994 | Engel et al. . |
| 5,426,509 | 6/1995 | Peplinski . |

*Primary Examiner*—Howard Britton
*Attorney, Agent, or Firm*—Pearne, Gordon, McCoy & Granger LLP

[57] **ABSTRACT**

A video image of a space is monitored and compared to a reference image. Correlation of the images indicates presence of unwanted persons or objects or the occurrence of unwanted events. When programmed comparison criteria are met, an alarm is activated, the space is displayed on a monitor, and the image is stored in memory. Reference images are stored during dedicated or ongoing learn modes.

**20 Claims, 2 Drawing Sheets**





FIG. 1



FIG. 2

1

# FACILITY MONITORING SYSTEM WITH IMAGE MEMORY AND CORRELATION

## BACKGROUND OF THE INVENTION

### 1. Field of the Invention

This invention relates generally to the field of monitoring and security and specifically to a system that records images and identifies correlation or lack of correlation with the images.

### 2. Description of the Related Art

Video cameras are used for monitoring activity in myriad locations and applications. Commonly, a person views a display showing a scene viewed by the cameras. A single display might receive input from several cameras or each camera might have a dedicated display. Frequently, the person is responsible for monitoring several displays, in addition to other responsibilities. The person cannot give undivided attention to each monitor. Even if the person is responsible only for monitoring a single display, fatigue, boredom, hypnosis, or other factors can cause the person to miss events shown on the display.

Events recorded by the cameras are frequently stored on tape or by some other memory device for subsequent review. This permits replay and careful review, but monitoring is not automatic and not coincident with the events being recorded.

Machine vision devices employing digital image processing are used in manufacturing to test proper positioning, assembly and construction of parts and components. Numerous images of parts or assemblies are successively compared to reference images. Correlation and other characteristics of the comparisons are determined. If a part or assembly does not meet selected criteria, it is determined to be defective and is removed from the manufacturing operation. Examples of such devices and associated systems are shown in U.S. Pat. Nos. 4,185,298; 4,704,694; 4,728,195; 4,972,359; 5,293,428; 5,367,439; 5,371,690; 5,426,509.

## SUMMARY OF THE INVENTION

The present invention provides a monitoring system having a camera adapted for receiving images of a space to be monitored. An interpreter receives image data from the camera, and a reference memory stores reference image data. A comparator is connected for comparing image data from the interpreter to image data from the reference memory according to selected comparison criteria. An output interface reports results of the image data comparisons performed by the comparator.

A programmer is provided for inputting the comparison criteria to the comparator. The programmer is connected for inputting analysis criteria to the interpreter and the interpreter is adapted for analyzing the image data according to the analysis criteria. The programmer is connected for inputting learn criteria to the interpreter and the interpreter is connected for storing image data from the camera in the reference memory according to the learn and analysis criteria. The programmer is connected for inputting learn criteria to the interpreter and the interpreter is connected for storing image data from the camera in the reference memory according to the learn criteria. The programmer is connected for inputting utilization criteria, the output interface being adapted for reporting selected comparison results according the utilization criteria.

A record memory is connected for storing image data from the output interface. The record memory is adapted for storing information associated with the image data stored. A

2

video monitor is provided for displaying images from the output interface. A second camera is connected to provide image data to the interpreter, wherein the interpreter derives a three-dimensional image of the space and the reference memory, comparator, and output interface are adapted for processing three-dimensional image data.

The interpreter is adapted for storing in the reference memory image data from the camera. The interpreter is adapted for periodically storing in the reference memory image data from the camera according to learn criteria. The reference memory is adapted for storing image data for plural images and the comparator is adapted for comparing image data from the interpreter to image data for the plural images from the reference memory according to selected comparison criteria. The camera is mounted to a movable support, such as a vehicle, and the space to be monitored changes according to movement of the support. Alternatively, the camera is mounted to a stationary support. The interpreter is adapted for dividing image data into zones and the comparator is adapted for comparing image data corresponding to the different zones with image data from the reference memory according to different comparison criteria for each zone. The interpreter is adapted for disregarding image data corresponding with a certain zone selected according to selected analysis criteria. The comparator is adapted for sequentially comparing the image data from the different zones and discontinuing comparison of an image upon failure to meet the comparison criteria for the zone being compared. The interpreter is adapted for dividing image data into zones and different criteria are applied to different zones of the image data.

The invention also provides a method of monitoring a space. Method steps include receiving a first set of image data from the space; identifying and selecting a portion of the information to be stored according to analysis and learn criteria; storing the selected information; receiving a second set of image data from the space; identifying and selecting a portion of the second set of image data to be analyzed according to the analysis criteria; comparing the selected portions of the sets of image data to each other so as to determine a correlation of the images; and indicating whether the correlation of the images meets selected comparison criteria.

Additional steps include reporting results of the comparison step according to utilization criteria; establishing the analysis and learn criteria; establishing the comparison criteria; and establishing the utilization criteria. The step of indicating includes recording image data according to utilization criteria. Plural sets of image data are stored and the step of comparing the image data comprises comparison of the plural sets of image data to one of the sets of image data. The image data are sequentially received from different spaces. The step of storing data includes establishing baseline image data and subsequently storing changes from the baseline data. The portions of data selected represent a zone of the space. The steps are repeated for selected data representing a different zone of the space and at least one set of the analysis, learn, and comparison criteria is different from the previous criteria.

The system according to the invention has application in numerous situations where video or human monitoring is presently utilized. In addition, this system has application where video and other forms of monitoring have been ineffective. For example, casinos can use this system for identifying irregularities in the dealing and playing of cards and other games. Commercial facilities can use the system for reliably identifying breaches of security with minimal

A000004

**3**

false alarms. Law enforcement officials can use the system to monitor license plates with mobile or stationary equipment for identifying stolen vehicles.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 shows a block diagram of a monitoring system according to the invention; and

FIG. 2 shows a schematic diagram of another embodiment of the invention.

## DESCRIPTION OF THE PREFERRED EMBODIMENTS

Referring to FIG. 1, a monitoring system 10 includes cameras 12, 13 for monitoring a space 14. The space 14 can be a room, an entry, a passage, or any other location. The cameras 12, 13 are mounted on stationary supports, such as walls of the space 14. In one embodiment, the camera 12 is a digital video camera translating visible images into digital electric signals. As discussed below, other cameras are also suitable, such as analog or infrared. A single camera can be used for two dimensional images; Two cameras are used for three-dimensional images, wherein an interpreter derives the three-dimensional image from image data received from the two cameras. Additional cameras can be used for monitoring different spaces or different characteristics of the same space. The cameras are connected to input image data to an interpreter 16. The interpreter 16 selects image data from the cameras 12, 13 according to analysis criteria input from a programmer 18. Programming can be performed directly by user inputs provided at the programmer or remotely, for example by a modem using a computer with a program interface. A reference memory 20 receives data from the interpreter 16 according to storage criteria input to the interpreter by the programmer 18. A comparator 22 receives data from the interpreter 16 and reference memory 20 and compares these data according to comparison criteria input by the programmer 18. The comparator 22 determines a correlation between pixels from the reference memory 20 and pixels from the interpreter 16. If the comparator 22 determines that the correlation falls within or outside of a selected range requiring action, results of the comparison are input to an output interface 24, such as an alarm panel, a memory interface, or a video monitor interface. The output interface 24 reports results of the comparison by selecting comparison data to be stored or otherwise utilized by a record memory 26 or monitor 28, for example, connected to receive data from the output interface according to criteria input by the programmer 18. Preferably, the interpreter 16, programmer 18, reference memory 20, comparator 22, and output interface 24 are integrated in a microcomputer and associated software.

Using the programmer 18, a user inputs learn criteria, including analysis and storage criteria for reference images to be stored in the reference memory. For example, the user can instruct the interpreter 16 to identify and store in the reference memory 20 a pixel representation of all stationary objects on a shelf in the space 14 at a selected time. The interpreter 16 identifies the object images meeting the programmed criteria, and stores the images in the reference memory 20. The reference memory can be divided into sections for storing different types of data. The reference memory can include an archive section in which baseline image data are stored. After storing the baseline data, subsequent images can be stored by storing only data that have changed from the baseline. According to user programming, the storing of images can be repeated at

**4**

selected times or continuously according to the learn criteria. For example, the stationary objects can be identified at the same time every day, or when a person whose image data is in the reference memory appears in the space with a new person, the new person's image data is stored in the reference memory. Also, the learn criteria can be automatically revised to create new learn criteria according to image data from the interpreter and the current learn criteria.

The user also programs analysis criteria for monitoring the space. For example, the interpreter 16 can monitor image data from the camera 12 during certain time periods when the images of the stationary objects are not supposed to be moved.

The user also inputs comparison criteria. Comparison criteria include selecting the images to be compared and a range of correlation in which the monitored image is sufficiently like the reference image for a particular purpose. For example, stationary object images and monitored images are compared to determine whether any object previously identified as stationary is not in its previous location. Image data from the interpreter and the reference memory are compared by the comparator 22 according to the comparison criteria to determine correlation of the images. For example, if the location of an object in the image data from the interpreter is not the same as the location of the same object in the reference memory, then the comparator sends an alarm signal to the output interface 24 indicating an alarm condition. Sensitivity of the correlation can be adjusted. For example, the alarm condition can occur on any movement of an object or only on complete absence of an object from the space. The comparison criteria can include events or movements as well as stationary patterns. For example, a person's hand would be an acceptable stationary pattern, but a pixel pattern representing sudden movement of the hand, such as striking something, would represent an impermissible event causing an alarm. The alarm signal can include an image of the space, an identification of the space or the object, the time of the signal, or any other signal indicating that the comparison criteria have been met or not met, as is appropriate. The output interface 24 selects and/or translates the appropriate signals and forwards them to output devices. For example, an audible alarm sounds and the monitor 28 shows the video image of the space 14 when the object is moved, and the image, date and time of the movement of the object is recorded in the record memory 26. Multiple monitoring system components can be connected to a single output interface and monitor to monitor different spaces or different parts of a space. When an alarm condition arises in one space, its output is sent to the monitor and can be augmented by other information such as sound from the space being monitored and information about the space or condition.

Learning and analysis can be performed separately or coincidentally. Learning can be accomplished directly by entering a learn only mode and recording images in the reference memory. Learning can also be accomplished indirectly, for example by association of new images with previously learned images or by receiving new images during permitted learning periods that coincide with monitoring periods.

Referring to FIG. 2, the camera 12 can be mounted on a mobile support, such as a vehicle 30. The space 14 and objects 32 being monitored change according to movement of the vehicle 30. For example, the camera can be mounted on a police car and programmed to monitor license plate numbers. The reference memory stores license numbers for stolen cars. Analysis is limited to consistently sized characters within a specified boundary, that is the rectangular shape

5,831,669

5

of the license plate. When the object **32** meets the analysis criteria of a license plate, the number is compared to the numbers in the reference memory. When the comparison finds a match, an appropriate alarm indicates discovery of a stolen car to officers in the police car. Information about the car and possible occupants can be displayed as well.

The invention, as shown for example in FIGS. **1** and **2**, can be used in numerous methods of operation. The license plate example utilizes a high degree of correlation between the reference image and the monitored image. Other aspects of the invention, discussed previously and below, utilize lack of correlation between the reference and monitored images to trigger an alarm condition. Combinations of these aspects can also be used for different objects or spaces monitored by the same system.

A limited access entry or passage, an office or workspace, or a home can be monitored. The learn criteria identify persons permitted to be in the monitored space, image data of their faces being stored in the reference memory. The space monitored is generally consistent so that the analysis criteria ignore the environment and limit the analysis to the faces of persons in the space. The comparison criteria are set to identify unauthorized persons in the space according to comparison of persons in the space with persons in the reference memory. The comparison allows for variations in appearance, such as changes in hair style or facial expressions, by allowing pixel comparisons to vary within a range and by focusing on less changeable parts, such as the nose.

Sensitivity of the correlation can be varied within a space being monitored. Image data for a space can be divided into zones in which different learn, analysis, comparison, and/or utilization criteria apply. For example, monitoring roads to locate license plates, as described with reference to FIG. **2**, can also include monitoring the object vehicles **34**. License plate characters are uniform, so close correlation of the reference and object in zone A is desired. The color and general outline of the object vehicle can also be analyzed, however, lesser correlation is desired in zone B because different lighting can affect color and the amount of data required for the comparison can be limited. Also, assuming the license plate characters match, close correlation of the vehicle comparison may not be necessary. An alternative analysis and comparison would identify a license plate match in zone A and then compare the vehicle outline in zone B. If the vehicle outline does not sufficiently correlate with the image data corresponding to the license plate number, the output interface would report that the license plate has been switched from the vehicle on which the plate is supposed to be mounted.

Images from different zones can be compared sequentially. The results of a comparison in one zone can affect whether and how a subsequent comparison is performed. For example, the results of a comparison in one zone can determine which zone and/or what comparison criteria are used for a subsequent comparison.

Another method monitors a consistent space, with many different objects and persons. The analysis is limited to specifically defined movements or events possibly within a specified zone. For example, cheating at a casino black jack table is monitored by identifying cards that move outside a selected zone on the table. Also, a person's hand or arm that reaches from the players' side of the table into a forbidden zone will trigger an alarm. However, the dealer's arms and the movement of cards in the playing zone are ignored. Events occurring away from the table are also ignored

6

although they might be recorded for the purpose of identifying the offending player.

In some applications, all but very specific events can be ignored. For example, bank employees can be trained to make a certain movement during a robbery. To the uninitiated, the signal appears innocuous, but the monitoring system is programmed to recognize the movement and trigger an alarm. Like a password, the movement can be changed and accordingly reprogrammed in the system.

Data other than visual images can also be analyzed. For example, thermal images can be used to sense overheating of equipment or fires in facilities. Micropower impulse radar (MIR) can be used to monitor spaces through smoke, walls, or other opaque materials. Different types of cameras or cameras collecting different types of image data can be combined. For example, a thermal camera can monitor a space to sense a fire. A radar camera can monitor the same space to sense whether floors or walls have collapsed due to the fire.

Monitoring can be accomplished in real time or using images collected previously. For example, an amusement park can use cameras located at different points in the park. Analysis of traffic flow can be analyzed in real time based on criteria selected prior to monitoring. Results can be used immediately to correct for unwanted conditions. Alternatively, the cameras can collect image data for storage. At a later time, comparison can be made based on criteria selected at the later time and the comparison results used to establish a statistical database for future planning.

The present disclosure describes several embodiments of the invention, however, the invention is not limited to these embodiments. Other variations are contemplated to be within the spirit and scope of the invention and appended claims.

What is claimed is:

1. A monitoring system comprising:
   a movably mounted camera adapted for receiving images of a space to be monitored;
   an interpreter for receiving image data from the camera;
   a reference memory for storing reference image data;
   a comparator connected for comparing image data from the interpreter to image data from the reference memory according to selected comparison criteria, wherein the interpreter and comparator cooperate to select recognizable portions of image data among unrecognized portions of image data in the space being monitored, the selected image portions being compared to the image data in the reference memory; and
   an output interface for reporting results of the image data comparisons performed by the comparator.

2. A system according to claim 1 further comprising a programmer for inputting the comparison criteria to the comparator.

3. A system according to claim 2 wherein the programmer is connected for inputting analysis criteria to the interpreter and the interpreter is adapted for analyzing the image data according to the analysis criteria.

4. A system according to claim 3 wherein the programmer is connected for inputting learn criteria to the interpreter and the interpreter is connected for storing image data from the camera in the reference memory according to the learn and analysis criteria.

5. A system according to claim 2 wherein the programmer is connected for inputting learn criteria to the interpreter and the interpreter is connected for storing image data from the camera in the reference memory according to the learn criteria.

7

**6**. A system according to claim **2** wherein the programmer is connected for inputting utilization criteria, the output interface being adapted for reporting selected comparison results according to the utilization criteria.

**7**. A system according to claim **1** wherein the camera is mounted on a vehicle.

**8**. A system according to claim **1** wherein the record memory is adapted for storing information associated with the image data stored.

**9**. A system according to claim **1** wherein the interpreter selects images according to analysis criteria so that only the selected images are input to the comparator for comparison to reference images.

**10**. A system according to claim **9** wherein the selected images represent only portions of a larger image.

**11**. A monitoring system comprising:

a movably mounted camera adapted for receiving images of a space to be monitored;

an interpreter for receiving image data from the camera;

a reference memory for storing reference image data for plural images and a comparator adapted for comparing image data from the interpreter to image data for the plural images from the reference memory according to selected comparison criteria, wherein the interpreter and comparator cooperate to select recognizable portions of image data among unrecognized portions of image data in the space being monitored, the selected image portions being compared to the image data in the reference memory; and

an output interface for reporting results of the image data comparisons performed by the comparator.

**12**. A method of monitoring a space comprising the steps of:

receiving a first set of image data from the space representing plural images;

identifying and selecting a portion of the information to be stored according to analysis and learn criteria;

8

storing the selected information;

receiving a second set of image data from the space;

identifying and selecting a portion of the second set of image data to be analyzed according to the analysis criteria, wherein the selected portion represents a recognizable portion of image data among unrecognized portions of image data in the space being monitored;

comparing the selected portions of the sets of image data to each other so as to compare the second set of image data to the plural images of the first set and determine a correlation of the images; and

indicating whether the correlation of the images meets selected comparison criteria.

**13**. A method according to claim **12** further comprising the step of reporting results of the comparison step according to utilization criteria and augmenting the reporting with identifying information.

**14**. A method according to claim **12** further comprising the step of establishing the analysis and learn criteria.

**15**. A method according to claim **12** further comprising the step of establishing the comparison criteria.

**16**. A method according to claim **12** wherein the image data are sequentially received from different spaces.

**17**. A method according to claim **12** wherein the step of storing data includes establishing baseline image data and subsequently storing changes from the baseline data.

**18**. A method according to claim **12** wherein the portions of data selected represent a zone of the space.

**19**. A method according to claim **18** wherein the steps are repeated for selected data representing a different zone of the space and at least one set of the analysis, learn, and comparison criteria is different from the previous criteria.

**20**. A method according to claim **12** wherein the comparison of image data is repeated to distinguish between movements based on a series of sequential images.

*    *    *    *    *



# United States
# Patent File History

## Tab Listings

**A.**    References (if applicable)
     **A1**-U.S. References
     **A2**-Foreign References

**B.**    Jacket (face of file, contents flap, index of claims, PTO 270, searched)

**C.**    Printed Patent

**D.**    Specification (serial no. Sheet, abstract, specification, claims)

**E.**    Oath
     **E1**-Small Entity Status (if applicable)

**F.**    Drawing Figures (if applicable)

**G.**    USPTO/Applicant Correspondence

**H.**    Original Patent Application (in cases of FWC)

### Supplied by:

### REEDFAX

7 Walnut Grove, Horsham, PA 19044

Customer Service: 1-800-422-1337 or 215-441-4768
Fax: 1-800-421-5585 or 215-441-5463
www.reedfax.com
email@reedfax.com



5831669

| | Subclass | |
|---|---|---|
| | Class | ISSUE CLASSIFICATION |

**5831669**

| UTILITY SERIAL NUMBER 08 677100 | PATENT DATE NOV 03 1998 | PATENT NUMBER |
|---|---|---|

| SERIAL NUMBER 08/677,100 | FILING DATE 07/09/96 | CLASS 258 | SUBCLASS | GROUP ART UNIT 2615 | EXAMINER BRITTON |
|---|---|---|---|---|---|

**APPLICANTS**

JOHN B. ADRAIN, SALT LAKE CITY, UT.

```
**CONTINUING DATA********************
VERIFIED
    None
```

```
**FOREIGN/PCT APPLICATIONS***********
VERIFIED
    None
```

FOREIGN FILING LICENSE GRANTED 08/20/96      ***** SMALL ENTITY *****

| Foreign priority claimed ☐ yes ☒ no | AS FILED → | STATE OR COUNTRY | SHEETS DRWGS. | TOTAL CLAIMS | INDEP. CLAIMS | FILING FEE RECEIVED | ATTORNEY'S DOCKET NO. |
|---|---|---|---|---|---|---|---|
| 35 USC 119 conditions met ☐ yes ☒ no Verified and Acknowledged  Examiner's Initials | | UT | 2 | 32 | 2 | $507.00 | 29520 |

**ADDRESS**

PEARNE GORDON McCOY & GRANGER
1200 LEADER BLDG
CLEVELAND OH 44114

**ISSUE FEE IN FILE**

**TITLE**

FACILITY MONITORING SYSTEM WITH IMAGE MEMORY AND CORRELATION

U.S. DEPT. OF COMM./ PAT. & TM—PTO-436L (Rev.12-94)

| PARTS OF APPLICATION FILED SEPARATELY | | Rose 6/8/98 Applications Examiner |
|---|---|---|
| **NOTICE OF ALLOWANCE MAILED** 6/5/98 | Assistant Examiner | **CLAIMS ALLOWED** |
| | | Total Claims 20 / Print Claim 1 |
| **ISSUE FEE** | | **DRAWING** |
| Amount Due $100.00 | Date Paid | HOWARD BRITTON PRIMARY EXAMINER | Sheets Drwg. 2 | Figs. Drwg. 2 | Print Fig. 1 |
| | | Primary Examiner | **ISSUE BATCH NUMBER** E89 |
| Label Area | **PREPARED FOR ISSUE** | |
| | WARNING: The information disclosed herein may be restricted. Unauthorized disclosure may be prohibited by the United States Code Title 35, Sections 122, 181 and 368. Possession outside the U.S. Patent & Trademark Office is restricted to authorized employees and contractors only. | |

Form PTO-436A
(Rev. 8/92)

**A000009**

(FACE)

08 677100

# PATENT APPLICATION

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

08677100

APPROVED FOR LICENSE ☐

AUG 1 0 9 6 3 ±

INITIALS _____

| Date Entered or Counted | | CONTENTS | Date Received or Mailed |
|---|---|---|---|
| | 1. | Application _2drwgs._ papers. | |
| | 2. | Prior Art | 7-9-96. |
| 1-6-97 | 3. | Rej (3mos) | 1-13-97 |
| | 4. | Amdt A | 4-21-97 |
| 8-4-97 | 5. | Final Rej (3mse.) | 8-5-97 m.l. |
| | 6. | Req Exttime + Amdt B CPA | 2-4-98 |
| 6-4-98 | 7. | Notice Allow | 10-5-98 |
| 7-17-98 | 8. | Formal Drawings (2 shts) set 1 | 7-2-98 |
| | 9. | PTO GRANT NOV 0 3 1998 | |
| | 10. | | |
| | 11. | | |
| | 12. | | |
| | 13. | | |
| | 14. | | |
| | 15. | | |
| | 16. | | |
| | 17. | | |
| | 18. | | |
| | 19. | | |
| | 20. | | |
| | 21. | | |
| | 22. | | |
| | 23. | | |
| | 24. | | |
| | 25. | | |
| | 26. | | |
| | 27. | | |
| | 28. | | |
| | 29. | | |
| | 30. | | |
| | 31. | | |
| | 32. | | A000010 |

(FRONT)

Staple Issue Slip Here

| POSITION | ID NO. | DATE |
|---|---|---|
| CLASSIFIER | | |
| EXAMINER | 38 | 8/19/96 |
| TYPIST | J.H. | 8/20/96 |
| VERIFIER | 1060 | 8-29-96 |
| CORPS CORR. | | |
| SPEC. HAND | | |
| FILE MAINT. | | |
| DRAFTING | | |

## INDEX OF CLAIMS

| Final | Original | 1/9/ | 1/9/ 98 | Date | | |
|---|---|---|---|---|---|---|
| 1 | 1 | ✓ | = | | | |
| 2 | 2 | ✓ | = | | | |
| 3 | 3 | ✓ | = | | | |
| 4 | 4 | ✓ | = | | | |
| 5 | 5 | ✓ | = | | | |
| 6 | 6 | ✓ | = | | | |
| | 7 | | | | | |
| 7 | 8 | ✓ | = | | | |
| | 9 | | | | | |
| 8 | 10 | | = | | | |
| | 11 | | | | | |
| | 12 | ✓ | | | | |
| | 13 | ✓ | | | | |
| | 14 | | | | | |
| 11 | 15 | ✓ | = | | | |
| | 16 | ✓ | | | | |
| | 17 | | | | | |
| | 18 | ✓ | | | | |
| | 19 | ✓ | | | | |
| | 20 | ✓ | | | | |
| | 21 | | | | | |
| 12 | 22 | ✓ | = | | | |
| 13 | 23 | ✓ | = | | | |
| | 24 | | | | | |
| 14 | 25 | ✓ | = | | | |
| 15 | 26 | ✓ | = | | | |
| | 27 | | | | | |
| | 28 | | | | | |
| 16 | 29 | ✓ | = | | | |
| 17 | 30 | ✓ | = | | | |
| 18 | 31 | ✓ | = | | | |
| 19 | 32 | ✓ | = | | | |
| 9 | 33 | ✓ | = | | | |
| 10 | 34 | ✓ | = | | | |
| | 35 | ✓ | | | | |
| | 36 | ✓ | | | | |
| | 37 | | | | | |
| 20 | 38 | ✓ | = | | | |
| | 39 | | | | | |
| | 40 | | | | | |
| | 41 | | | | | |
| | 42 | | | | | |
| | 43 | | | | | |
| | 44 | | | | | |
| | 45 | | | | | |
| | 46 | | | | | |
| | 47 | | | | | |
| | 48 | | | | | |
| | 49 | | | | | |
| | 50 | | | | | |

**SYMBOLS**

| | |
|---|---|
| ✓ | Rejected |
| = | Allowed |
| – (Through numeral) | Canceled |
| + | Restricted |
| N | Non-elected |
| I | Interference |
| A | Appeal |
| O | Objected |

| Final | Original | Date | | | |
|---|---|---|---|---|---|
| | 51 | | | | |
| | 52 | | | | |
| | 53 | | | | |
| | 54 | | | | |
| | 55 | | | | |
| | 56 | | | | |
| | 57 | | | | |
| | 58 | | | | |
| | 59 | | | | |
| | 60 | | | | |
| | 61 | | | | |
| | 62 | | | | |
| | 63 | | | | |
| | 64 | | | | |
| | 65 | | | | |
| | 66 | | | | |
| | 67 | | | | |
| | 68 | | | | |
| | 69 | | | | |
| | 70 | | | | |
| | 71 | | | | |
| | 72 | | | | |
| | 73 | | | | |
| | 74 | | | | |
| | 75 | | | | |
| | 76 | | | | |
| | 77 | | | | |
| | 78 | | | | |
| | 79 | | | | |
| | 80 | | | | |
| | 81 | | | | |
| | 82 | | | | |
| | 83 | | | | |
| | 84 | | | | |
| | 85 | | | | |
| | 86 | | | | |
| | 87 | | | | |
| | 88 | | | | |
| | 89 | | | | |
| | 90 | | | | |
| | 91 | | | | |
| | 92 | | | | |
| | 93 | | | | |
| | 94 | | | | |
| | 95 | | | | |
| | 96 | | | | |
| | 97 | | | | |
| | 98 | | | | |
| | 99 | | | | |
| | 100 | | | | |

(LEFT INSIDE)

Staple Issue Slip Here

| POSITION | | ID NO. | DATE |
|---|---|---|---|
| CLASSIFIER | | | |
| EXAMINER | | 38 | 8/19/96 |
| TYPIST | | A.H | 820496 |
| VERIFIER | | 106 | 8-29-96 |
| CORPS CORR. | | | |
| SPEC. HAND | | | |
| FILE MAINT. | | | |
| DRAFTING | | | |

## INDEX OF CLAIMS

| Final | Original | 1/3 | 1/24 | Date | | | | |
|---|---|---|---|---|---|---|---|---|
| 1 | 1 | ✓ | ✓ | = | | | | |
| 2 | 2 | | ✓ | = | | | | |
| 3 | 3 | | ✓ | = | | | | |
| 4 | 4 | | ✓ | = | | | | |
| 5 | 5 | | ✓ | = | | | | |
| 6 | 6 | | ✓ | = | | | | |
| | 7 | | | | | | | |
| 7 | 8 | | ✓ | = | | | | |
| | 9 | | | | | | | |
| 8 | 10 | | | = | | | | |
| | 11 | | | | | | | |
| | 12 | | ✓ | | | | | |
| | 13 | | | | | | | |
| | 14 | | ✓ | | | | | |
| 11 | 15 | | ✓ | = | | | | |
| | 16 | | ✓ | | | | | |
| | 17 | | ✓ | | | | | |
| | 18 | | ✓ | | | | | |
| | 19 | | ✓ | ✓ | | | | |
| | 20 | | ✓ | | | | | |
| | 21 | | ✓ | | | | | |
| 12 | 22 | | ✓ | = | | | | |
| 13 | 23 | | ✓ | = | | | | |
| | 24 | | | | | | | |
| 14 | 25 | | ✓ | = | | | | |
| 15 | 26 | | ✓ | = | | | | |
| | 27 | | | | | | | |
| | 28 | | | | | | | |
| 16 | 29 | | ✓ | = | | | | |
| 17 | 30 | | ✓ | = | | | | |
| 18 | 31 | | ✓ | = | | | | |
| 19 | 32 | | ✓ | = | | | | |
| 9 | 33 | | ✓ | = | | | | |
| 10 | 34 | | ✓ | = | | | | |
| | 35 | | ✓ | | | | | |
| | 36 | | ✓ | | | | | |
| | 37 | | ✓ | | | | | |
| 20 | 38 | | ✓ | = | | | | |
| | 39 | | | | | | | |
| | 40 | | | | | | | |
| | 41 | | | | | | | |
| | 42 | | | | | | | |
| | 43 | | | | | | | |
| | 44 | | | | | | | |
| | 45 | | | | | | | |
| | 46 | | | | | | | |
| | 47 | | | | | | | |
| | 48 | | | | | | | |
| | 49 | | | | | | | |
| | 50 | | | | | | | |

| Final | Original | Date | | | | |
|---|---|---|---|---|---|---|
| | 51 | | | | | |
| | 52 | | | | | |
| | 53 | | | | | |
| | 54 | | | | | |
| | 55 | | | | | |
| | 56 | | | | | |
| | 57 | | | | | |
| | 58 | | | | | |
| | 59 | | | | | |
| | 60 | | | | | |
| | 61 | | | | | |
| | 62 | | | | | |
| | 63 | | | | | |
| | 64 | | | | | |
| | 65 | | | | | |
| | 66 | | | | | |
| | 67 | | | | | |
| | 68 | | | | | |
| | 69 | | | | | |
| | 70 | | | | | |
| | 71 | | | | | |
| | 72 | | | | | |
| | 73 | | | | | |
| | 74 | | | | | |
| | 75 | | | | | |
| | 76 | | | | | |
| | 77 | | | | | |
| | 78 | | | | | |
| | 79 | | | | | |
| | 80 | | | | | |
| | 81 | | | | | |
| | 82 | | | | | |
| | 83 | | | | | |
| | 84 | | | | | |
| | 85 | | | | | |
| | 86 | | | | | |
| | 87 | | | | | |
| | 88 | | | | | |
| | 89 | | | | | |
| | 90 | | | | | |
| | 91 | | | | | |
| | 92 | | | | | |
| | 93 | | | | | |
| | 94 | | | | | |
| | 95 | | | | | |
| | 96 | | | | | |
| | 97 | | | | | |
| | 98 | | | | | |
| | 99 | | | | | |
| | 100 | | | | | |

SYMBOLS

| ✓ | Rejected |
|---|---|
| = | Allowed |
| . (Through numberal) | Cancelled |
| + | Restricted |
| N | Non-elected |
| I | Interference |
| A | Appeal |
| O | Objected |

A000012

(LEFT INSIDE)

## SEARCHED

| Class | Sub. | Date | Exmr. |
|-------|------|------|-------|
| 348 | 143 | 12/23/96 | H.B |
|  | 152 |  |  |
|  | 155 |  |  |
|  | 156 |  |  |
|  | 159 |  |  |
|  | 161 |  |  |
| 382 | 156 | 12/23/96 | H.B |
|  | 159 |  |  |
| 348 | 143 | 7/21/97 | H.B |
|  | 152 |  |  |
|  | 155 |  |  |
|  | 156 |  |  |
|  | 159 |  |  |
|  | 161 |  |  |
| 382 | 156 | 7/21/97 | H.B |
|  | 159 |  |  |
| AU HO4N | date 7/18 | 6 2 98 | JB |

## INTERFERENCE SEARCHED

| Class | Sub. | Date | Exmr. |
|-------|------|------|-------|
| 348 | 143 159 | 6 2 98 | JB |

## SEARCH NOTES

|  | Date | Exmr. |
|--|------|-------|
| Examiner Howard Britton AU 2615 CL 348 | 12/23/96 | H.B |
| Examiner Vu Le AU 2615 CL 348 | 12/28/96 | H.B |
| Examiner Howard Britton AU 2615 CL 348 | 7/21/97 | H.B |

A000013

(RIGHT OUTSIDE)

☆ U.S. GOVERNMENT PRINTING OFFICE 1987-430-220

PATENT NUMBER

**ORIGINAL CLASSIFICATION**

| CLASS | SUBCLASS |
|-------|----------|
| 3 4 8 | 1 4 5    |

APPLICATION SERIAL NUMBER

08/ 677,100

**CROSS REFERENCE(S)**

| CLASS | SUBCLASS (ONE SUBCLASS PER BLOCK) | | | |
|-------|-----------------------------------|---|---|---|
| 3 4 8 | 159 | | | |
| | | | | |
| | | | | |
| | | | | |

APPLICANT'S NAME (PLEASE PRINT)

J B Adrain

IF REISSUE, ORIGINAL PATENT NUMBER

**INTERNATIONAL CLASSIFICATION**

| | | | | |
|---|---|---|---|---|
| H 0 4 N | 7 / 18 | | | |
| | | | | |

| GROUP ART_UNIT | ASSISTANT EXAMINER (PLEASE STAMP OR PRINT FULL NAME) |
|----------------|------------------------------------------------------|
| 2713 | PRIMARY EXAMINER (PLEASE STAMP OR PRINT FULL NAME) Howard W. Britton |

PTO 270
(REV. 5-91)

**ISSUE CLASSIFICATION SLIP**

U.S. DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE

A000014



US005831669A

# United States Patent [19]

## Adrain

[11] **Patent Number:** 5,831,669

[45] **Date of Patent:** *Nov. 3, 1998

[54] **FACILITY MONITORING SYSTEM WITH IMAGE MEMORY AND CORRELATION**

[76] Inventor: **John B. Adrain**, Box 299, Salt Lake City, Utah 84110

[ * ] Notice: This patent issued on a continued prosecution application filed under 37 CFR 1.53(d), and is subject to the twenty year patent term provisions of 35 U.S.C. 154(a)(2).

[21] Appl. No.: **677,100**

[22] Filed: **Jul. 9, 1996**

[51] **Int. Cl.⁶** ...................................................... **H04N 7/18**

[52] **U.S. Cl.** ............................................. **348/143**; 348/159

[58] **Field of Search** ...................................... 348/143, 152, 348/155, 156, 159, 161; 382/156, 159; H04N 7/18

[56] **References Cited**

U.S. PATENT DOCUMENTS

4,185,298   1/1980   Billet et al. .

4,547,897  10/1985  Peterson .
4,704,694  11/1987  Czerniejewski .
4,728,195   3/1988  Silver .
4,972,359  11/1990  Silver et al. .
5,293,428   3/1994  Kondou et al. .
5,367,439  11/1994  Mayer et al. .
5,371,690  12/1994  Engel et al. .
5,426,509   6/1995  Peplinski .

*Primary Examiner*—Howard Britton
*Attorney, Agent, or Firm*—Pearne, Gordon, McCoy & Granger LLP

[57]     **ABSTRACT**

A video image of a space is monitored and compared to a reference image. Correlation of the images indicates presence of unwanted persons or objects or the occurrence of unwanted events. When programmed comparison criteria are met, an alarm is activated, the space is displayed on a monitor, and the image is stored in memory. Reference images are stored during dedicated or ongoing learn modes.

**20 Claims, 2 Drawing Sheets**



A000015



F I G . 1

A000016



FIG.2

5,831,669

**1**

# FACILITY MONITORING SYSTEM WITH IMAGE MEMORY AND CORRELATION

## BACKGROUND OF THE INVENTION

### 1. Field of the Invention

This invention relates generally to the field of monitoring and security and specifically to a system that records images and identifies correlation or lack of correlation with the images.

### 2. Description of the Related Art

Video cameras are used for monitoring activity in myriad locations and applications. Commonly, a person views a display showing a scene viewed by the cameras. A single display might receive input from several cameras or each camera might have a dedicated display. Frequently, the person is responsible for monitoring several displays, in addition to other responsibilities. The person cannot give undivided attention to each monitor. Even if the person is responsible only for monitoring a single display, fatigue, boredom, hypnosis, or other factors can cause the person to miss events shown on the display.

Events recorded by the cameras are frequently stored on tape or by some other memory device for subsequent review. This permits replay and careful review, but monitoring is not automatic and not coincident with the events being recorded.

Machine vision devices employing digital image processing are used in manufacturing to test proper positioning, assembly and construction of parts and components. Numerous images of parts or assemblies are successively compared to reference images. Correlation and other characteristics of the comparisons are determined. If a part or assembly does not meet selected criteria, it is determined to be defective and is removed from the manufacturing operation. Examples of such devices and associated systems are shown in U.S. Pat. Nos. 4,185,298; 4,704,694; 4,728,195; 4,972,359; 5,293,428; 5,367,439; 5,371,690; 5,426,509.

## SUMMARY OF THE INVENTION

The present invention provides a monitoring system having a camera adapted for receiving images of a space to be monitored. An interpreter receives image data from the camera, and a reference memory stores reference image data. A comparator is connected for comparing image data from the interpreter to image data from the reference memory according to selected comparison criteria. An output interface reports results of the image data comparisons performed by the comparator.

A programmer is provided for inputting the comparison criteria to the comparator. The programmer is connected for inputting analysis criteria to the interpreter and the interpreter is adapted for analyzing the image data according to the analysis criteria. The programmer is connected for inputting learn criteria to the interpreter and the interpreter is connected for storing image data from the camera in the reference memory according to the learn and analysis criteria. The programmer is connected for inputting learn criteria to the interpreter and the interpreter is connected for storing image data from the camera in the reference memory according to the learn criteria. The programmer is connected for inputting utilization criteria, the output interface being adapted for reporting selected comparison results according to the utilization criteria.

A record memory is connected for storing image data from the output interface. The record memory is adapted for storing information associated with the image data stored. A video monitor is provided for displaying images from the output interface. A second camera is connected to provide image data to the interpreter, wherein the interpreter derives a three-dimensional image of the space and the reference memory, comparator, and output interface are adapted for processing three-dimensional image data.

The interpreter is adapted for storing in the reference memory image data from the camera. The interpreter is adapted for periodically storing in the reference memory image data from the camera according to learn criteria. The reference memory is adapted for storing image data for plural images and the comparator is adapted for comparing image data from the interpreter to image data for the plural images from the reference memory according to selected comparison criteria. The camera is mounted to a movable support, such as a vehicle, and the space to be monitored changes according to movement of the support. Alternatively, the camera is mounted to a stationary support. The interpreter is adapted for dividing image data into zones and the comparator is adapted for comparing image data corresponding to the different zones with image data from the reference memory according to different comparison criteria for each zone. The interpreter is adapted for disregarding image data corresponding with a certain zone selected according to selected analysis criteria. The comparator is adapted for sequentially comparing the image data from the different zones and discontinuing comparison of an image upon failure to meet the comparison criteria for the zone being compared. The interpreter is adapted for dividing image data into zones and different criteria are applied to different zones of the image data.

The invention also provides a method of monitoring a space. Method steps include receiving a first set of image data from the space; identifying and selecting a portion of the information to be stored according to analysis and learn criteria; storing the selected information; receiving a second set of image data from the space; identifying and selecting a portion of the second set of image data to be analyzed according to the analysis criteria; comparing the selected portions of the sets of image data to each other so as to determine a correlation of the images; and indicating whether the correlation of the images meets selected comparison criteria.

Additional steps include reporting results of the comparison step according to utilization criteria; establishing the analysis and learn criteria; establishing the comparison criteria; and establishing the utilization criteria. The step of indicating includes recording image data according to utilization criteria. Plural sets of image data are stored and the step of comparing the image data comprises comparison of the plural sets of image data to one of the sets of image data. The image data are sequentially received from different spaces. The step of storing data includes establishing baseline image data and subsequently storing changes from the baseline data. The portions of data selected represent a zone of the space. The steps are repeated for selected data representing a different zone of the space and at least one set of the analysis, learn, and comparison criteria is different from the previous criteria.

The system according to the invention has application in numerous situations where video or human monitoring is presently utilized. In addition, this system has application where video and other forms of monitoring have been ineffective. For example, casinos can use this system for identifying irregularities in the dealing and playing of cards and other games. Commercial facilities can use the system for reliably identifying breaches of security with minimal

5,831,669

**3**

false alarms. Law enforcement officials can use the system to monitor license plates with mobile or stationary equipment for identifying stolen vehicles.

BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 shows a block diagram of a monitoring system according to the invention; and

FIG. 2 shows a schematic diagram of another embodiment of the invention.

DESCRIPTION OF THE PREFERRED EMBODIMENTS

Referring to FIG. 1, a monitoring system 10 includes cameras 12, 13 for monitoring a space 14. The space 14 can be a room, an entry, a passage, or any other location. The cameras 12, 13 are mounted on stationary supports, such as walls of the space 14. In one embodiment, the camera 12 is a digital video camera translating visible images into digital electric signals. As discussed below, other cameras are also suitable, such as analog or infrared. A single camera can be used for two dimensional images; Two cameras are used for three-dimensional images, wherein an interpreter derives the three-dimensional image from image data received from the two cameras. Additional cameras can be used for monitoring different spaces or different characteristics of the same space. The cameras are connected to input image data to an interpreter 16. The interpreter 16 selects image data from the cameras 12, 13 according to analysis criteria input from a programmer 18. Programming can be performed directly by user inputs provided at the programmer or remotely, for example by a modem using a computer with a program interface. A reference memory 20 receives data from the interpreter 16 according to storage criteria input to the interpreter by the programmer 18. A comparator 22 receives data from the interpreter 16 and reference memory 20 and compares these data according to comparison criteria input by the programmer 18. The comparator 22 determines a correlation between pixels from the reference memory 20 and pixels from the interpreter 16. If the comparator 22 determines that the correlation falls within or outside of a selected range requiring action, results of the comparison are input to an output interface 24, such as an alarm panel, a memory interface, or a video monitor interface. The output interface 24 reports results of the comparison by selecting comparison data to be stored or otherwise utilized by a record memory 26 or monitor 28, for example, connected to receive data from the output interface according to criteria input by the programmer 18. Preferably, the interpreter 16, programmer 18, reference memory 20, comparator 22, and output interface 24 are integrated in a microcomputer and associated software.

Using the programmer 18, a user inputs learn criteria, including analysis and storage criteria for reference images to be stored in the reference memory. For example, the user can instruct the interpreter 16 to identify and store in the reference memory 20 a pixel representation of all stationary objects on a shelf in the space 14 at a selected time. The interpreter 16 identifies the object images meeting the programmed criteria, and stores the images in the reference memory 20. The reference memory can be divided into sections for storing different types of data. The reference memory can include an archive section in which baseline image data are stored. After storing the baseline data, subsequent images can be stored by storing only data that have changed from the baseline. According to user programming, the storing of images can be repeated at

**4**

selected times or continuously according to the learn criteria. For example, the stationary objects can be identified at the same time every day, or when a person whose image data is in the reference memory appears in the space with a new person, the new person's image data is stored in the reference memory. Also, the learn criteria can be automatically revised to create new learn criteria according to image data from the interpreter and the current learn criteria.

The user also programs analysis criteria for monitoring the space. For example, the interpreter 16 can monitor image data from the camera 12 during certain time periods when the images of the stationary objects are not supposed to be moved.

The user also inputs comparison criteria. Comparison criteria include selecting the images to be compared and a range of correlation in which the monitored image is sufficiently like the reference image for a particular purpose. For example, stationary object images and monitored images are compared to determine whether any object previously identified as stationary is not in its previous location. Image data from the interpreter and the reference memory are compared by the comparator 22 according to the comparison criteria to determine correlation of the images. For example, if the location of an object in the image data from the interpreter is not the same as the location of the same object in the reference memory, then the comparator sends an alarm signal to the output interface 24 indicating an alarm condition. Sensitivity of the correlation can be adjusted. For example, the alarm condition can occur on any movement of an object or only on complete absence of an object from the space. The comparison criteria can include events or movements as well as stationary patterns. For example, a person's hand would be an acceptable stationary pattern, but a pixel pattern representing sudden movement of the hand, such as striking something, would represent an impermissible event causing an alarm. The alarm signal can include an image of the space, an identification of the space or the object, the time of the signal, or any other signal indicating that the comparison criteria have been met or not met, as is appropriate. The output interface 24 selects and/or translates the appropriate signals and forwards them to output devices. For example, an audible alarm sounds and the monitor 28 shows the video image of the space 14 when the object is moved, and the image, date and time of the movement of the object is recorded in the record memory 26. Multiple monitoring system components can be connected to a single output interface and monitor to monitor different spaces or different parts of a space. When an alarm condition arises in one space, its output is sent to the monitor and can be augmented by other information such as sound from the space being monitored and information about the space or condition.

Learning and analysis can be performed separately or coincidentally. Learning can be accomplished directly by entering a learn only mode and recording images in the reference memory. Learning can also be accomplished indirectly, for example by association of new images with previously learned images or by receiving new images during permitted learning periods that coincide with monitoring periods.

Referring to FIG. 2, the camera 12 can be mounted on a mobile support, such as a vehicle 30. The space 14 and objects 32 being monitored change according to movement of the vehicle 30. For example, the camera can be mounted on a police car and programmed to monitor license plate numbers. The reference memory stores license numbers for stolen cars. Analysis is limited to consistently sized characters within a specified boundary, that is the rectangular shape

A000019

5,831,669

| 5 | 6 |
|---|---|

of the license plate. When the object **32** meets the analysis criteria of a license plate, the number is compared to the numbers in the reference memory. When the comparison finds a match, an appropriate alarm indicates discovery of a stolen car to officers in the police car. Information about the car and possible occupants can be displayed as well.

The invention, as shown for example in FIGS. **1** and **2**, can be used in numerous methods of operation. The license plate example utilizes a high degree of correlation between the reference image and the monitored image. Other aspects of the invention, discussed previously and below, utilize a lack of correlation between the reference and monitored images to trigger an alarm condition. Combinations of these aspects can also be used for different objects or spaces monitored by the same system.

A limited access entry or passage, an office or workspace, or a home can be monitored. The learn criteria identify persons permitted to be in the monitored space, image data of their faces being stored in the reference memory. The space monitored is generally consistent so that the analysis criteria ignore the environment and limit the analysis to the faces of persons in the space. The comparison criteria are set to identify unauthorized persons in the space according to comparison of persons in the space with persons in the reference memory. The comparison allows for variations in appearance, such as changes in hair style or facial expressions, by allowing pixel comparisons to vary within a range and by focusing on less changeable parts, such as the nose.

Sensitivity of the correlation can be varied within a space being monitored. Image data for a space can be divided into zones in which different learn, analysis, comparison, and/or utilization criteria apply. For example, monitoring roads to locate license plates, as described with reference to FIG. **2**, can also include monitoring the object vehicles **34**. License plate characters are uniform, so close correlation of the reference and object in zone A is desired. The color and general outline of the object vehicle can also be analyzed, however, lesser correlation is desired in zone B because different lighting can affect color and the amount of data required for the comparison can be limited. Also, assuming the license plate characters match, close correlation of the vehicle comparison may not be necessary. An alternative analysis and comparison would identify a license plate match in zone A and then compare the vehicle outline in zone B. If the vehicle outline does not sufficiently correlate with the image data corresponding to the license plate number, the output interface would report that the license plate has been switched from the vehicle on which the plate is supposed to be mounted.

Images from different zones can be compared sequentially. The results of a comparison in one zone can affect whether and how a subsequent comparison is performed. For example, the results of a comparison in one zone can determine which zone and/or what comparison criteria are used for a subsequent comparison.

Another method monitors a consistent space, with many different objects and persons. The analysis is limited to specifically defined movements or events possibly within a specified zone. For example, cheating at a casino black jack table is monitored by identifying cards that move outside a selected zone on the table. Also, a person's hand or arm that reaches from outside the players' side of the table into a forbidden zone will trigger an alarm. However, the dealer's arms and the movement of cards in the playing zone are ignored. Events occurring away from the table are also ignored

although they might be recorded for the purpose of identifying the offending player.

In some applications, all but very specific events can be ignored. For example, bank employees can be trained to make a certain movement during a robbery. To the uninitiated, the signal appears innocuous, but the monitoring system is programmed to recognize the movement and trigger an alarm. Like a password, the movement can be changed and accordingly reprogrammed in the system.

Data other than visual images can also be analyzed. For example, thermal images can be used to sense overheating of equipment or fires in facilities. Micropower impulse radar (MIR) can be used to monitor spaces through smoke, walls, or other opaque materials. Different types of cameras or cameras collecting different types of image data can be combined. For example, a thermal camera can monitor a space to sense a fire. A radar camera can monitor the same space to sense whether floors or walls have collapsed due to the fire.

Monitoring can be accomplished in real time or using images collected previously. For example, an amusement park can use cameras located at different points in the park. Analysis of traffic flow can be analyzed in real time based on criteria selected prior to monitoring. Results can be used immediately to correct for unwanted conditions. Alternatively, the cameras can collect image data for storage. At a later time, comparison can be made based on criteria selected at the later time and the comparison results used to establish a statistical database for future planning.

The present disclosure describes several embodiments of the invention, however, the invention is not limited to these embodiments. Other variations are contemplated to be within the spirit and scope of the invention and appended claims.

What is claimed is:

1. A monitoring system comprising:

a movably mounted camera adapted for receiving images of a space to be monitored;

an interpreter for receiving image data from the camera;

a reference memory for storing reference image data;

a comparator connected for comparing image data from the interpreter to image data from the reference memory according to selected comparison criteria, wherein the interpreter and comparator cooperate to select recognizable portions of image data among unrecognized portions of image data in the space being monitored, the selected image data portions being compared to the image data in the reference memory; and

an output interface for reporting results of the image data comparisons performed by the comparator.

2. A system according to claim **1** further comprising a programmer for inputting the comparison criteria to the comparator.

3. A system according to claim **2** wherein the programmer is connected for inputting analysis criteria to the interpreter and the interpreter is adapted for analyzing the image data according to the analysis criteria.

4. A system according to claim **3** wherein the programmer is connected for inputting learn criteria to the interpreter and the interpreter is connected for storing image data from the camera in the reference memory according to the learn and analysis criteria.

5. A system according to claim **2** wherein the programmer is connected for inputting learn criteria to the interpreter and the interpreter is connected for storing image data from the camera in the reference memory according to the learn criteria.

5,831,669

7

**6**. A system according to claim **2** wherein the programmer is connected for inputting utilization criteria, the output interface being adapted for reporting selected comparison results according the utilization criteria.

**7**. A system according to claim **1** wherein the camera is mounted on a vehicle.

**8**. A system according to claim **1** wherein the record memory is adapted for storing information associated with the image data stored.

**9**. A system according to claim **1** wherein the interpreter selects images according to analysis criteria so that only the selected images are input to the comparator for comparison to reference images.

**10**. A system according to claim **9** wherein the selected images represent only portions of a larger image.

**11**. A monitoring system comprising:

a movably mounted camera adapted for receiving images of a space to be monitored;

an interpreter for receiving image data from the camera;

a reference memory for storing reference image data for plural images and a comparator adapted for comparing image data from the interpreter to image data for the plural images from the reference memory according to selected comparison criteria, wherein the interpreter and comparator cooperate to select recognizable portions of image data among unrecognized portions of image data in the space being monitored, the selected image portions being compared to the image data in the reference memory; and

an output interface for reporting results of the image data comparisons performed by the comparator.

**12**. A method of monitoring a space comprising the steps of:

receiving a first set of image data from the space representing plural images;

identifying and selecting a portion of the information to be stored according to analysis and learn criteria;

8

storing the selected information;

receiving a second set of image data from the space;

identifying and selecting a portion of the second set of image data to be analyzed according to the analysis criteria, wherein the selected portion represents a recognizable portion of image data among unrecognized portions of image data in the space being monitored;

comparing the selected portions of the sets of image data to each other so as to compare the second set of image data to the plural images of the first set and determine a correlation of the images; and

indicating whether the correlation of the images meets selected comparison criteria.

**13**. A method according to claim **12** further comprising the step of reporting results of the comparison step according to utilization criteria and augmenting the reporting with identifying information.

**14**. A method according to claim **12** further comprising the step of establishing the analysis and learn criteria.

**15**. A method according to claim **12** further comprising the step of establishing the comparison criteria.

**16**. A method according to claim **12** wherein the image data are sequentially received from different spaces.

**17**. A method according to claim **12** wherein the step of storing data includes establishing baseline image data and subsequently storing changes from the baseline data.

**18**. A method according to claim **12** wherein the portions of data selected represent a zone of the space.

**19**. A method according to claim **18** wherein the steps are repeated for selected data representing a different zone of the space and at least one set of the analysis, learn, and comparison criteria is different from the previous criteria.

**20**. A method according to claim **12** wherein the comparison of image data is repeated to distinguish between movements based on a series of sequential images.

*    *    *    *    *

08 **677100**

PATENT APPLICATION SERIAL NO._____

U.S. DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE
FEE RECORD SHEET

PTO-1556
(5/87)

A000022

08-677,100

1                    **ABSTRACT OF THE DISCLOSURE**

2         A video image of a space is monitored and compared to a

3    reference image.  Correlation of the images indicates presence

4    of unwanted persons or objects or the occurrence of unwanted

5    events.  When programmed comparison criteria are met, an alarm

6    is activated, the space is displayed on a monitor, and the

7    image is stored in memory.  Reference images are stored during

8    dedicated or ongoing learn modes.

-21-

A000023



1   **FACILITY MONITORING SYSTEM WITH**
2   **IMAGE MEMORY AND CORRELATION**

3   **BACKGROUND OF THE INVENTION**

4       1.   Field of the Invention

5       This invention relates generally to the field of
6   monitoring and security and specifically to a system that
7   records images and identifies correlation or lack of
8   correlation with the images.

9       2.   Description of the Related Art

10      Video cameras are used for monitoring activity in myriad
11  locations and applications.   Commonly, a person views a
12  display showing a scene viewed by the cameras.   A single
13  display might receive input from several cameras or each
14  camera might have a dedicated display. Frequently, the person
15  is responsible for monitoring several displays, in addition
16  to other responsibilities.   The person cannot give undivided
17  attention to each monitor.   Even if the person is responsible
18  only for monitoring a single display, fatigue, boredom,
19  hypnosis, or other factors can cause the person to miss events
20  shown on the display.

21      Events recorded by the cameras are frequently stored on
22  tape or by some other memory device for subsequent review.
23  This permits replay and careful review, but monitoring is not

A000024

1    automatic and not coincident with the events being recorded.

2         Machine vision devices employing digital image processing

3    are used in manufacturing to test proper positioning, assembly

4    and construction of parts and components.  Numerous images of

5    parts or assemblies are successively compared to reference

6    images.   Correlation  and  other  characteristics  of  the

7    comparisons are determined.  If a part or assembly does not

8    meet selected criteria, it is determined to be defective and

9    is removed from the manufacturing operation.  Examples of such

10   devices and associated systems are shown in U.S. Patents Nos.

11   4,185,298;   4,704,694;   4,728,195;   4,972,359;   5,293,428;

12   5,367,439; 5,371,690; 5,426,509.


13                     SUMMARY OF THE INVENTION


14        The present invention provides a monitoring system having

15   a camera adapted for receiving images of a space to be

16   monitored.   An  interpreter  receives  image data  from  the

17   camera, and a reference memory stores reference image data.

18   A comparator is connected for comparing image data from the

19   interpreter to image data from the reference memory according

20   to selected comparison criteria.  An output interface reports

21   results  of  the  image  data  comparisons  performed  by  the

22   comparator.

23        A programmer is provided for inputting the comparison

24   criteria to the comparator.  The programmer is connected for

25   inputting  analysis  criteria  to  the  interpreter  and  the

26   interpreter is adapted for analyzing the image data according

                            -2-


A000025

1    to the analysis criteria.  The programmer is connected for

2    inputting  learn  criteria  to  the  interpreter  and  the

3    interpreter is connected for storing image data from the

4    camera in the reference memory according to the learn and

5    analysis criteria. The programmer is connected for inputting

6    learn  criteria  to  the  interpreter  and  the  interpreter  is

7    connected  for  storing  image  data  from  the  camera  in  the

8    reference  memory  according  to  the  learn  criteria.   The

9    programmer is connected for inputting utilization criteria,

10    the output interface being adapted for reporting selected

11    comparison results according the utilization criteria.

12       A record memory is connected for storing image data from

13    the  output  interface.   The  record  memory  is  adapted  for

14    storing information associated with the image data stored.

15    A video monitor is provided for displaying images from the

16    output  interface.   A  second  camera  is  connected  to  provide

17    image data to the interpreter, wherein the interpreter derives

18    a  three-dimensional  image  of  the  space  and  the  reference

19    memory,  comparator,  and  output  interface  are  adapted  for

20    processing three-dimensional image data.

21       The interpreter is adapted for storing in the reference

22    memory image data from the camera. The interpreter is adapted

23    for periodically storing in the reference memory image data

24    from the camera according to learn criteria.  The reference

25    memory is adapted for storing image data for plural images and

26    the comparator is adapted for comparing image data from the

27    interpreter  to  image  data  for  the  plural  images  from  the

28    reference memory according to selected comparison criteria.

<div align="center">-3-</div>

A000026

1    The camera is mounted to a movable support, such as a vehicle,

2    and the space to be monitored changes according to movement

3    of the support.   Alternatively, the camera is mounted to a

4    stationary support.   The interpreter is adapted for dividing

5    image data into zones and the comparator is adapted for

6    comparing image data corresponding to the different zones with

7    image data from the reference memory according to different

8    comparison criteria for each zone.   The interpreter is adapted

9    for disregarding image data corresponding with a certain zone

10   selected according to selected analysis criteria.   The

11   comparator is adapted for sequentially comparing the image

12   data from the different zones and discontinuing comparison of

13   an image upon failure to meet the comparison criteria for the

14   zone being compared.   The interpreter is adapted for dividing

15   image data into zones and different criteria are applied to

16   different zones of the image data.

17       The invention also provides a method of monitoring a

18   space.   Method steps include receiving a first set of image

19   data from the space; identifying and selecting a portion of

20   the information to be stored according to analysis and learn

21   criteria; storing the selected information; receiving a second

22   set of image data from the space; identifying and selecting

23   a portion of the second set of image data to be analyzed

24   according to the analysis criteria; comparing the selected

25   portions of the sets of image data to each other so as to

26   determine a correlation of the images; and indicating whether

27   the correlation of the images meets selected comparison

28   criteria.

-4-

1    Additional steps include reporting results of the

2    comparison step according to utilization criteria;

3    establishing the analysis and learn criteria; establishing the

4    comparison criteria; and establishing the utilization

5    criteria.  The step of indicating includes recording image

6    data according to utilization criteria.  Plural sets of image

7  . data are stored and the step of comparing the image data

8    comprises comparison of the plural sets of image data to one

9    of the sets of image data.  The image data are sequentially

10   received from different spaces.  The step of storing data

11   includes establishing baseline image data and subsequently

12   storing changes from the baseline data.  The portions of data

13   selected represent a zone of the space.  The steps are

14   repeated for selected data representing a different zone of

15   the space and at least one set of the analysis, learn, and

16   comparison criteria is different from the previous criteria.

17       The system according to the invention has application in

18   numerous situations where video or human monitoring is

19   presently utilized.  In addition, this system has application

20   where video and other forms of monitoring have been

21   ineffective.  For example, casinos can use this system for

22   identifying irregularities in the dealing and playing of cards

23   and other games.  Commercial facilities can use the system for

24   reliably identifying breaches of security with minimal false

25   alarms.  Law enforcement officials can use the system to

26   monitor license plates with mobile or stationary equipment for

27   identifying stolen vehicles.

-5-

**A000028**

1       **BRIEF DESCRIPTION OF THE DRAWINGS**

2       Fig. 1 shows a block diagram of a monitoring system

3   according to the invention; and

4       Fig. 2 shows a schematic diagram of another embodiment

5   of the invention.


6       **DESCRIPTION OF THE PREFERRED EMBODIMENTS**


7       Referring to Fig. 1, a monitoring system 10 includes

8   cameras 12, 13 for monitoring a space 14.  The space 14 can

9   be a room, an entry, a passage, or any other location.  The

10  cameras 12, 13 are mounted on stationary supports, such as

11  walls of the space 14.  In one embodiment, the camera 12 is

12  a digital video camera translating visible images into digital

13  electric signals.  As discussed below, other cameras are also

14  suitable, such as analog or infrared.  A single camera can be

15  used for two dimensional images; Two cameras are used for

16  three-dimensional images, wherein an interpreter derives the

17  three-dimensional image from image data received from the two

18  cameras.   Additional cameras can be used for monitoring

19  different spaces or different characteristics of the same

20  space.  The cameras are connected to input image data to an

21  interpreter 16.  The interpreter 16 selects image data from

22  the cameras 12, 13 according to analysis criteria input from

23  a programmer 18.  Programming can be performed directly by

24  user inputs provided at the programmer or remotely, for

25  example by a modem using a computer with a program interface.

-6-

A000029

1    A reference memory 20 receives data from the interpreter 16

2    according to storage criteria input to the interpreter by the

3    programmer 18.    A comparator 22 receives data from the

4    interpreter 16 and reference memory 20 and compares these data

5    according to comparison criteria input by the programmer 18.

6    The comparator 22 determines a correlation between pixels from

7    the reference memory 20 and pixels from the interpreter 16.

8    If the comparator 22 determines that the correlation falls

9    within or outside of a selected range requiring action,

10   results of the comparison are input to an output interface 24,

11   such as an alarm panel, a memory interface, or a video monitor

12   interface.    The output interface 24 reports results of the

13   comparison by selecting comparison data to be stored or

14   otherwise utilized by a record memory 26 or monitor 28, for

15   example, connected to receive data from the output interface

16   according to criteria input by the programmer 18.  Preferably,

17   the interpreter 16, programmer 18, reference memory 20,

18   comparator 22, and output interface 24 are integrated in a

19   microcomputer and associated software.

20       Using the programmer 18, a user inputs learn criteria,

21   including analysis and storage criteria for reference images

22   to be stored in the reference memory.  For example, the user

23   can instruct the interpreter 16 to identify and store in the

24   reference memory 20 a pixel representation of all stationary

25   objects on a shelf in the space 14 at a selected time.   The

26   interpreter 16 identifies the object images meeting the

27   programmed criteria, and stores the images in the reference

28   memory 20.  The reference memory can be divided into sections

-7-

A000030

1   for storing different types of data.  The reference memory can

2   include an archive section in which baseline image data are

3   stored.   After storing the baseline data, subsequent images

4   can be stored by storing only data that have changed from the

5   baseline.   According to user programming, the storing of

6   images can be repeated at selected times or continuously

7   according to the learn criteria.  For example, the stationary

8   objects can be identified at the same time every day, or when

9   a person whose image data is in the reference memory appears

10  in the space with a new person, the new person's image data

11  is stored in the reference memory.  Also, the learn criteria

12  can be automatically revised to create new learn criteria

13  according to image data from the interpreter and the current

14  learn criteria.

15       The user also programs analysis criteria for monitoring

16  the space.  For example, the interpreter 16 can monitor image

17  data from the camera 12 during certain time periods when the

18  images of the stationary objects are not supposed to be moved.

19       The user also inputs comparison criteria.   Comparison

20  criteria include selecting the images to be compared and a

21  range of correlation in which the monitored image is

22  sufficiently like the reference image for a particular

23  purpose.  For example, stationary object images and monitored

24  images are compared to determine whether any object previously

25  identified as stationary is not in its previous location.

26  Image data from the interpreter and the reference memory are

27  compared by the comparator 22 according to the comparison

28  criteria to determine correlation of the images.  For example,

-8-

A000031

1   if the location of an object in the image data from the

2   interpreter is not the same as the location of the same object

3   in the reference memory, then the comparator sends an alarm

4   signal to the output interface 24 indicating an alarm

5   condition.  Sensitivity of the correlation can be adjusted.

6   For example, the alarm condition can occur on any movement of

7   an object or only on complete absence of an object from the

8   space.   The comparison criteria can include events or

9   movements as well as stationary patterns.  For example, a

10  person's hand would be an acceptable stationary pattern, but

11  a pixel pattern representing sudden movement of the hand, such

12  as striking something, would represent an impermissible event

13  causing an alarm.  The alarm signal can include an image of

14  the space, an identification of the space or the object, the

15  time of the signal, or any other signal indicating that the

16  comparison criteria have been met or not met, as is

17  appropriate.   The output interface 24 selects and/or

18  translates the appropriate signals and forwards them to output

19  devices.  For example, an audible alarm sounds and the monitor

20  28 shows the video image of the space 14 when the object is

21  moved, and the image, date and time of the movement of the

22  object is recorded in the record memory 26.   Multiple

23  monitoring system components can be connected to a single

24  output interface and monitor to monitor different spaces or

25  different parts of a space.  When an alarm condition arises

26  in one space, its output is sent to the monitor and can be

27  augmented by other information such as sound from the space

28  being monitored and information about the space or condition.

-9-

A000032

1      Learning and analysis can be performed separately or

2    coincidentally.   Learning can be accomplished directly by

3    entering a learn only mode and recording images in the

4    reference memory.    Learning can also be accomplished

5    indirectly, for example by association of new images with

6    previously learned images or by receiving new images during

7    permitted learning periods that coincide with monitoring

8    periods.

9      Referring to Fig. 2, the camera 12 can be mounted on a

10   mobile support, such as a vehicle 30.   The space 14 and

11   objects 32 being monitored change according to movement of the

12   vehicle 30.   For example, the camera can be mounted on a

13   police car and programmed to monitor license plate numbers.

14   The reference memory stores license numbers for stolen cars.

15   Analysis is limited to consistently sized characters within

16   a specified boundary, that is the rectangular shape of the

17   license plate. When the object 32 meets the analysis criteria

18   of a license plate, the number is compared to the numbers in

19   the reference memory.  When the comparison finds a match, an

20   appropriate alarm indicates discovery of a stolen car to

21   officers in the police car.   Information about the car and

22   possible occupants can be displayed as well.

23     The invention, as shown for example in Figs. 1 and 2, can

24   be used in numerous methods of operation.  The license plate

25   example utilizes a high degree of correlation between the

26   reference image and the monitored image. Other aspects of the

27   invention, discussed previously and below, utilize lack of

28   correlation between the reference and monitored images to

-10-

A000033

1   trigger an alarm condition.  Combinations of these aspects can

2   also be used for different objects or spaces monitored by the

3   same system.

4       A   limited   access   entry   or   passage,   an   office   or

5   workspace, or a home can be monitored.   The learn criteria

6   identify persons permitted to be in the monitored space, image

7   data of their faces being stored in the reference memory.   The

8   space monitored is generally consistent so that the analysis

9   criteria ignore the environment and limit the analysis to the

10  faces of persons in the space.   The comparison criteria are

11  set to identify unauthorized persons in the space according

12  to comparison of persons in the space with persons in the

13  reference memory.   The comparison allows for variations in

14  appearance,   such   as   changes   in   hair   style   or   facial

15  expressions, by allowing pixel comparisons to vary within a

16  range and by focusing on less changeable parts, such as the

17  nose.

18      Sensitivity of the correlation can be varied within a

19  space being monitored.   Image data for a space can be divided

20  into zones in which different learn, analysis, comparison,

21  and/or utilization criteria apply.   For example, monitoring

22  roads to locate license plates, as described with reference

23  to Fig. 2, can also include monitoring the object vehicles 34.

24  License plate characters are uniform, so close correlation of

25  the reference and object in zone A is desired.   The color and

26  general outline of the object vehicle can also be analyzed,

27  however,  lesser  correlation  is  desired  in  zone  B  because

28  different  lighting  can  affect  color  and  the  amount  of  data

-11-

A000034

1    required for the comparison can be limited.  Also, assuming

2    the license plate characters match, close correlation of the

3    vehicle comparison may not be necessary.   An alternative

4    analysis and comparison would identify a license plate match

5    in zone A and then compare the vehicle outline in zone B.  If

6    the vehicle outline does not sufficiently correlate with the

7    image data corresponding to the license plate number, the

8    output interface would report that the license plate has been

9    switched from the vehicle on which the plate is supposed to

10   be mounted.

11        Images from different zones can be compared sequentially.

12   The results of a comparison in one zone can affect whether and

13   how a subsequent comparison is performed.   For example, the

14   results of a comparison in one zone can determine which zone

15   and/or what comparison criteria are used for a subsequent

16   comparison.

17        Another method monitors a consistent space, with many

18   different objects and persons.   The analysis is limited to

19   specifically defined movements or events possibly within a

20   specified zone.  For example, cheating at a casino black jack

21   table is monitored by identifying cards that move outside a

22   selected zone on the table.  Also, a person's hand or arm that

23   reaches from the players' side of the table into a forbidden

24   zone will trigger an alarm.   However, the dealer's arms and

25   the movement of cards in the playing zone are ignored.  Events

26   occurring away from the table are also ignored although they

27   might be recorded for the purpose of identifying the offending

28   player.

-12-

A000035

1          In some applications, all but very specific events can

2     be ignored.  For example, bank employees can be trained to

3     make a certain movement during a robbery.  To the uninitiated,

4     the signal appears innocuous, but the monitoring system is

5     programmed to recognize the movement and trigger an alarm.

6     Like a password, the movement can be changed and accordingly

7     reprogrammed in the system.

8          Data other than visual images can also be analyzed.  For

9     example, thermal images can be used to sense overheating of

10    equipment or fires in facilities.  Micropower impulse radar

11    (MIR) can be used to monitor spaces through smoke, walls, or

12    other opaque materials.  Different types of cameras or cameras

13    collecting different types of image data can be combined.  For

14    example, a thermal camera can monitor a space to sense a fire.

15    A radar camera can monitor the same space to sense whether

16    floors or walls have collapsed due to the fire.

17         Monitoring can be accomplished in real time or using

18    images collected previously.  For example, an amusement park

19    can use cameras located at different points in the park.

20    Analysis of traffic flow can be analyzed in real time based

21    on criteria selected prior to monitoring.  Results can be used

22    immediately   to   correct   for   unwanted   conditions.

23    Alternatively, the cameras can collect image data for storage.

24    At a later time, comparison can be made based on criteria

25    selected at the later time and the comparison results used to

26    establish a statistical database for future planning.

27         The present disclosure describes several embodiments of

28    the invention, however, the invention is not limited to these

-13-

A000036

1    embodiments.   Other variations are contemplated to be within

2    the spirit and scope of the invention and appended claims.

A000037

## CLAIMS

### WHAT IS CLAIMED IS:

1    *SUBB₁*  1.   A monitoring system comprising:

2    *movably mounted* a camera adapted for receiving images of a space to

3    be monitored;

4              an interpreter for receiving image data from the

5    camera;

6              a reference memory for storing reference image data;

7              a comparator connected for comparing image data from

8    the interpreter to image data from the reference memory

9    according to selected comparison criteria; and

10             an output interface for reporting results of the

11   image data comparisons performed by the comparator.


1    2.   A system according to claim 1 further comprising a

2    programmer for inputting the comparison criteria to the

3    comparator.


1    3.   A system according to claim 2 wherein the programmer

2    is  connected  for  inputting  analysis  criteria  to  the

3    interpreter and the interpreter is adapted for analyzing the

4    image data according to the analysis criteria.


1    4.   A system according to claim 3 wherein the programmer

2    is connected for inputting learn criteria to the interpreter

3    and the interpreter is connected for storing image data from


-15-

A000038

4    the camera in the reference memory according to the learn and
5    analysis criteria.


1        5.    A system according to claim 2 wherein the programmer
2    is connected for inputting learn criteria to the interpreter
3    and the interpreter is connected for storing image data from
4    the camera in the reference memory according to the learn
5    criteria.


1        6.    A system according to claim 2 wherein the programmer
2    is connected for inputting utilization criteria, the output
3    interface being adapted for reporting selected comparison
4    results according the utilization criteria.


1        7.    A system according to claim 1 wherein the camera is
2    movably mounted.


1        8.    A system according to claim 7 wherein the camera is
2    mounted on a vehicle.


1        9.    A system according to claim 1 further comprising a
2    record memory connected for storing image data from the output
3    interface.


1        10.    A system according to claim 8 wherein the record
2    memory is adapted for storing information associated with the
3    image data stored.


-16-

A000039

1      11.  A system according to claim 1 further comprising a

2  video monitor for displaying images from the output interface.

1      12.  A system according to claim 1 further comprising a

2  second camera connected to provide image data to the

3  interpreter, wherein the interpreter derives a three-

4  dimensional image of the space and the reference memory,

5  comparator, and output interface are adapted for processing

6  three-dimensional image data.

1      13.  A monitoring system according to claim 1 wherein the

2  interpreter is adapted for storing in the reference memory

3  image data from the camera.

1      14.  A monitoring system according to claim 1 wherein the

2  interpreter is adapted for periodically storing in the

3  reference memory image data from the camera according to learn

4  criteria.

SUBA)

1      15.  A monitoring system according to claim 1 wherein the

2  reference memory is adapted for storing image data for plural

3  images and the comparator is adapted for comparing image data

4  from the interpreter to image data for the plural images from

5  the reference memory according to selected comparison

6  criteria.

1      16.  A monitoring system according to claim 15 wherein

2  the camera is mounted to a movable support and the space to

-17-

A000040

3   be monitored changes according to movement of the support.

1       17.   A monitoring system according to claim 15 wherein
2   the camera is mounted to a stationary support.

1       18.   A monitoring system according to claim 1 wherein the
2   interpreter is adapted for dividing image data into zones and
3   the   comparator   is   adapted   for   comparing   image   data
4   corresponding to the different zones with image data from the
5   reference memory according to different comparison criteria
6   for each zone.

1       19.   A monitoring system according to claim 18 wherein
2   the   interpreter   is   adapted   for   disregarding   image   data
3   corresponding with a certain zone selected according to
4   selected analysis criteria.

1       20.   A monitoring system according to claim 18 wherein
2   the comparator is adapted for sequentially comparing the image
3   data from the different zones and discontinuing comparison of
4   an image upon failure to meet the comparison criteria for the
5   zone being compared.

1       21.   A monitoring system according to claim 1 wherein the
2   interpreter is adapted for dividing image data into zones and
3   different criteria are applied to different zones of the image
4   data.

A000041

SUB AB

1    22.   A method of monitoring a space comprising the steps

2    of:

3              receiving a first set of image data from the

4    space;

5              identifying and selecting a portion of the

6    information to be stored according to analysis and learn

7    criteria;

8              storing the selected information;

9              receiving a second set of image data from the

10   space;

11             identifying and selecting a portion of the

12   second set of image data to be analyzed according to the

13   analysis criteria;

14             comparing the selected portions of the sets of

15   image data to each other so as to determine a correlation of

16   the images; and

17             indicating whether the correlation of the

18   images meets selected comparison criteria.


1    23.   A method according to claim 22 further comprising

2    the step of reporting results of the comparison step according

3    to utilization criteria.


1    24.   A method according to claim 22 wherein the step of

2    indicating includes recording image data according to

3    utilization criteria.


1    25.   A method according to claim 22 further comprising

-19-

A000042

2    the step of establishing the analysis and learn criteria.

1        *15.*
         ~~26.~~   A method according to claim ~~22~~ *12* further comprising

2    the step of establishing the comparison criteria.

1        27.   A method according to claim 22 further comprising

2    the step of establishing the utilization criteria.

                                *a*

1        28.   A method according to claim 22 wherein plural sets

2    of image data are stored and the step of comparing the image

3    data comprises comparison of the plural sets of image data to

4    one of the sets of image data.

1        *16.*
         ~~29.~~   A method according to claim ~~22~~ *12* wherein the image

2    data are sequentially received from different spaces.

1        *17.*
         ~~30.~~   A method according to claim ~~22~~ *12* wherein the step of

2    storing data includes establishing baseline image data and

3    subsequently storing changes from the baseline data.

1        *18.*
         ~~31.~~   A method according to claim ~~22~~ *12* wherein the portions

2    of data selected represent a zone of the space.

1        *19.*
         ~~32.~~   A method according to claim ~~31~~ *18* wherein the steps are

2    repeated for selected data representing a different zone of

3    the space and at least one set of the analysis, learn, and

4    comparison criteria is different from the previous criteria.

A000043

## DECLARATION AND POWER OF ATTORNEY
(Sole Inventor)

I, John B. Adrain, hereby declare that I am a citizen of the United States of America and a resident of Salt Lake City, Utah; that I have reviewed and understand the content of the attached specification, including the claims (Pearne, Gordon, McCoy & Granger Docket No. 29520), and I believe that I am the original, first, and sole inventor of the subject matter which is claimed therein and for which a patent is sought on the invention or discovery entitled

"FACILITY MONITORING SYSTEM WITH IMAGE MEMORY AND CORRELATION"

and that I acknowledge my duty to disclose information of which I am aware which is material to the examination of this application, in accordance with Title 37, Code of Federal Regulations, Section 1.56.

I hereby designate the following as my mailing address and telephone number:

Pearne, Gordon, McCoy & Granger
1200 Leader Building
Cleveland, Ohio 44114
(216) 579-1700

and appoint each of the following as my attorneys with full power of substitution and revocation, to prosecute this application and to transact all business in the Patent and Trademark Office connected therewith:

| | |
|---|---|
| Charles B. Gordon, Reg. No. 16923 | John P. Murtaugh, Reg. No. 34226 |
| William C. McCoy, Reg. No. 16885 | James M. Moore, Reg. No. 32923 |
| Richard H. Dickinson, Jr., Reg. No. 18622 | David E. Spaw, Reg. No. 34732 |
| Thomas P. Schiller, Reg. No. 20677 | Michael W. Garvey, Reg. No. 35878 |
| David B. Deioma, Reg. No. 22841 | Mark E. Bandy, Reg. No. 35788 |
| Joseph J. Corso, Reg. No. 25845 | Paul R. Katterle, Reg. No. 36563 |
| Howard G. Shimola, Reg. No. 26232 | Richard M. Mescher, Reg. No. 38242 |
| Jeffrey J. Sopko, Reg. No. 27676 | |

I further declare that all statements made herein of my own knowledge are true and that all statements made herein on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the

A000044

United States Code, and that such willful false statements may jeopardize the validity of the application or any patent issuing thereon.

_____     Date ___7-4-96___

John B. Adrain

Post Office Address:          Box 299
                              Salt Lake City, Utah 84110

                                   UT

Page 2 of 2

A000045



**PATENT**

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Applicant:        John B. Adrain

Title:            "FACILITY MONITORING SYSTEM WITH IMAGE MEMORY
                  AND CORRELATION"

Docket No:        29520

## VERIFIED STATEMENT CLAIMING SMALL ENTITY STATUS

    I hereby declare that I am an independent inventor for purposes of paying reduced fees to the Patent and Trademark Office with regard to the above-entitled invention, described in the specification filed herewith.

    I have not assigned, granted, conveyed or licensed, and am under no obligation under contract or law to assign, grant, convey or license, any rights in the invention to any person or to any concern which would not qualify as a small business concern or a non-profit organization.

    I acknowledge the duty to file, in this application, notification of any change in status resulting in loss of entitlement to small entity status prior to paying, or at the time of paying, the earliest of the issue fee or any maintenance fee due after the date on which status as a small entity is no longer appropriate.

    I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code, and that such willful false statements may jeopardize the validity of the application, any patent issuing thereon, or any patent to which this verified statement is directed.

_____
John B. Adrain

Date: _____7-4-96_____

A000046



<div align="right">

**PATENT**

</div>

THE UNITED STATES PATENT AND TRADEMARK OFFICE

Applicant:     John B. Adrain

Title:         "FACILITY MONITORING SYSTEM WITH IMAGE MEMORY
AND CORRELATION"

Docket No:    29520

## VERIFIED STATEMENT CLAIMING SMALL ENTITY STATUS

     I hereby declare that I am an independent inventor for purposes of paying reduced fees to the Patent and Trademark Office with regard to the above-entitled invention, described in the specification filed herewith.

     I have not assigned, granted, conveyed or licensed, and am under no obligation under contract or law to assign, grant, convey or license, any rights in the invention to any person or to any concern which would not qualify as a small business concern or a non-profit organization.

     I acknowledge the duty to file, in this application, notification of any change in status resulting in loss of entitlement to small entity status prior to paying, or at the time of paying, the earliest of the issue fee or any maintenance fee due after the date on which status as a small entity is no longer appropriate.

     I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code, and that such willful false statements may jeopardize the validity of the application, any patent issuing thereon, or any patent to which this verified statement is directed.

<div align="center">

_____

John B. Adrain

</div>

Date: _____7-4-96_____

<div align="right">

Page 1 of 1

</div>

**A000047**



**PATENT**

THE UNITED STATES PATENT AND TRADEMARK OFFICE

Applicant:        John B. Adrain

Title:            "FACILITY MONITORING SYSTEM WITH IMAGE MEMORY
                  AND CORRELATION"

Docket No:        29520

## VERIFIED STATEMENT CLAIMING SMALL ENTITY STATUS

     I hereby declare that I am an independent inventor for purposes of paying reduced fees to the Patent and Trademark Office with regard to the above-entitled invention, described in the specification filed herewith.

     I have not assigned, granted, conveyed or licensed, and am under no obligation under contract or law to assign, grant, convey or license, any rights in the invention to any person or to any concern which would not qualify as a small business concern or a non-profit organization.

     I acknowledge the duty to file, in this application, notification of any change in status resulting in loss of entitlement to small entity status prior to paying, or at the time of paying, the earliest of the issue fee or any maintenance fee due after the date on which status as a small entity is no longer appropriate.

     I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code, and that such willful false statements may jeopardize the validity of the application, any patent issuing thereon, or any patent to which this verified statement is directed.

_____

John B. Adrain

Date: _____7-4-96_____

A000048


PRINT OF DRAWINGS
AS ORIGINALLY FILED

08 677100



Fig. 1

PRINT OF DRAWINGS
AS ORIGINALLY FILED

08  677100



FIG. 2



Fig. 1

A000051

08 677100



FIG. 2

## PATENT APPLICATION FEE DETERMINATION RECORD
Effective October 1, 1995

Application or Docket Number

677100

### CLAIMS AS FILED - PART I

| FOR | NUMBER FILED (Column 1) | NUMBER EXTRA (Column 2) | SMALL ENTITY RATE | SMALL ENTITY FEE | OR | OTHER THAN SMALL ENTITY RATE | OTHER THAN SMALL ENTITY FEE |
|---|---|---|---|---|---|---|---|
| BASIC FEE | | | | 375.00 | OR | | 750.00 |
| TOTAL CLAIMS | 32 minus 20 = | * 12 | x$11= | 132 | OR | x$22= | |
| INDEPENDENT CLAIMS | 2 minus 3 = | * | x39= | | OR | x78= | |
| MULTIPLE DEPENDENT CLAIM PRESENT | | | +125= | | OR | +250= | |
| * If the difference in column 1 is less than zero, enter "0" in column 2 | | | TOTAL | 507 | OR | TOTAL | |

### CLAIMS AS AMENDED - PART II

**AMENDMENT A**

| | CLAIMS REMAINING AFTER AMENDMENT (Column 1) | | HIGHEST NUMBER PREVIOUSLY PAID FOR (Column 2) | PRESENT EXTRA (Column 3) | SMALL ENTITY RATE | SMALL ENTITY ADDI-TIONAL FEE | OR | OTHER THAN SMALL ENTITY RATE | OTHER THAN SMALL ENTITY ADDI-TIONAL FEE |
|---|---|---|---|---|---|---|---|---|---|
| Total | * 31 | Minus | ** 32 | = — | x$11= | | OR | x$22= | |
| Independent | * 2 | Minus | *** 2 | = — | x39= | | OR | x78= | |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM | | | | | +125= | | OR | +250= | |
| | | | | | TOTAL ADDIT. FEE | | OR | TOTAL ADDIT. FEE | |

**AMENDMENT B**

| | CLAIMS REMAINING AFTER AMENDMENT (Column 1) | | HIGHEST NUMBER PREVIOUSLY PAID FOR (Column 2) | PRESENT EXTRA (Column 3) | SMALL ENTITY RATE | SMALL ENTITY ADDI-TIONAL FEE | OR | OTHER THAN SMALL ENTITY RATE | OTHER THAN SMALL ENTITY ADDI-TIONAL FEE |
|---|---|---|---|---|---|---|---|---|---|
| Total | * | Minus | ** | = | x$11= | | OR | x$22= | |
| Independent | * | Minus | *** | = | x39= | | OR | x78= | |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM | | | | | +125= | | OR | +250= | |
| | | | | | TOTAL ADDIT. FEE | | OR | TOTAL ADDIT. FEE | |

**AMENDMENT C**

| | CLAIMS REMAINING AFTER AMENDMENT (Column 1) | | HIGHEST NUMBER PREVIOUSLY PAID FOR (Column 2) | PRESENT EXTRA (Column 3) | SMALL ENTITY RATE | SMALL ENTITY ADDI-TIONAL FEE | OR | OTHER THAN SMALL ENTITY RATE | OTHER THAN SMALL ENTITY ADDI-TIONAL FEE |
|---|---|---|---|---|---|---|---|---|---|
| Total | * | Minus | ** | = | x$11= | | OR | x$22= | |
| Independent | * | Minus | *** | = | x39= | | OR | x78= | |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM | | | | | +125= | | OR | +250= | |
| | | | | | TOTAL ADDIT. FEE | | OR | TOTAL ADDIT. FEE | |

* If the entry in column 1 is less than the entry in column 2, write "0" in column 3.
** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 20, enter "20."
*** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 3, enter "3."
The "Highest Number Previously Paid For" (Total or Independent) is the highest number found in the appropriate box in column 1.

FORM PTO-875
(Rev. 10/95)

Patent and Trademark Office, U.S. DEPARTMENT OF COMMERCE

A000053

Form PTO 1130
(REV 2/94)

## PACE DATA ENTRY CODING SHEET

### U.S. DEPARTMENT OF COMMERCE
### Patent and Trademark Office

| | 1ST EXAMINER | DATE 8/11/96 |
| --- | --- | --- |
| | 2ND EXAMINER | DATE |

**CONT STATUS CODE**

**APPLICATION NUMBER** 08 677100

**TOTAL CLAIMS** -32

**INDEPENDENT CLAIMS** -12

**PARENT APPLICATION SERIAL NUMBER**

**FOREIGN PRIORITY CLAIMED**

**COUNTRY CODE**

**TYPE APPL** 1

**SMALL ENTITY?** 2

**FILING DATE**
MONTH 07   DAY 09   YEAR 96

**FILING FEE** -507

**FOREIGN LICENSE** 4

**SPECIAL HANDLING** D

**GROUP ART UNIT** 2615

**ATTORNEY DOCKET NUMBER** 295 2 8

**CLASS** 358

**SHEETS OF DRAWING** -12

| P | C | T | / |
| --- | --- | --- | --- |
| P | C | T | / |
| P | C | T | / |
| P | C | T | / |
| P | C | T | / |

**PCT APPLICATION SERIAL NUMBER**

**CONTINUITY DATA**

**PARENT PATENT NUMBER**

**PARENT FILING DATE**
MONTH   DAY   YEAR

**PCT/FOREIGN APPLICATION DATA**

**PCT/FOREIGN APPLICATION SERIAL NUMBER**

**FOREIGN FILING DATE**
MONTH   DAY   YEAR

☆ U.S. GPO: 1994-401-

A000054

| BAR CODE LABEL | U.S. PATENT APPLICATION | | |
|---|---|---|---|

| SERIAL NUMBER | FILING DATE | CLASS | GROUP ART UNIT |
|---|---|---|---|
| 08/677,100 | 07/09/96 | 358 | 2615 |

APPLICANT

JOHN B. ADRAIN, SALT LAKE CITY, UT.

**CONTINUING DATA*********************
    VERIFIED

_____

**FOREIGN/PCT APPLICATIONS***********
    VERIFIED

_____

FOREIGN FILING LICENSE GRANTED 08/20/96        ***** SMALL ENTITY *****

| STATE OR COUNTRY | SHEETS DRAWING | TOTAL CLAIMS | INDEPENDENT CLAIMS | FILING FEE RECEIVED | ATTORNEY DOCKET NO. |
|---|---|---|---|---|---|
| UT | 2 | 32 | 2 | $507.00 | 29520 |

ADDRESS

PEARNE GORDON MCCOY & GRANGER
1200 LEADER BLDG
CLEVELAND OH 44114

TITLE

FACILITY MONITORING SYSTEM WITH IMAGE MEMORY AND CORRELATION

This is to certify that annexed hereto is a true copy from the records of the United States Patent and Trademark Office of the application which is identified above.

By authority of the
COMMISSIONER OF PATENTS AND TRADEMARKS

| Date | Certifying Officer |
|---|---|

A000055

08 677100

#2

**PATENT**



**PEARNE, GORDON, McCOY & GRANGER**
1200 Leader Building
Cleveland Ohio  44114-1401
(216) 579-1700

Attorney Docket No. 29520

Assistant Commissioner for Patents
Box PATENT APPLICATION
Washington, D.C. 20231

Sir:

Transmitted herewith for filing by a small entity is the patent application of:

Inventor:    John B. Adrain

For:    "FACILITY MONITORING SYSTEM WITH
IMAGE MEMORY AND CORRELATION"

A Small Entity Declaration and two photocopies thereof are enclosed.

Two sheets of informal drawings are included.

Copies of references cited in the specification are enclosed, along with PTO Form 1449.

"Express Mail" mailing label number TB442952455US

Date of Deposit    July 9, 1996

I hereby certify that this paper or fee is being deposited with the United States Postal Service "Express Mail Post Office to Addressee" service under 37 C.F.R. § 1.10 on the date indicated above and is addressed to the Assistant Commissioner for Patents, Washington, D.C. 20231.

Mary Ann Patsko
Printed Name of Person Mailing Paper or Fee

Mary Ann Patsko
Signature of Person Mailing Paper or Fee

## CLAIMS AS FILED

| For | Number | | Rate | Fees |
|---|---|---|---|---|
| Total claims in excess of 20: | 12 | × | $11.00 | $132.00 |
| Independent claims in excess of 3: | 0 | × | $39.00 | $0.00 |
| Multiple dependent claims, if any, add surcharge of $125.00: | | | | $0.00 |
| Non English Specification, add surcharge of $130.00: | | | | $0.00 |
| | | | Basic Fee | $375.00 |
| | | | TOTAL FILING FEE | $507.00 |
| Assignment Recordal Fee of $40.00 | | | | $0.00 |
| | | | **TOTAL FEE** | **$507.00** |

A check in the amount of the Total Fee calculated above is enclosed.

The Commissioner is hereby authorized to charge any fees under 37 C.F.R. §§1.16 and 1.17 which may be required during the entire pendency of this application, or to credit any overpayment, to Deposit Account No. 16-0820, Order No. 29520.

Respectfully,

**PEARNE, GORDON, McCOY & GRANGER**

Michael W. Garvey, Reg. No. 35878

Date: 9 July 96

A000057

| Form PTO-1449 | U.S. DEPARTMENT OF COMMERCE PATENT AND TRADEMARK OFFICE | ATTY. DOCKET NO. 29520 | SERIAL NO. |
|---|---|---|---|
| INFORMATION DISCLOSURE CITATION BY APPLICANT (USE SEVERAL SHEETS IF NECESSARY) | | APPLICANT: John B. Adrain | |
| | | FILING DATE: | GROUP ART UNIT: |

*stamp:* MAIL ROOM JUL 9 1996

#2 M. H. Lee 10-31-96

## U.S. PATENT DOCUMENTS

| Examiner Initial | | Document No. | Date | Name | Class | Subclass | Filing Date If Appropriate |
|---|---|---|---|---|---|---|---|
| ✓ | A | 4,185,298 | 01/1980 | Billet et al | | | |
| ✓ | B | 4,547,897 | 10/1985 | Peterson | | | |
| ✓ | C | 4,704,694 | 11/1987 | Czerniejewski | | | |
| ✓ | D | 4,728,195 | 03/1988 | Silver | | | |
| ✓ | E | 4,972,359 | 11/1990 | Silver et al | | | |
| ✓ | F | 5,293,428 | 03/1994 | Kondou et al | | | |
| ✓ | G | 5,367,439 | 11/1994 | Mayer et al | | | |
| ✓ | H | 5,371,690 | 12/1994 | Engel et al | | | |
| ✓ | I | 5,426,509 | 06/1995 | Peplinski | | | |
| | J | | | | | | |
| | K | | | | | | |

## FOREIGN PATENT DOCUMENTS

| | | Document No. | Date | Country | Class | Subclass | Translation |
|---|---|---|---|---|---|---|---|
| | L | | | | | | |
| | M | | | | | | |
| | N | | | | | | |
| | O | | | | | | |
| | P | | | | | | |

## OTHER REFERENCES (Including Author, Title, Date, Pertinent Pages, Etc.)

| | | |
|---|---|---|
| | Q | |
| | R | |
| | S | |

| Examiner: FRANK SNOW | Date Considered 12/23/96 |
|---|---|

*Examiner: Initial if reference considered, regardless of whether citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

A000058



**UNITED STATES DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| SERIAL NUMBER | FILING DATE | FIRST NAMED APPLICANT | ATTORNEY DOCKET NO. |
|---|---|---|---|
| | | | |

| EXAMINER |  |
|---|---|
| ART UNIT | PAPER NUMBER |
| | *3* |

DATE MAILED:

**Please find below a communication from the EXAMINER in charge of this application.**

Commissioner of Patents

**1 - PATENT APPLICATION FILE COPY**
A000059

| *Office Action Summary* | Application No. 08/677,100 | Applicant(s) Adrain |
|---|---|---|
| | Examiner Frank Snow | Group Art Unit 2615 |

X Responsive to communication(s) filed on _Jul 9, 1996_ _____ .

☐ This action is **FINAL**.

☐ Since this application is in condition for allowance except for formal matters, **prosecution as to the merits is closed** in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11; 453 O.G. 213.

A shortened statutory period for response to this action is set to expire ____3____ month(s), or thirty days, whichever is longer, from the mailing date of this communication. Failure to respond within the period for response will cause the application to become abandoned. (35 U.S.C. § 133). Extensions of time may be obtained under the provisions of 37 CFR 1.136(a).

**Disposition of Claims**

   X Claim(s) _1-32_ _____ is/are pending in the application.

     Of the above, claim(s) _____ is/are withdrawn from consideration.

   ☐ Claim(s) _____ is/are allowed.

   X Claim(s) _1-32_ _____ is/are rejected.

   ☐ Claim(s) _____ is/are objected to.

   ☐ Claims _____ are subject to restriction or election requirement.

**Application Papers**

   X See the attached Notice of Draftsperson's Patent Drawing Review, PTO-948.

   ☐ The drawing(s) filed on _____ is/are objected to by the Examiner.

   ☐ The proposed drawing correction, filed on _____ is ☐ approved ☐ disapproved.

   ☐ The specification is objected to by the Examiner.

   ☐ The oath or declaration is objected to by the Examiner.

**Priority under 35 U.S.C. § 119**

   ☐ Acknowledgement is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d).

     ☐ All ☐ Some* ☐ None   of the CERTIFIED copies of the priority documents have been

       ☐ received.

       ☐ received in Application No. (Series Code/Serial Number) _____ .

       ☐ received in this national stage application from the International Bureau (PCT Rule 17.2(a)).

     *Certified copies not received: _____

   ☐ Acknowledgement is made of a claim for domestic priority under 35 U.S.C. § 119(e).

**Attachment(s)**

   X Notice of References Cited, PTO-892

   X Information Disclosure Statement(s), PTO-1449, Paper No(s). ___2___

   ☐ Interview Summary, PTO-413

   X Notice of Draftsperson's Patent Drawing Review, PTO-948

   ☐ Notice of Informal Patent Application, PTO-152

--- *SEE OFFICE ACTION ON THE FOLLOWING PAGES* ---

Serial Number: 08/677100                                          -2-

Art Unit: 2615


**Part III   DETAILED ACTION**

*Claim Rejections - 35 USC § 103*

The following is a quotation of 35 U.S.C. § 103 which forms
the basis for all obviousness rejections set forth in this Office
action:

> A patent may not be obtained though the invention is not
> identically disclosed or described as set forth in section
> 102 of this title, if the differences between the subject
> matter sought to be patented and the prior art are such that
> the subject matter as a whole would have been obvious at the
> time the invention was made to a person having ordinary
> skill in the art to which said subject matter pertains.
> Patentability shall not be negatived by the manner in which
> the invention was made.

> Subject matter developed by another person, which qualifies
> as prior art only under subsection (f) or (g) of section 102
> of this title, shall not preclude patentability under this
> section where the subject matter and the claimed invention
> were, at the time the invention was made, owned by the same
> person or subject to an obligation of assignment to the same
> person.


1.   Claims 1-32 are rejected under 35 U.S.C. § 103 as being

unpatentable over Pomerleau (5,091,780) in view of Sadovnik et

al. (5,497,430), Coutta (4,337,482), Urquhart (4,514,068) and

Araki et al. (4,737,847).


2.   Pomerleau discloses substantially the same system and method

for a monitoring system including a camera adapted for receiving

images of a space to be monitored (Figs. 1 and 2; and Col. 3,

lines 61-63); and a reference memory for storing reference image

data (Fig. 1 [30] and Fig. 2 [30, 34, 36]); and a comparator for

Serial Number: 08/677100                                        -3-

Art Unit: 2615

comparing image data from the interpreter to image data from the
reference memory, according to selected comparison criteria (Fig.
2, [38]); and an output interface for reporting results of the
image data comparisons performed by the comparator (Fig. 2,
[22]), as specified in Claims 1 and 22; and further comprising a
programmer for inputting the comparison criteria to the analysis
criteria (Figs. 1 and 2; Col. 3, lines 29-40 and 64-68), as
specified in Claims 2 and 26; and wherein the programmer is
connected for inputting utilization criteria, the output
interface being adapted for reporting selected comparison results
according to the utilization criteria (Col. 5, lines 3-17), as
specified in Claims 6, 23 and 27; and further comprising a record
memory connected for storing image data from the output interface
(Col. 5, lines 65-68), as specified in Claims 9 and 24; and
wherein the record memory is adapted for storing information
associated with the image stored data (Col. 6, lines 1-9), as
specified in Claim 10; and further comprising a video monitor for
displaying images from the output interface (Col. 6, lines 44-
46), as specified in Claim 11; and wherein the interpreter is
adapted for storing in the reference memory, the image data from
the camera (Col. 4, lines 58-62), as specified in Claim 13; and
wherein the interpreter is adapted for periodically storing in
the reference memory, image data from the camera according to
learn criteria (Col. 4, lines 62-67), as specified in Claims 14

A000062

Serial Number: 08/677100                                        -4-

Art Unit: 2615

and 30; and wherein the reference memory is adapted for storing
image data for plural images, and the comparator is adapted for
comparing image data from the interpreter to image data for the
plural images from the reference memory according to selected
comparison criteria (Col. 4, lines 24-29), as specified in Claims
15 and 28.

Pomerleau does not particularly disclose details of an
interpreter for receiving image data from a camera, including
an interpreter for receiving image data from the camera, as
specified in Claims 1 and 22; and wherein the programmer is
connected for inputting analysis criteria to the interpreter and
the interpreter is adapted for analyzing the image data according
to the analysis criteria, as specified in Claims 3 and 25; and
wherein the programmer is connected for inputting learn criteria
to the interpreter, and the interpreter is connected for storing
image data from the camera in the reference memory according to
the learn and analysis criteria, as specified in Claims 4 and 25;
and wherein the programmer is connected for inputting learn
criteria to the interpreter, and the interpreter is connected for
storing image data from the camera in the reference memory
according to the learn criteria, as specified in Claims 5 and 25;
and further comprising a second camera connected to provide image
data to the interpreter, wherein the interpreter derives a three-

A000063

Serial Number: 08/677100                                    -5-

Art Unit: 2615

dimensional image of the space, and the reference memory,

comparator, and output interface are adapted for processing

three-dimensional image data, as specified in Claim 12.


Sadovnik et al. teach the well known details of an

interpreter for receiving image data from a camera (Col. 3, lines

10-44), including an interpreter for receiving image data from

the camera (Col. 5, lines 51-67 and Col. 6, lines 26; as

specified in Claims 1 and 22; and wherein the programmer is

connected for inputting analysis criteria to the interpreter and

the interpreter is adapted for analyzing the image data according

to the analysis criteria (Col. 3, lines 10-44), as specified in

Claims 3 and 25; and wherein the programmer is connected for

inputting learn criteria to the interpreter, and the interpreter

is connected for storing image data from the camera in the

reference memory according to the learn and analysis criteria

(Col. 3, lines 45-67 and Col. 4, lines 1-12, as specified in

Claims 4 and 25; and wherein the programmer is connected for

inputting learn criteria to the interpreter, and the interpreter

is connected for storing image data from the camera in the

reference memory according to the learn criteria (Col. 3, lines

10-44), as specified in Claims 5 and 25; and further comprising a

second camera connected to provide image data to the interpreter,

wherein the interpreter derives a three-dimensional image of the

Serial Number: 08/677100                                    -6-

Art Unit: 2615

space, and the reference memory, comparator, and output interface
are adapted for processing three-dimensional image data (Col. 2,
lines 50-52; Col. 10, lines 34-37; and Table I, [Cols. 4 and 6]),
as specified in Claim 12.

Therefore, it would have been obvious that one of ordinary
skill in the art, having Pomerleau and Sadovnik et al. before
him/her, with Pomerleau disclosing a system that is trainable to
learn the difference between the desired state and the undesired
state, i.e., the learn and analysis functions of the interpreter
for two and three dimensional image data, by employing a neural
network; and Sadovnik teaching the details of applying a neural
network to learn the difference between the desired state and the
undesired state for two and three dimensional image data, and
including the storage of image data from the camera for learning
reference purposes, would have no difficulty in modifying
Pomerleau to achieve the enhanced capability of a three
dimensional recognizing system by applying a neural network to
perform the learn and analysis functions of an interpreter for
two and three dimensional image data.

Pomerleau does not particularly disclose details of a system
wherein the camera is movably mounted, as specified in Claims 7,
16, 17 and 29.

**A000065**

Serial Number: 08/677100                                      -7-

Art Unit: 2615


Coutta teaches the well known details of a system, wherein
the camera is movably mounted (Fig. 1; Col. 1, lines 47-50), as
specified in Claims 7, 16, 17 and 29.


Therefore, it would have been obvious that one of ordinary
skill in the art, having Pomerleau and Coutta before him/her,
with Pomerleau disclosing a trainable security system comprised
of a video camera for monitoring an area under surveillance, and
Coutta teaching the details of a surveillance system employing a
video camera that is movably mounted, would have no difficulty in
modifying Pomerleau to obtain a system having whose surveillance
function is enhanced by the use of a movably mounted camera.


Pomerleau does not particularly disclose details of a
system, wherein the camera is mounted on a vehicle, as specified
in Claims 8 and 29.


Urquhart teaches the well known details of a system, wherein
the camera is mounted on a vehicle    (Col. 1, lines 1-4 and 45-
47), as specified in Claims 8 and 29.


Therefore, it would have been obvious that one of ordinary
skill in the art, having Pomerleau and Urquhart before him/her,
with Pomerleau disclosing a trainable security system comprised

**A000066**

Serial Number: 08/677100                                    -8-

Art Unit: 2615

of a video camera for monitoring an area under surveillance, and
Urquhart teaching the details of a camera mounting system which
allows photographs, or other imagery forms, to be taken from
inside a surveillance vehicle, wherein the mounting bracket can
be equipped with different equipment types, including a still
camera, movie camera, video recording equipment, or combination
of these, would have no difficulty in modifying Pomerleau to
obtain a system whose surveillance function is further enhanced
by the availability of vehicle mounted camera operation.

    Pomerleau does not particularly disclose details of a
monitoring system, wherein the interpreter is adapted for
dividing image data into zones, and the comparator is adapted for
comparing image data corresponding to the different zones with
image data from the reference memory, according to different
comparison criteria for each zone, as specified in Claims 18, 21
and 31; and wherein the interpreter is adapted for disregarding
image data corresponding with a certain zone selected according
to selected analysis criteria, as specified in Claims 19 and 32;
and wherein the comparator is adapted for sequentially comparing
the image data from the different zones, and discontinuing
comparison of an image upon failure to meet the comparison
criteria for the zone being compared, as specified in Claims 20
and 32.

A000067

Serial Number: 08/677100                                    -9-

Art Unit: 2615


Araki et al. teach the well known details of a monitoring
system, wherein the interpreter is adapted for dividing image
data into zones, and the comparator is adapted for comparing
image data corresponding to the different zones with image data
from the reference memory, according to different comparison
criteria for each zone (Col. 5, lines 66-68 and Col. 6,
lines 1-3), as specified in Claims 18, 21 and 31; and wherein the
interpreter is adapted for disregarding image data corresponding
with a certain zone selected according to selected analysis
criteria (Col. 6, lines 20-27), as specified in Claims 19 and 32;
and wherein the comparator is adapted for sequentially comparing
the image data from the different zones, and discontinuing
comparison of an image upon failure to meet the comparison
criteria for the zone being compared (Col. 9, lines 1-6), as
specified in Claims 20 and 32.


Therefore, it would have been obvious that one of ordinary
skill in the art, having Pomerleau and Araki et al. before
him/her, with Pomerleau disclosing a neural network, i.e., an
interpreter, that can learn to discriminate between a person
moving into a sensitive location in the scene and a person moving
between the camera and the sensitive location, or, learn to
discriminate movement from one location to another along a

Serial Number: 08/677100                                    -10-

Art Unit: 2615

particular trajectory in the scene, where such location

discrimination corresponds to imagery data zonal discrimination;

and Araki et al. teaching the details of an abnormality

supervising, i.e., surveillance, system wherein the interpreter

is adapted for dividing image data into zones, and the comparator

is adapted for comparing image data corresponding to the

different zones; wherein the interpreter is adapted for

disregarding image data corresponding with a certain zone

selected according to selected analysis criteria, and wherein the

comparator is adapted for sequentially comparing the image data

from the different zones, and discontinuing comparison of an

image upon failure to meet the comparison criteria for the zone

being compared; would have no difficulty in modifying Pomerleau

to obtain a system applying a neural network, i.e., interpreter,

wherein the interpreter is adapted for dividing image data into

zones, and the comparator is adapted for comparing image data

corresponding to the different zones, wherein the interpreter is

adapted for disregarding image data corresponding with a certain

zone selected according to selected analysis criteria; and

wherein the comparator is adapted for sequentially comparing the

image data from the different zones, and discontinuing comparison

of an image upon failure to meet the comparison criteria for the

zone being compared, to obtain a system whose surveillance

A000069

Serial Number: 08/677100                                              -11-

Art Unit: 2615

capability is enhanced by the use of neural networks employing
such zonal processing functions.

## *Prior Art*

3.   The prior art made of record and not relied upon is
considered pertinent to applicant's disclosure.

(1) Mahoney (4,458,266) discloses a video surveillance motion
detection system in which the screen display is divided into a
matrix of elemental detection zones.

(2) Lafreniere (4,821,118) discloses a video image system for
that includes hand palm and face personal identification.

(3) Maeno (5,283,644) discloses a crime prevention video monitor
system that includes generation of face feature models.

(4) Hutcheson et al. discloses a neural network based pattern
recognition system that includes 2D and 3D facial feature
synthesis.

Serial Number: 08/677100                                                    -12-

Art Unit: 2615

### CONCLUSION

4.   Any inquiry concerning this communication or earlier

communications from the examiner should be directed to Frank Snow

whose telephone number is 703-305-4877.

The examiner can normally be reached on Monday-Thursday from

6:30 AM-5:00 PM.

If attempts to reach the examiner by telephone are

unsuccessful, the examiner's supervisor, Tommy Chin, can be

reached on 703-305-9508.

Any inquiry of a general nature or relating to the status of

this application should be directed to the Group receptionist

whose telephone number is 703-305-4700. Any fax communication

should be sent to 703-308-5399.

Frank Snow

January 3, 1997

HOWARD W. BRITTON
PRIMARY EXAMINER
ART UNIT 2615

**A000071**

Form PTO 948 (Rev. 10-94)   U.S. DEPARTMENT OF COMMERCE - Patent and Trademark Office   Application No. 677100

# NOTICE OF DRAFTSPERSON'S PATENT DRAWING REVIEW

PTO Draftpersons review all originally filed drawings regardless of whether they are designated as formal or informal. Additionally, patent Examiners will review the drawings for compliance with the regulations. Direct telephone inquiries concerning this review to the Drawing Review Branch, 703-305-8404.

The drawings filed (insert date) 7/9/96 , are
A. ____ not objected to by the Draftsperson under 37 CFR 1.84 or 1.152.
B. ____ objected to by the Draftsperson under 37 CFR 1.84 or 1.152 as indicated below. The Examiner will require submission of new, corrected drawings when necessary. Corrected drawings must be submitted according to the instructions on the back of this Notice.

1. DRAWINGS. 37 CFR 1.84(a): Acceptable categories of drawings:
   Black ink. Color.
   ____ Not black solid lines. Fig(s)_____
   ____ Color drawings are not acceptable until petition is granted.
   Fig(s) _____
2. PHOTOGRAPHS. 37 CFR 1.84(b)
   ____ Photographs are not acceptable until petition is granted.
   Fig(s) _____
   ____ Photographs not properly mounted (must use brystol board or photographic double-weight paper). Fig(s)_____
   ____ Poor quality (half-tone). Fig(s)_____
3. GRAPHIC FORMS. 37 CFR 1.84 (d)
   ____ Chemical or mathematical formula not labeled as separate figure.
   Fig(s)_____
   ____ Group of waveforms not presented as a single figure, using common vertical axis with time extending along horizontal axis.
   Fig(s)_____
   ____ Individuals waveform not identified with a separate letter designation adjacent to the vertical axis. Fig(s)_____
4. TYPE OF PAPER. 37 CFR 1.84(e)
   ____ Paper not flexible, strong, white, smooth, nonshiny, and durable.
   Sheet(s)_____
   ____ Erasures, alterations, overwritings, interlineations, cracks, creases, and folds copy machine marks not accepted. Fig(s)_____
   ____ Mylar, velum paper is not acceptable (too thin). Fig(s) _____
5. SIZE OF PAPER. 37 CFR 1.84(f): Acceptable sizes:
   21.6 cm. by 35.6 cm. (8 1/2 by 14 inches)
   21.6 cm. by 33.1 cm. (8 1/2 by 13 inches)
   21.6 cm. by 27.9 cm. (8 1/2 by 11 inches)
   21.0 cm. by 29.7 cm. (DIN size A4)
   ____ All drawing sheets not the same size. Sheet(s)_____
   ____ Drawing sheet not an acceptable size. Sheet(s) _____
6. MARGINS. 37 CFR 1.84(g): Acceptable margins:

   Paper size

   | | 21.6 cm. X 35.6 cm. (8 1/2 X 14 inches) | 21.6 cm. X 33.1 cm. (8 1/2 X 13 inches) | 21.6 cm. X 27.9 cm. (8 1/2 X 11 inches) | 21.0 cm. X 29.7 cm. (DIN size A4) |
   |---|---|---|---|---|
   | T 5.1 cm. (2") | 2.5 cm. (1") | 2.5 cm. (1") | 2.5cm. |
   | L .64 cm. (1/4") | .64 cm. (1/4") | .64 cm. (1/4") | 2.5 cm. |
   | R .64 cm. (1/4") | .64 cm. (1/4") | .64 cm. (1/4") | 1.5 cm. |
   | B .64 cm. (1/4") | .64 cm. (1/4") | .64 cm. (1/4") | 1.0 cm. |

   ____ Margins do not conform to chart above.
   Sheet(s)
   ____ Top (T) ____ Left (L) ____ Right (R) ____ Bottom (B)
7. VIEWS. 37 CFR 1.84(h)
   REMINDER: Specification may require revision to correspond to drawing changes.
   ____ All views not grouped together. Fig(s)_____
   ____ Views connected by projection lines or lead lines.
   Fig(s)_____
   Partial views. 37 CFR 1.84(h) 2

____ View and enlarged view not labled separately or properly.
   Fig(s)_____
   Sectional views. 37 CFR 1.84 (h) 3
   ____ Hatching not indicated for sectional portions of an object.
   Fig(s)_____
   ____ Cross section not drawn same as view with parts in cross section with regularly spaced parallel oblique strokes. Fig(s)_____
8. ARRANGEMENT OF VIEWS. 37 CFR 1.84(i)
   ____ Words do not appear on a horizontal, left-to-right fashion when page is either upright or turned so that the top becomes the right side, except for graphs. Fig(s)_____
9. SCALE. 37 CFR 1.84(k)
   ____ Scale not large enough to show mechanism with crowding when drawing is reduced in size to two-thirds in reproduction.
   Fig(s)_____
   ____ Indication such as "actual size" or scale 1/2" not permitted.
   Fig(s)_____
10. CHARACTER OF LINES, NUMBERS, & LETTERS. 37 CFR 1.84(l)
   ____ Lines, numbers & letters not uniformly thick and well defined, clean, durable, and black (except for color drawings).
   Fig(s)_____
11. SHADING. 37 CFR 1.84(m)
   ____ Solid black shading areas not permitted.
   Fig(s)_____
   ____ Shade lines, pale, rough and blurred. Fig(s)_____
12. NUMBERS, LETTERS, & REFERENCE CHARACTERS. 37 CFR 1.84(p)
   ____ Numbers and reference characters not plain and legible. 37 CFR 1.84(p)(l) Fig(s)_____
   ____ Numbers and reference characters not oriented in same direction as the view. 37 CFR 1.84(p)(l) Fig(s)_____
   ____ English alphabet not used. 37 CFR 1.84(p)(2)
   Fig(s)_____
   ____ Numbers, letters, and reference characters do not measure at least .32 cm. (1/8 inch) in height. 37 CFR(p)(3)
   Fig(s)_____
13. LEAD LINES. 37 CFR 1.84(q)
   ____ Lead lines cross each other. Fig(s)_____
   ____ Lead lines missing. Fig(s)_____
14. NUMBERING OF SHEETS OF DRAWINGS. 37 CFR 1.84(t)
   ____ Sheets not numbered consecutively, and in Arabic numerals, beginning with number 1. Sheet(s)_____
15. NUMBER OF VIEWS. 37 CFR 1.84(u)
   ____ Views not numbered consecutively, and in Arabic numerals, beginning with number 1. Fig(s)_____
   ____ View numbers not preceded by the abbreviation Fig.
   Fig(s)_____
16. CORRECTIONS. 37 CFR 1.84(w)
   ____ Corrections not made from prior PTO-948.
   Fig(s)_____
17. DESIGN DRAWING. 37 CFR 1.152
   ____ Surface shading shown not appropriate. Fig(s)_____
   ____ Solid black shading not used for color contrast.
   Fig(s)_____

COMMENTS:

A000072

59087 U.S. PTO



04/21/97

**PATENT**

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| Applicants: | John B. Adrain |
| Serial No.: | 08/677,100        Art Unit: 2615 |
| Filing Date: | July 9, 1996 |
| Title: | "FACILITY MONITORING SYSTEM WITH IMAGE MEMORY AND CORRELATION" |
| Examiner: | Howard W. Britton |
| Docket No.: | 29520 |

GROUP 2600   MAY - 7 97   RECEIVED

AMENDMENT "A"
(IN RESPONSE TO PAPER NO. 3)

Asst. Commissioner for Patents
BOX NON-FEE AMENDMENTS
Washington, D.C.  20231

Sir:

This amendment is filed in response to the Office action dated January 13, 1997.  Please amend the above-identified application in the following manner.

IN THE CLAIMS:

Please cancel claims 7, 9, 11, 13, 24, 27 and 28 without prejudice.

I hereby certify that this correspondence is being deposited with the United States Postal Service as first class mail in an envelope addressed to: Assistant Commissioner for Patents, Washington, D.C. 20231 on the date indicated below.

Michael W. Garvey
Name of Attorney
for Applicant(s)

4-14-97
Date        Signature of Attorney

A000073

Please amend claims 1 and 8 as follows:

Claim 1, line 2, after the first occurrence of "a", please insert therefor --movably mounted--.

Claim 8, line 1, please delete "7" and insert therefor --1--

Please amend claims 15, 22 and 23 as follows:

1    15. (amended) [a monitoring system according to

2    claim 1 wherein the reference memory is adapted for

3    storing image data] A monitoring system comprising:

4        a movably mounted camera adapted for receiving

5    images of a space to be monitored;

6        an interpreter for receiving image data from

7    the camera;

8        a reference memory for storing reference image

9    data for plural images and [the] a comparator is adapted

10    for comparing image data from the interpreter to image

11    data for the plural images from the reference memory

12    according to selected comparison criteria; and

13        an output interface for reporting results of

14    the image data comparisons performed by the comparator.

1    22. (amended)  A method of monitoring a space

2    comprising the steps of:

-2-

A000074

3          receiving a first set of image data from the

4    space representing plural images;

5          identifying and selecting a portion of the

6    information to be stored according to analysis and learn

7    criteria;

8          storing the selected information;

9          receiving a second set of image data from the

10   space;

11         identifying and selecting a portion of the

12   second set of image data to be analyzed according to the

13   analysis criteria;

14         comparing the selected portions of the sets of

15   image data to each other so as to compare the second set

16   of image data to the plural images of the first set and

17   determine a correlation of the images; and

18         indicating whether the correlation of the

19   images meets selected comparison criteria.


1    13.
     23.  (amended)  A method according to claim 12
     22

2    further comprising the step of reporting results of the

3    comparison step according to utilization criteria and

4    augmenting the reporting with identifying information.


-3-

A000075

Please add new claims 33-38 as follows:

1      33.   (new)   A system according to claim 1 wherein

2    the interpreter selects images according to analysis

3    criteria so that only the selected images are input to

4    the comparator for comparison to reference images.


1      34.   (new)   A system according to claim 33 wherein

2    the selected images represent only portions of a larger

3    image.


1      35.   (new)   A system according to claim 21 wherein

2    the comparator compares the image data from each zone to

3    a different reference image.


1      36.   (new)   A method according to claim 30 wherein

2    the step of storing changes from the baseline data is

3    performed according to learn criteria and substantially

4    coincident with comparisons being performed by the

5    comparator.


1      37.   (new)   A method according to claim 36, wherein

2    the baseline data are changed based on results of a

3    comparison.


1      38.   (new)   A method according to claim 32 wherein

2    the comparison of image data is repeated to distinguish

3    between movements based on a series of sequential images.


-4-

A000076

## REMARKS

Claims 1-32 have been rejected as obvious over Pomerleau in view of Sadovnik, Coutta, Urquhart, and Araki.

Claim 1 has been amended to more clearly distinguish the invention over the prior art, incorporating the substance of claim 7. The cited art does not show a moving or movable camera as recited in claims 1, 8, and 16. Although it is well known to mount a camera on a movable support or movably mount a camera on a stationary support, there is no suggestion in the art to do so in combination with the system shown in Pomerleau. Pomerleau compares two images of the same space and creates a difference image. If the camera moves between the times when the two images are recorded, nearly every pixel in the difference image would indicate a change condition. Pomerleau does not teach that the system would know which image to use as a reference when the camera monitors a different space.

The present invention, however, specifically provides that the camera can move, for example, being mounted on a vehicle. As the space being monitored changes, the interpreter selects certain parts of the image for comparison and disregards other parts of the image according to analysis criteria from the programmer. For example, a system seeking license plates would only

-5-

A000077

make comparisons when a license plate is discovered.  The comparison could be limited to the license plate without regard for surrounding images.  New claims 33 and 34 have been added to further distinguish over the cited art.

Claim 15 has been rewritten in independent form. The cited art does not show a comparator that uses different reference images under different circumstances according to selected comparison criteria as recited in claims 15-17.  For example, monitoring of a bank vault compares facial images during the day, but uses the unoccupied vault as the reference at night.  The references do not show repeated comparisons used to sense types of movement in the monitored space as recited in new claim 38.

The cited art does not divide the image data into zones and use different comparison criteria for the different zones according to claims 18-21 and 31-32. Pomerleau merely applies different weights to different parts of the difference image.  Furthermore, the cited art does not make sequential comparisons in the zones as recited in claims 20 and 32.  Pomerleau makes a single comparison of the entire image.  The cited art does not use different reference images for the different zones according to claim 35.  Pomerleau uses a single reference image.  The cited art does not show comparison of the sensed images to plural stored images as recited in claim 22.

-6-

A000078

The references do not show the step of augmenting the reporting of comparison results with identifying information as recited in claim 23.

The references do not show an interpreter that periodically stores reference images in memory according to learn criteria as recited in claim 14.  The references do not show a system that stores changes from the baseline data as recited in claims 30 and new claim 36. The references do not show baseline data that are changed based on results of a comparison as recited in new claim 37.  For example, the image of a new face can be automatically stored in the reference memory when it appears in the monitored space with a previously stored face image.  Thus, the invention can learn by updating the reference images during operation according to learn criteria.  Pomerleau requires the user to teach the system by recording reference images.

Claims 7, 9, 11, 13, 24, 27 and 28 have been cancelled.

All of the issues raised by the Examiner have been resolved.  Accordingly, applicant respectfully requests reconsideration and withdrawal of the rejection.

A000079

If there are any additional fees resulting from this communication, please charge all uncovered fees to our Deposit Account No. 16-0820, our Order No. 29520.

Respectfully submitted,

PEARNE, GORDON, McCOY & GRANGER LLP

By_____

Michael W. Garvey, Reg. No. 35878

1200 Leader Building
Cleveland, Ohio 44114
(216) 579-1700

April 14, 1997

-8-

A000080



**UNITED STATES  DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**
Address:   COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | | ATTORNEY DOCKET NO. |
|---|---|---|---|---|
| 08/687,180 | 07/25/96 | ADRAIN | J | 29520 |

```
                              26N2/0805
PEARNE GORDON MCCOY & GRANGER
1200 LEADER BLDG
CLEVELAND OH 44114
```

| EXAMINER |
|---|
| SNOW, F |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2615 | 5 |

DATE MAILED: 08/05/97

**Please find below and/or attached an Office communication concerning this application or proceeding.**

Commissioner of Patents and Trademarks

A000081 . File Copy

| *Office Action Summary* | Application No. 08/677,100 | Applicant(s) Adrain |
|---|---|---|
| | Examiner Frank Snow | Group Art Unit 2615 |

☒ Responsive to communication(s) filed on _Apr 14, 1997_ _____ .

☒ This action is **FINAL**.

☐ Since this application is in condition for allowance except for formal matters, **prosecution as to the merits is closed** in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11; 453 O.G. 213.

A shortened statutory period for response to this action is set to expire ___*THREE*___ month(s), or thirty days, whichever is longer, from the mailing date of this communication. Failure to respond within the period for response will cause the application to become abandoned. (35 U.S.C. § 133). Extensions of time may be obtained under the provisions of 37 CFR 1.136(a).

**Disposition of Claims**

☒ Claim(s) _1-6, 8, 12, 14-23, 25, 26, and 29-38_ _____ is/are pending in the application.

    Of the above, claim(s) _____ is/are withdrawn from consideration.

☐ Claim(s) _____ is/are allowed.

☒ Claim(s) _1-6, 8, 12, 14-23, 25, 26, and 29-38_ _____ is/are rejected.

☐ Claim(s) _____ is/are objected to.

☐ Claims _____ are subject to restriction or election requirement.

**Application Papers**

☐ See the attached Notice of Draftsperson's Patent Drawing Review, PTO-948.

☐ The drawing(s) filed on _____ is/are objected to by the Examiner.

☐ The proposed drawing correction, filed on _____ is ☐ approved ☐ disapproved.

☐ The specification is objected to by the Examiner.

☐ The oath or declaration is objected to by the Examiner.

**Priority under 35 U.S.C. § 119**

☐ Acknowledgement is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d).

    ☐ All ☐ Some* ☐ None   of the CERTIFIED copies of the priority documents have been

        ☐ received.

        ☐ received in Application No. (Series Code/Serial Number) _____ .

        ☐ received in this national stage application from the International Bureau (PCT Rule 17.2(a)).

    *Certified copies not received: _____ .

☐ Acknowledgement is made of a claim for domestic priority under 35 U.S.C. § 119(e).

**Attachment(s)**

☐ Notice of References Cited, PTO-892

☐ Information Disclosure Statement(s), PTO-1449, Paper No(s). _____

☐ Interview Summary, PTO-413

☐ Notice of Draftsperson's Patent Drawing Review, PTO-948

☐ Notice of Informal Patent Application, PTO-152

--- *SEE OFFICE ACTION ON THE FOLLOWING PAGES* ---

A000082

Serial Number: 08/677100                                      Page 2

Art Unit: 2615


Part III   DETAILED ACTION


### Response to Amendment


1.   This action is in response to applicant's amendment received

14 April 1997, in which applicant cancels claims 7, 9, (and claim

10, being dependent on claim 9), 11, 13, 24, 27 and 28; amends

claims 15, 22 and 23; and adds claims 33-38. The total claim set

becoming claims 1-6, 8, 12, 14-23, 25, 26 and 29-38.


2.   Applicant's arguments filed 4/14/97 have been fully

considered, but they are not deemed to be persuasive.


### Claim Rejections - 35 USC § 103


3.   The following is a quotation of 35 U.S.C. § 103 which forms
the basis for all obviousness rejections set forth in this Office
action:

> A patent may not be obtained though the invention is not
> identically disclosed or described as set forth in section
> 102 of this title, if the differences between the subject
> matter sought to be patented and the prior art are such that
> the subject matter as a whole would have been obvious at the
> time the invention was made to a person having ordinary
> skill in the art to which said subject matter pertains.
> Patentability shall not be negatived by the manner in which
> the invention was made.

A000083

Serial Number: 08/677100                              Page 3

Art Unit: 2615


    Subject matter developed by another person, which qualifies
    as prior art only under subsection (f) or (g) of section 102
    of this title, shall not preclude patentability under this
    section where the subject matter and the claimed invention
    were, at the time the invention was made, owned by the same
    person or subject to an obligation of assignment to the same
    person.


4.   Claims 1-6, 8, 12, 14-23, 25, 26 and 29-38 are rejected

under 35 U.S.C. § 103 as being unpatentable over Pomerleau

(5,091,780) in view of Sadovnik et al. (5,497,430), Coutta

(4,337,482), Urquhart (4,514,068) and Araki et al. (4,737,847).


Regarding claims 1-6, 8, 12, 14, 16-21, 25, 26 and 29-32:


    Claims 1-6, 8, 12, 14, 16-21, 25, 26 and 29-32 are rejected

for the same reasons as previously set forth in paragraph 2 of

the last office action, paper no. 3.


Regarding amended claims 15, 22 and 23:


    The presented art of the previous action discloses

substantially the same system and method for a monitoring system

comprising a movably mounted camera, an interpreter, a reference

A000084

Serial Number: 08/677100                                    Page 4

Art Unit: 2615

 wherein, comprising the steps of receiving a first set of image

data, identifying and selecting a portion of the information,

storing the selected information, receiving a second set of image

data from the space, identifying and selecting a portion of the

second set of image data, comparing the selected portions of the

sets of image data to each, and indicating whether the

correlation of the images meets selected comparison criteria (see

previous action discussion for claims 1, 15 and 22), as specified

in claim 22; and

wherein, comprising the step of reporting results of the

comparison step according to utilization criteria and augmenting

the reporting with identifying information ("augmenting ....

information" is inherent in "reporting the results")(see previous

action discussion for claims 1, 15, 22 and 23), as specified in

claim 23.

Regarding added claims 33-38:

    The presented art of the previous action discloses

substantially the same system and method for a monitoring system

including wherein, the interpreter selects images (see previous

A000085

action discussion for claims 1, 2 and 3), as specified in claim

33; and

wherein, the selected images represent only portions of a larger

image (see previous action discussion for claims 1 and 18), as

specified in claim 34; and

wherein, the comparator compares the image data from each zone to

a different reference image (see previous action discussion for

claims 1 and 21, e.g., "different  reference image" is inherent

in "different criteria", as this is an image system), as

specified in claim 35; and

wherein, the step of storing changes from the baseline data is

performed according to learn criteria and substantially

coincident with comparisons being performed by the comparator

(see previous action discussion for claims 22 and 30, e.g.,

"learn criteria" is inherent in "establishing baseline image

data", as the previously referenced prior art addresses image

learning processes)(amendment of claim 22 to include "plural

images" is addressed below), as specified in claim 36; and

A000086

Serial Number: 08/677100                                    Page 6

Art Unit: 2615

wherein, the baseline data are changed based on result comparison

(see above discussion for claim 36, e.g., "result comparison" is

inherent in the referenced prior art image learning processes),

as specified in claim 37; and

wherein, the comparison of image data is repeated to distinguish

between movements based on a series of sequential images

(repetition of image data comparison and consequential

sequential-image-based distinguishing between movements is

inherent in the referenced prior art image learning

processes)(amendment of claim 22 is addressed below), as

specified in claim 38.

### *Response to Application's Remarks*

4.   The following is examiner's response to applicant's remarks:

Regarding applicant's indication that Pomerleau does not

teach that the system would know which image to use as a

reference when the camera monitors a different space, Pomerleau

provides, for example, an extensive discussion of image reference

needs and technical solutions for intelligent use of provided

**A000087**

Serial Number: 08/677100                                    Page 7

Art Unit: 2615

reference image criteria and associated response to such criteria

(see full text of Background of the Invention and Summary of the

Invention).

Additionally, examiner has applied the combined references

of Pomerleau and Araki (see, for example, examiner's previously

provided reference elements for claims 18-21 and 31-32) to

establish that reference image use for different spaces would be

obvious.

### Response to Arguments

5.   In response to applicant's arguments against the references

individually, one cannot show non-obviousness by attacking

references individually where the rejections are based on

combinations of references.  *In re Keller*, 642 F.2d 413, 208

USPQ 871 (CCPA 1981); *In re Merck & Co., Inc.*, 800 F.2d 1091, 231

USPQ 375 (Fed. Cir. 1986).

Applicant's arguments with respect to claims 1, 8, 14-23 and

30-32, are moot as references have previously been cited to

establish obviousness.

Serial Number: 08/677100                                        Page 8

Art Unit: 2615


### Conclusion


6.   Applicant's amendment necessitated the new ground(s) of
rejection presented in this Office action.  Accordingly, **THIS
ACTION IS MADE FINAL**.  See MPEP § 706.07(a).  Applicant is
reminded of the extension of time policy as set forth in 37
CFR 1.136(a).


    A shortened statutory period for response to this final
action is set to expire THREE MONTHS from the date of this
action.  In the event a first response is filed within TWO MONTHS
of the mailing date of this final action and the advisory action
is not mailed until after the end of the THREE-MONTH shortened
statutory period, then the shortened statutory period will expire
on the date the advisory action is mailed, and any extension fee
pursuant to 37 CFR 1.136(a) will be calculated from the mailing
date of the advisory action.  In no event will the statutory
period for response expire later than SIX MONTHS from the date of
this final action.


7.   Any inquiry concerning this communication or earlier
communications from the examiner should be directed to Frank Snow
whose telephone number is 703-305-4877.

Serial Number: 08/677100                                    Page 9

Art Unit: 2615

The examiner can normally be reached on Monday-Thursday from
6:30 AM-5:00 PM.

If attempts to reach the examiner by telephone are
unsuccessful, the examiner's supervisor, Tommy Chin, can be
reached on 703-305-9508.

Any inquiry of a general nature or relating to the status of
this application should be directed to the Group receptionist
whose telephone number is 703-305-4700. Any fax communication
should be sent to 703-308-5399.

Frank Snow

July 24, 1997

TOMMY P. CHIN
SUPERVISORY PATENT EXAMINER
GROUP 2600



**UNITED ～ ＡＴＥＳ DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| APPLICATION NUMBER | FILING DATE | FIRST NAMED APPLICANT | ATTORNEY  DOCKET NO. |
|---|---|---|---|
| *08/677,100* | | | |

| EXAMINER |
|---|
| *FRANK  SNOW* |

| ART UNIT | PAPER NUMBER |
|---|---|
| | *6* |

DATE MAILED:

## INTERVIEW SUMMARY

All participants (applicant, applicant's representative, PTO personnel):

(1) *FRANK SNOW (PTO)*   (3) *HOWARD BRITTON (PTO)*

(2) *MICHAEL GARVEY (ATN)*   (4) *JOHN ADRAIN (INVENTOR)*

*(#35,878)*   Date of Interview *1/20/98*

Type: ☐ Telephonic ☒ Personal (copy is given to ☐ applicant ☒ applicant's representative).

Exhibit shown or demonstration conducted: ☐ Yes ☒ No   If yes, brief description: _____

_____

Agreement ☐ was reached. ☒ was not reached.

Claim(s) discussed: *1, 15*

Identification of prior art discussed: _____

_____

Description of the general nature of what was agreed to if an agreement was reached, or any other comments: _____

*Discussed proposed claim changes.*

_____

_____

_____

( A fuller description, if necessary, and a copy of the amendments, if available, which the examiner agreed would render the claims allowable must be attached. Also, where no copy of the amendments which would render the claims allowable is available, a summary thereof must be attached.)

1. ☒ It is not necessary for applicant to provide a separate record of the substance of the interview.

Unless the paragraph above has been checked to indicate to the contrary. A FORMAL WRITTEN RESPONSE TO THE LAST OFFICE ACTION IS NOT WAIVED AND MUST INCLUDE THE SUBSTANCE OF THE INTERVIEW. (See MPEP Section 713.04). If a response to the last Office action has are ready been filed, APPLICANT IS GIVEN ONE MONTH FROM THIS INTERVIEW DATE TO FILE A STATEMENT OF THE SUBSTANCE OF THE INTERVIEW.

2. ☐ Since the Examiner's interview summary above (including any attachments) reflects a complete response to each of the objections, rejections and requirements that may be present in the last Office action, and since the claims are now allowable, this completed form is considered to fulfill the response requirements of the last Office action. Applicant is not relieved from providing a separate record of the interview unless box 1 above is also checked.

Examiner Note: You must sign this form unless it is an attachment to another form.

FORM **PTOL-413** (REV.1-96)   *F. Snow   1/20/98*

**HOWARD BRITTON**
**PRIMARY EXAMINER**

A000091



PATENT

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Applicant:          John B. Adrian

Serial No.:         08/677,100          Art Unit: 2615

Filed:              July 9, 1996

Title:              "FACILITY MONITORING SYSTEM WITH
                    IMAGE MEMORY AND CORRELATION"

Examiner:           Frank Snow

Docket No.:         29520

AMENDMENT AND REQUEST FOR EXTENSION OF TIME

Assistant Commissioner for Patents
Washington D.C.  20231

Sir:

 This communication is filed in response to the
Office Action dated August 5, 1997.  The 3 month period
for responding to the Communication expired on
November 5, 1997.  Accordingly, applicant respectfully
requests and petitions that the response date be
extended, for 3 months, to February 5, 1998.  The $475.00
extension of time fee is enclosed.

 Please amend the above-identified application as
follows.

IN THE CLAIMS:

 Please cancel claims 12, 14, 16-21, and 35-37
without prejudice.

 Claim 10, line 1, delete "9" and insert --1--.

**A000092**

```
 1        1. (twice amended) A monitoring system comprising:
 2             a movably mounted camera adapted for receiving
 3   images of a space to be monitored;
 4             an interpreter for receiving image data from
 5   the camera;
 6             a reference memory for storing reference image
 7   data;
 8             a comparator connected for comparing image data
 9   from the interpreter to image data from the reference
10   memory according to selected comparison criteria, wherein
11   the interpreter and comparator cooperate to select
12   recognizable portions of image data among unrecognized
13   portions of image data in the space being monitored, the
14   selected image portions being compared to the image data
15   in the reference memory; and
16             an output interface for reporting results of
17   the image data comparisons performed by the comparator.
```

```
 1        11.
          15. (twice amended) A monitoring system comprising:
 2             a movably mounted camera adapted for receiving
 3   images of a space to be monitored;
 4             an interpreter for receiving image data from
 5   the camera;
 6             a reference memory for storing reference image
 7   data for plural images and a comparator [is] adapted for
 8   comparing image data from the interpreter to image data
 9   for the plural images from the reference memory according
10   to selected comparison criteria, wherein the interpreter
11   and comparator cooperate to select recognizable portions
12   of image data among unrecognized portions of image data
13   in the space being monitored, the selected image portions
14   being compared to the image data in the reference memory;
15   and
16             an output interface for reporting results of
17   the image data comparisons performed by the comparator.
```

2

A000093

12.

1      ~22. (twice amended) A method of monitoring a space
2   comprising the steps of:
3            receiving a first set of image data from the
4   space representing plural images;
5            identifying and selecting a portion of the
6   information to be stored according to analysis and learn
7   criteria;
8            storing the selected information;
9            receiving a second set of image data from the
10  space;
11           identifying and selecting a portion of the
12  second set of image data to be analyzed according to the
13  analysis criteria, wherein the selected portion
14  represents a recognizable portion of image data among
15  unrecognized portions of image data in the space being
16  monitored;
17           comparing the selected portions of the sets of
18  image data to each other so as to compare the second set
19  of image data to the plural images of the first set and
20  determine a correlation of the images; and
21           indicating whether the correlation of the
22  images meets selected comparison criteria.

## REMARKS

      Applicant thanks examiners Snow and Britton for
meeting the inventor and his attorney on January 20,
1998.  The interview was helpful in resolving the
outstanding issues in the application.
      Claims 1, 10, 15, and 22 have been amended to more
clearly define the invention.  Claims 12, 14, 16-21, 35-
37 have been cancelled.
      Claims 1, 15, and 22 have been rejected as obvious.
      None of the references teach selection of
recognizable portions of image data from among
unrecognizable portions of image data.  This feature
enables the invention to use a moving camera, mounted on

3

A000094

a vehicle for example.  Changing background images can be disregarded while relevant objects are identified and analyzed.  For example, all images would be ignored except those appearing as license plates, which would be analyzed, as described in the specification beginning at page 10, line 9.

All of the issues raised by the Examiner have been resolved.  Accordingly, applicant respectfully requests reconsideration and withdrawal of the rejection.

If there are any fees required by the foregoing Amendment, please charge the same to our Deposit Account No. 16-0820, our Order No. 29520.

Respectfully submitted,

PEARNE, GORDON, McCOY & GRANGER

By: _____

Michael W. Garvey, Reg.No. 35878

1200 Leader Building
Cleveland, Ohio 44114
(216) 579-1700

February 4, 1998

4

A000095



#62-B
Rose
3-31-98

PTO/SB/29  (12/97)
Approved for use through 09/30/00.  OMB 0651-0032
Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

FEB 04 1998

Please type a plus sign (+) inside this box → [ + ]

# CONTINUED PROSECUTION APPLICATION (CPA)
# REQUEST TRANSMITTAL

*Submit an original, and a duplicate for fee processing.*
*(Only for Continuation or Divisional applications under 37 CFR 1.53(d))*

CHECK BOX, if applicable

[X] DUPLICATE

| | |
|---|---|
| Attorney Docket No. | 29520 |
| First Named Inventor | John B. Adrain |
| Express Mail Label No. | EM171101583US |
| Total Pages | –6– |

Address to:

Assistant Commissioner for Patents
Box CPA
Washington, DC 20231

This is a request for a   [X] continuation  or   [ ] divisional application under 37 CFR 1.53(d),
(continued prosecution application (CPA)) of prior application number ___08 /677,100___,
filed on ___July 9, 1996___, entitled _FACILITY MONITORING SYSTEM WITH IMAGE MEMORY AND_
_CORRELATION_

## NOTES

*FILING QUALIFICATIONS: The prior application identified above must be a nonprovisional application that is either: (1) complete as defined by 37 CFR 1.51(b) and filed on or after June 8, 1995, or (2) the national stage of an international application in compliance with 35 U.S.C. 371 and filed on or after June 8, 1995.*

*C-I-P NOT PERMITTED: A continuation-in-part application cannot be filed as a CPA under 37 CFR 1.53(d), but must be filed under 37 CFR 1.53(b).*

*EXPRESS ABANDONMENT OF PRIOR APPLICATION: The filing of this CPA is a request to expressly abandon the prior application as of the filing date of the request for a CPA. 37 CFR 1.53(b) must be used to file a continuation, divisional, or continuation-in-part of an application that is not to be abandoned.*

*ACCESS TO PRIOR APPLICATION: The filing of this CPA will be construed to include a waiver of confidentiality by the applicant under 35 U.S.C. 122 to the extent that any member of the public who is entitled under the provisions of 37 CFR 1.14 to access to, copies of, or information concerning, the prior application may be given similar access to, copies of, or similar information concerning, the other application or applications in the file jacket.*

*35 U.S.C. 120 STATEMENT: In a CPA, no reference to the prior application is needed in the first sentence of the specification and none should be submitted. If a sentence referencing the prior application is submitted, it will not be entered. A request for a CPA is the specific reference required by 35 U.S.C. 120 and to every application assigned the application number identified in such request, 37 CFR 1.78(a).*

1. [ ] Enter the unentered amendment previously filed on _____
   under 37 CFR 1.116 in the prior nonprovisional application.
2. [X] A preliminary amendment is enclosed.
3. This application is filed by fewer than all the inventors named in the prior application, 37 CFR 1.53 (d)(4).
   a. [ ] *DELETE* the following inventor(s) named in the prior nonprovisional application:
   ...........................................................................................
   ...........................................................................................
   b. [ ] The inventor(s) to be deleted are set forth on a separate sheet attached hereto.
4. [ ] A new power of attorney or authorization of agent (PTO/SB/81) is enclosed.
5. Information Disclosure Statement (IDS) is enclosed:
   a. [ ] PTO-1449
   b. [ ] Copies of IDS Citations

[Page 1 of 2]

Burden Hour Statement: This form is estimated to take 0.4 hours to complete. Time will vary depending upon the needs of the individual case. Any comments on the amount of time you are required to complete this form should be sent to the Chief Information Officer, Patent and Trademark Office, Washington, DC 20231. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Assistant Commissioner for Patents, Box CPA, Washington, DC 20231.

A000096

Please type a plus sign (+) inside this box → [+]

PTO/SB/29   (12/97)
Approved for use through 09/30/00. OMB 0651-0032
Patent and Trademark Office: U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

| CLAIMS | (1) FOR | (2) NUMBER FILED | (3) NUMBER EXTRA | (4) RATE | (5) CALCULATIONS |
|---|---|---|---|---|---|
| | TOTAL CLAIMS (37 CFR 1.16(c)) | 0   -20 = | 0 | x $_____ = | $   –0– |
| | INDEPENDENT CLAIMS (37 CFR 1.16(b)) | 0     -3 = | 0 | x $_____ = | $   –0– |
| | MULTIPLE DEPENDENT CLAIMS (if applicable) (37 CFR 1.16(d)) | | | + $_____ = | $   –0– |
| | | | | BASIC FEE (37 CFR 1.16(a)) | $   395.00 |
| | | | | Total of above Calculations = | $   395.00 |
| | | | Reduction by 50% for filing by small entity (Note 37 CFR 1.9, 1.27, 1.28). | | $ |
| | | | | TOTAL = | $   395.00 |

6. Small entity status:

   a. ☐ A small entity statement is enclosed.

   b. ☒ A small entity statement was filed in the prior nonprovisional application and such status is still proper and desired.

   c. ☐ Is no longer claimed.

7. The Commissioner is hereby authorized to credit overpayments or charge the following fees to Deposit Account No. __16 -0820__ ; Order No. 29520

   a. ☒ Fees required under 37 CFR 1.16.

   b. ☒ Fees required under 37 CFR 1.17.

   c. ☐ Fees required under 37 CFR 1.18.

8. ☒ A check in the amount of $__$395.00__ is enclosed.

9. ☐ Other: .......................................................................................................................

     .......................................................................................................................

**NOTE:**  *The prior application's correspondence address will carry over to this CPA UNLESS a new correspondence address is provided below.*

| 10.  NEW CORRESPONDENCE ADDRESS | | | | |
|---|---|---|---|---|
| ☐ Customer Number or Bar Code Label | *(Insert Customer No. or Attach bar code label here)* | or ☐ | New correspondence address below | |
| NAME | Michael W. Garvey | | | |
| | Pearne, Gordon, McCoy & Granger | | | |
| ADDRESS | 1200 Leader Building | | | |
| CITY | Cleveland | STATE | Ohio | ZIP CODE | 44114 |
| COUNTRY | U.S.A. | TELEPHONE | 216-579-1700 | FAX | 216-579-6073 |

| 11.  SIGNATURE OF APPLICANT, ATTORNEY, OR AGENT REQUIRED | |
|---|---|
| NAME | Michael W. Garvey |
| SIGNATURE | |
| DATE | February 4,  1998 |

[Page 2 of 2]

**A000097**

C-P.2G1S

FEB 0 4 1998

OIPE

Please type a plus sign (+) inside this box → [+]

PTO/SB/29 (12/97)
Approved for use through 09/30/00, OMB 0651-0032
Patent and Trademark Office: U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

# CONTINUED PROSECUTION APPLICATION (CPA)
## REQUEST TRANSMITTAL
Submit an original, and a duplicate for fee processing.
*(Only for Continuation or Divisional applications under 37 CFR 1.53(d))*

CHECK BOX, if applicable
☐ DUPLICATE

| Address to: | Assistant Commissioner for Patents<br>Box CPA<br>Washington, DC 20231 | Attorney Docket No. | 29520 |
| --- | --- | --- | --- |
| | | First Named Inventor | John B. Adrain |
| | | Express Mail Label No. | EM171101583US |
| | | Total Pages | -6- |

This is a request for a   [X] continuation or   ☐ divisional application under 37 CFR 1.53(d),

(continued prosecution application (CPA)) of prior application number ___08 /677,100___.

filed on __July 9, 1996__, entitled FACILITY MONITORING SYSTEM WITH IMAGE MEMORY AND CORRELATION

### NOTES

*FILING QUALIFICATIONS: The prior application identified above must be a nonprovisional application that is either: (1) complete as defined by 37 CFR 1.51(b) and filed on or after June 8, 1995, or (2) the national stage of an international application in compliance with 35 U.S.C. 371 and filed on or after June 8, 1995.*

*C-I-P NOT PERMITTED: A continuation-in-part application cannot be filed as a CPA under 37 CFR 1.53(d), but must be filed under 37 CFR 1.53(b).*

*EXPRESS ABANDONMENT OF PRIOR APPLICATION: The filing of this CPA is a request to expressly abandon the prior application as of the filing date of the request for a CPA. 37 CFR 1.53(d) must be used to file a continuation, divisional, or continuation-in-part of an application that is not to be abandoned.*

*ACCESS TO PRIOR APPLICATION: The filing of this CPA will be construed to include a waiver of confidentiality by the applicant under 35 U.S.C. 122 to the extent that any member of the public who is entitled under the provisions of 37 CFR 1.14 to access to, copies of, or information concerning, the prior application may be given similar access to, copies of, or similar information concerning, the other application or applications in the file jacket.*

*35 U.S.C. 120 STATEMENT: In a CPA, no reference to the prior application is needed in the first sentence of the specification and none should be submitted. If a sentence referencing the prior application is submitted, it will not be entered. A request for a CPA is the specific reference required by 35 U.S.C. 120 and to every application assigned the application number identified in such request, 37 CFR 1.78(a).*

1. ☐ Enter the unentered amendment previously filed on _____
   under 37 CFR 1.116 in the prior nonprovisional application.
2. [X] A preliminary amendment is enclosed.
3. This application is filed by fewer than all the inventors named in the prior application, 37 CFR 1.53 (d)(4).
   a. ☐ *DELETE* the following inventor(s) named in the prior nonprovisional application:
   ................................................................................
   ................................................................................
   b. ☐ The inventor(s) to be deleted are set forth on a separate sheet attached hereto.
4. ☐ A new power of attorney or authorization of agent (PTO/SB/81) is enclosed.
5. Information Disclosure Statement (IDS) is enclosed:
   a. ☐ PTO-1449
   b. ☐ Copies of IDS Citations

[Page 1 of 2]

Burden Hour Statement: This form is estimated to take 0.4 hours to complete. Time will vary depending upon the needs of the individual case. Any comments on the amount of time you are required to complete this form should be sent to the Chief Information Officer, Patent and Trademark Office, Washington, DC 20231. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Assistant Commissioner for Patents, Box CPA, Washington, DC 20231.

**A000098**

Please type a plus sign (+) inside this box → [+]

PTO/SB/29   (12/97)
Approved for use through 09/30/00.  OMB 0651-0032
Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

| CLAIMS | (1) FOR | (2) NUMBER FILED | (3) NUMBER EXTRA | (4) RATE | (5) CALCULATIONS |
|---|---|---|---|---|---|
| | TOTAL CLAIMS (37 CFR 1.16(c)) | 0  -20 = | 0 | x $_____ = | $      –0– |
| | INDEPENDENT CLAIMS (37 CFR 1.16(b)) | 0  -3 = | 0 | x $_____ = | $      –0– |
| | MULTIPLE DEPENDENT CLAIMS (if applicable) (37 CFR 1.16(d)) | | | + $_____ = | $      –0– |
| | | | | BASIC FEE (37 CFR 1.16(a)) | $    395.00 |
| | | | Total of above Calculations = | | $    395.00 |
| | Reduction by 50% for filing by small entity (Note 37 CFR 1.9, 1.27, 1.28). | | | | $ |
| | | | | TOTAL = | $    395.00 |

6. Small entity status:
   a. ☐ A small entity statement is enclosed.
   b. ☒ A small entity statement was filed in the prior nonprovisional application and such status is still proper and desired.
   c. ☐ Is no longer claimed.

7. The Commissioner is hereby authorized to credit overpayments or charge the following fees to Deposit Account No. ___16-0820___ : Order No. 29520
   a. ☒ Fees required under 37 CFR 1.16.
   b. ☒ Fees required under 37 CFR 1.17.
   c. ☐ Fees required under 37 CFR 1.18.

8. ☒ A check in the amount of $ $395.00 is enclosed.

9. ☐ Other: ...................................................................................
   ...................................................................................

---

**NOTE:**  *The prior application's correspondence address will carry over to this CPA UNLESS a new correspondence address is provided below.*

---

### 10.  NEW CORRESPONDENCE ADDRESS

☐ Customer Number or Bar Code Label   (Insert Customer No. or Attach bar code label here)   or  ☐ New correspondence address below

| | | | STATE | | ZIP CODE | |
|---|---|---|---|---|---|---|
| NAME | Michael W. Garvey | | | | | |
| | Pearne, Gordon, McCoy & Granger | | | | | |
| ADDRESS | 1200 Leader Building | | | | | |
| CITY | Cleveland | | STATE | Ohio | ZIP CODE | 44114 |
| COUNTRY | U.S.A. | | TELEPHONE | 216-579-1700 | FAX | 216-579-6073 |

---

### 11.  SIGNATURE OF APPLICANT, ATTORNEY, OR AGENT REQUIRED

| NAME | Michael W. Garvey |
|---|---|
| SIGNATURE | |
| DATE | February 4, 1998 |

[Page 2 of 2]

**A000099**



**UNITED STATES DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| SERIAL NUMBER | FILING DATE | FIRST NAMED APPLICANT | ATTORNEY DOCKET NO. |
|---|---|---|---|
| | | | |

PEARNE GORDON MCCOY & GRANGER
1200 LEADER BLDG
CLEVELAND OH 44114

| EXAMINER | |
|---|---|
| ART UNIT/13 | PAPER NUMBER |
| | 7 |

DATE MAILED:

**Please find below a communication from the EXAMINER in charge of this application.**

Commissioner of Patents

1 - PATENT APPLICATION FILE COPY

A000100

| *Notice of Allowability* | Application No.<br>08/677,100 | Applicant(s)<br>J. B. Adrain |
|---|---|---|
| | Examiner<br>Howard W. Britton | Group Art Unit<br>2713 |

All claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application.  If not included herewith (or previously mailed), a Notice of Allowance and Issue Fee Due or other appropriate communication will be mailed in due course.

[X] This communication is responsive to *amendment filed 2-4-98* _____ .

[X] The allowed claim(s) is/are *1-6, 8, 10, 15, 22-23, 25-25, 29-34 and 38 renumbered as 1-8, 11-19, 9, 10 and 20*

[ ] The drawings filed on _____ are acceptable.

[ ] Acknowledgement is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d).

    [ ] All [ ] Some* [ ] None   of the CERTIFIED copies of the priority documents have been

      [ ] received.

      [ ] received in Application No. (Series Code/Serial Number) _____ .

      [ ] received in this national stage application from the International Bureau (PCT Rule 17.2(a)).

    *Certified copies not received: _____ .

[ ] Acknowledgement is made of a claim for domestic priority under 35 U.S.C. § 119(e).

A SHORTENED STATUTORY PERIOD FOR RESPONSE to comply with the requirements noted below is set to EXPIRE **THREE MONTHS** FROM THE "DATE MAILED" of this Office action.  Failure to timely comply will result in ABANDONMENT of this application.  Extensions of time may be obtained under the provisions of 37 CFR 1.136(a).

[ ] Note the attached EXAMINER'S AMENDMENT or NOTICE OF INFORMAL APPLICATION, PTO-152, which discloses that the oath or declaration is deficient.  A SUBSTITUTE OATH OR DECLARATION IS REQUIRED.

[X] Applicant MUST submit NEW FORMAL DRAWINGS

    [ ] because the originally filed drawings were declared by applicant to be informal.

    [X] including changes required by the Notice of Draftsperson's Patent Drawing Review, PTO-948, attached hereto or to Paper No. __*3*__ .

    [ ] including changes required by the proposed drawing correction filed on _____ , which has been approved by the examiner.

    [ ] including changes required by the attached Examiner's Amendment/Comment.

    **Identifying indicia such as the application number (see 37 CFR 1.84(c)) should be written on the reverse side of the drawings.  The drawings should be filed as a separate paper with a transmittal lettter addressed to the Official Draftsperson.**

[ ] Note the attached Examiner's comment regarding REQUIREMENT FOR THE DEPOSIT OF BIOLOGICAL MATERIAL.

Any response to this letter should include, in the upper right hand corner, the APPLICATION NUMBER (SERIES CODE/SERIAL NUMBER). If applicant has received a Notice of Allowance and Issue Fee Due, the ISSUE BATCH NUMBER and DATE of the NOTICE OF ALLOWANCE should also be included.

Attachment(s)

    [ ] Notice of References Cited, PTO-892

    [ ] Information Disclosure Statement(s), PTO-1449, Paper No(s). _____

    [ ] Notice of Draftsperson's Patent Drawing Review, PTO-948

    [ ] Notice of Informal Patent Application, PTO-152

    [ ] Interview Summary, PTO-413

    [ ] Examiner's Amendment/Comment

    [ ] Examiner's Comment Regarding Requirement for Deposit of Biological Material

    [ ] Examiner's Statement of Reasons for Allowance

HOWARD W BRITTON
PRIMARY EXAMINER
ART UNIT 2713

**A000101**



**UNITED STATES DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**

## NOTICE OF ALLOWANCE AND ISSUE FEE DUE

| APPLICATION NO. | FILING DATE | TOTAL CLAIMS | EXAMINER AND GROUP ART UNIT | DATE MAILED |
|---|---|---|---|---|
|  |  |  |  |  |

First Named
Applicant

TITLE OF
INVENTION

| ATTY'S DOCKET NO. | CLASS-SUBCLASS | BATCH NO. | APPLN. TYPE | SMALL ENTITY | FEE DUE | DATE DUE |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |

***THE APPLICATION IDENTIFIED ABOVE HAS BEEN EXAMINED AND IS ALLOWED FOR ISSUANCE AS A PATENT.***
***PROSECUTION ON THE MERITS IS CLOSED.***

***THE ISSUE FEE MUST BE PAID WITHIN <u>THREE MONTHS</u> FROM THE MAILING DATE OF THIS NOTICE OR THIS***
***APPLICATION SHALL BE REGARDED AS ABANDONED.  <u>THIS STATUTORY PERIOD CANNOT BE EXTENDED.</u>***

### HOW TO RESPOND TO THIS NOTICE:

I. Review the SMALL ENTITY status shown above.
  If the SMALL ENTITY is shown as YES, verify your
  current SMALL ENTITY status:

  A. If the status is changed, pay twice the amount of the
     FEE DUE shown above and notify the Patent and
     Trademark Office of the change in status, or
  B. If the status is the same, pay the FEE DUE shown
     above.

If the SMALL ENTITY is shown as NO:

A. Pay FEE DUE shown above, or

B. File verified statement of Small Entity Status before, or with,
   payment of 1/2 the FEE DUE shown above.

II. Part B-Issue Fee Transmittal should be completed and returned to the Patent and Trademark Office (PTO) with your
   ISSUE FEE.  Even if the ISSUE FEE has already been paid by charge to deposit account, Part B Issue Fee Transmittal
   should be completed and returned.  If you are charging the ISSUE FEE to your deposit account, section "4b" of Part
   B-Issue Fee Transmittal should be completed and an extra copy of the form should be submitted.

III. All communications regarding this application must give application number and batch number.
   Please direct all communications prior to issuance to Box ISSUE FEE unless advised to the contrary.

***IMPORTANT REMINDER: Utility patents issuing on applications filed on or after Dec. 12, 1980 may require payment of***
***maintenance fees.  It is patentee's responsibility to ensure timely payment of maintenance***
***fees when due.***

PATENT AND TRADEMARK OFFICE COPY

PTOL-85 (REV. 10-96) Approved for use through 06/30/99. (0651-0033)

**A000102**
*U.S. GPO: 1996-437-639/80023

## PART B—ISSUE FEE TRANSMITTAL

**Complete and mail this form, together with _____ e fees, to:**    **Box ISSUE FEE**
**Assistant Commissioner for Paten__**
**Washington, D.C. 20231**

**MAILING INSTRUCTIONS:** This form should be used for transmitting the ISSUE FEE. Blocks 1 through 4 should be completed where appropriate. All further correspondence including the Issue Fee Receipt, the Patent, advance orders and notification of maintenance fees will be mailed to the current correspondence address as indicated unless corrected below or directed otherwise in Block 1, by (a) specifying a new correspondence address; and/or (b) indicating a separate "FEE ADDRESS" for maintenance fee notifications.

CURRENT CORRESPONDENCE ADDRESS (Note: Legibly mark-up with any corrections or use Block 1)

Note: The certificate of mailing below can only be used for domestic mailings of the Issue Fee Transmittal. This certificate cannot be used for any other accompanying papers. Each additional paper, such as an assignment or formal drawing, must have its own certificate of mailing.

**Certificate of Mailing**

I hereby certify that this Issue Fee is being deposited with the United States Postal Service with sufficient postage for first class mail in an envelope addressed to the Box Issue Fee address above on the date indicated below.

Susan K. Naughton                    (Depositor's name)

_Susan K. Naughton_                  (Signature)

8-26-98                              (Date)

| APPLICATION NO. | FILING DATE | TOTAL CLAIMS | EXAMINER AND GROUP ART UNIT | | DATE MAILED |
|---|---|---|---|---|---|
| | 07/09/96 | 020 | BRITTON, H | 2713 | 06/05/96 |

| First Named Applicant | | JOHN B. |
|---|---|---|

TITLE OF INVENTION   MONITORING SYSTEM WITH IMAGE MEMORY AND CORRELATION

| ATTY'S DOCKET NO. | CLASS-SUBCLASS | BATCH NO. | APPLN. TYPE | SMALL ENTITY | FEE DUE | DATE DUE |
|---|---|---|---|---|---|---|
| | 340-140.200 | E59 | UTILITY | YES | $660.00 | 09/08/96 |

**1.** Change of correspondence address or indication of " Fee Address" (37 CFR 1.363). Use of PTO form(s) and Customer Number are recommended, but not required.

☐ Change of correspondence address (or Change of Correspondence Address form PTO/SB/122) attached.

☐ "Fee Address" indication (or "Fee Address" Indication form PTO/SB/47) attached.

**2.** For printing on the patent front page, list (1) the names of up to 3 registered patent attorneys or agents OR, alternatively, (2) the name of a single firm (having as a member a registered attorney or agent) and the names of up to 2 registered patent attorneys or agents. If no name is listed, no name will be printed.

1  PEARNE, GORDON,

2  MCCOY & GRANGER LLP.

3 _____

**3.** ASSIGNEE NAME AND RESIDENCE DATA TO BE PRINTED ON THE PATENT (print or type)
**PLEASE NOTE:** Unless an assignee is identified below, no assignee data will appear on the patent. Inclusion of assignee data is only appropriate when an assignment has been previously submitted to the PTO or is being submitted under separate cover. Completion of this form is NOT a substitue for filing an assignment.

(A) NAME OF ASSIGNEE

(B) RESIDENCE: (CITY & STATE OR COUNTRY)

Please check the appropriate assignee category indicated below (will not be printed on the patent)

☐ individual   ☐ corporation or other private group entity   ☐ government

**4a.** The following fees are enclosed (make check payable to Commissioner of Patents and Trademarks):

☒ Issue Fee
☒ Advance Order - # of Copies __10__

**4b.** The following fees or deficiency in these fees should be charged to:

DEPOSIT ACCOUNT NUMBER __16-0820__
(ENCLOSE AN EXTRA COPY OF THIS FORM)

☐ Issue Fee
☐ Advance Order - # of Copies _____

The COMMISSIONER OF PATENTS AND TRADEMARKS is requested to apply the Issue Fee to the application identified above.

(Authorized Signature)                              (Date)  8/20/98
_Michael W. Garvey_ Reg. No. 35878

NOTE: The Issue Fee will not be accepted from anyone other than the applicant; a registered attorney or agent; or the assignee or other party in interest as shown by the records of the Patent and Trademark Office.

**Burden Hour Statement:** This form is estimated to take 0.2 hours to complete. Time will vary depending on the needs of the individual case. Any comments on the amount of time required to complete this form should be sent to the Chief Information Officer, Patent and Trademark Office, Washington, D.C. 20231. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND FEES AND THIS FORM TO: Box Issue Fee, Assistant Commissioner for Patents, Washington D.C. 20231

Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

09/04/1998 CASHBY   00000097 08677100

01 FC:242                          660.00 OP
02 FC:561                           30.00 OP

**TRANSMIT THIS FORM WITH FEE**      **A000103**

PTOL-85B (REV.10-96) Approved for use through 06/30/99. OMB 0651-0033      Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE



PATENT

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Applicant:      John P. Adrian

Serial No.:     08/677,100                    Art Unit:   2713

Filed:          July 9, 1996

Title:          "FACILITY MONITORING SYSTEM WITH IMAGE
                MEMORY AND CORRELATION"

Examiner:       Howard W. Britton

Batch No.:      E 89

Docket No.:     29520


### L E T T E R

Assistant Commissioner for Patents
Washington, D.C.  20231

Attention:  Official Draftsman

Sir:

  Enclosed herewith are 2 (two) sheets of formal drawings for filing in the above-identified application. We have received the "Notice of Allowance and Issue Fee Due" which was mailed from the U.S. Patent and Trademark Office on June 5, 1998.

     Respectfully submitted,
     PEARNE, GORDON, McCOY & GRANGER

  By: _____
     Michael W. Garvey, Reg. No. 35878

1200 Leader Building
Cleveland, Ohio  44114
(216) 579-1700

June 29, 1998

I hereby certify that this correspondence is being deposited with the United States Postal Service as first class mail in an envelope addressed to: Assistant Commissioner for Patents, Washington, D.C. 20231 on the date indicated below.

Michael W. Garvey
Name of Attorney for Applicant(s)

6-29-98
Date     Signature of Attorney

A000104



5831669



FIG. 1

A000105



FIG. 2



**PTO UTILITY GRANT**

Paper Number _____

# The Commissioner of Patents and Trademarks

*Has received an application for a patent for a new and useful invention. The title and description of the invention are enclosed. The requirements of law have been complied with, and it has been determined that a patent on the invention shall be granted under the law.*

*Therefore, this*

## United States Patent

*Grants to the person(s) having title to this patent the right to exclude others from making, using, offering for sale, or selling the invention throughout the United States of America or importing the invention into the United States of America for the term set forth below, subject to the payment of maintenance fees as provided by law.*

*If this application was filed prior to June 8, 1995, the term of this patent is the longer of seventeen years from the date of grant of this patent or twenty years from the earliest effective U.S. filing date of the application, subject to any statutory extension.*

*If this application was filed on or after June 8, 1995, the term of this patent is twenty years from the U.S. filing date, subject to an statutory extension. If the application contains a specific reference to an earlier filed application or applications under 35 U.S.C. 120, 121 or 365(c), the term of the patent is twenty years from the date on which the earliest application was filed, subject to any statutory extension.*

*Bruce Lehman*

Commissioner of Patents and Trademarks

*Melvinia Gary*

Attest

The
United
States
of
America

Form PTO-1584 (Rev. 2/97)

# McGraw-Hill
## Dictionary
###### of

# SCIENTIFIC
## and
# TECHNICAL
# TERMS



# Sixth Edition

A000108

# McGRAW-HILL DICTIONARY OF SCIENTIFIC AND TECHNICAL TERMS

## Sixth Edition

**McGraw-Hill**

New York   Chicago   San Francisco
Lisbon   London   Madrid   Mexico City
Milan   New Delhi   San Juan   Seoul   Singapore   Sydney   Toronto

A000109

On the cover: Representation of a fullerene molecule with a noble gas atom trapped inside. At the Permian-Triassic sedimentary boundary the noble gases helium and argon have been found trapped inside fullerenes. They exhibit isotope ratios quite similar to those found in meterorites, suggesting that a fireball meteorite or asteroid exploded when it hit the Earth, causing major changes in the environment. (Image copyright © Dr. Luann Becker. Reproduced with permission.)

Over the six editions of the Dictionary, material has been drawn from the following references: G. M. Garrity et al., *Taxonomic Outline of the Procaryotes*, Release 2, Springer-Verlag, January 2002; D. W. Linzey, *Vertebrate Biology*, McGraw-Hill, 2001; J. A. Pechenik, *Biology of the Invertebrates*, 4th ed., McGraw-Hill, 2000; *U.S. Air Force Glossary of Standardized Terms*, AF Manual 11-1, vol. 1, 1972; F. Casey, ed., *Compilation of Terms in Information Sciences Technology*, Federal Council for Science and Technology, 1970; *Communications-Electronics Terminology*, AF Manual 11-1, vol. 3, 1970; P. W. Thrush, comp. and ed., *A Dictionary of Mining, Mineral, and Related Terms*, Bureau of Mines, 1968; *A DOD Glossary of Mapping, Charting and Geodetic Terms*, Department of Defense, 1967; J. M. Gilliland, *Solar-Terrestrial Physics: A Glossary of Terms and Abbreviations*, Royal Aircraft Establishment Technical Report 67158, 1967; W. H. Allen, ed., *Dictionary of Technical Terms for Aerospace Use*, National Aeronautics and Space Administration, 1965; *Glossary of Stinfo Terminology*, Office of Aerospace Research, U.S. Air Force, 1963; *Naval Dictionary of Electronic, Technical, and Imperative Terms*, Bureau of Naval Personnel, 1962; R. E. Huschke, *Glossary of Meteorology*, American Meteorological Society, 1959; *ADP Glossary*, Department of the Navy, NAVSO P-3097; *Glossary of Air Traffic Control Terms*, Federal Aviation Agency; *A Glossary of Range Terminology*, White Sands Missile Range, New Mexico, National Bureau of Standards, AD 467-424; *Nuclear Terms: A Glossary*, 2d ed., Atomic Energy Commission.

**McGRAW-HILL DICTIONARY OF SCIENTIFIC AND TECHNICAL TERMS,**
**Sixth Edition**

Copyright © 2003, 1994, 1989, 1984, 1978, 1976, 1974 by The McGraw-Hill Companies, Inc. All rights reserved. Printed in the United States of America. Except as permitted under the United States Copyright Act of 1976, no part of this publication may be reproduced or distributed in any form or by any means, or stored in a database or retrieval system, without the prior written permission of the publisher.

1 2 3 4 5 6 7 8 9 0    DOW/DOW    0 8 7 6 5 4 3 2

ISBN 0-07-042313-X

**Library of Congress Cataloging-in-Publication Data**

McGraw-Hill dictionary of scientific and technical terms--6th ed.
   p.   cm.
  ISBN 0-07-042313-X (alk. paper)
   1. Science--Dictionaries.  2. Technology--Dictionaries.  I. Title: Dictionary of scientific and technical terms.

Q123.M15   2002
503—dc21

2002026436

**A000110**

**melting profile** [BIOCHEM] A plot of the degree of denaturation of the strands in a nucleic acid duplex in a specified time as a function of temperature. { 'melt·iŋ ‚prō‚fīl }

**melting rate** [MET] In electric arc welding, the weight or length of electrode melted in a specified unit of time. Also known as burn-off rate; melt-off rate. { 'melt·iŋ ‚rāt }

**melting ratio** [MET] The ratio of metal weight to fuel weight in a melting process. { 'melt·iŋ ‚rā·shō }

**melting temperature** [BIOCHEM] The temperature at which denaturing occurs for half of the double helices of deoxyribonucleic acid. { 'melt·iŋ ‚tem·pra·char }

**melt instability** [MECH] Instability of the plastic melt flow through a die. { 'melt ‚in·stə'bil·əd·ē }

**melt loading** [ORD] Process of melting solids explosive by heat and pouring into bombs, projectiles, and the like to solidify. Also known as cast loading. { 'melt ‚lōd·iŋ }

**melt-off rate** See melting rate. { 'melt‚ȯf ‚rāt } 's‚

**melton** [TEXT] A fabric with all-wool or cotton warp and woolen weft; the face is napped carefully to raise the nap straight up, showing the weave clearly. Also known as beaver cloth; kersey. { 'mel·tən }

**melt spinning** [TEXT] A process by which nylon, polyester, or glass is melted to allow it to be extruded into fibers through a spinneret. { 'melt‚spin·iŋ }

**melt strength** [MECH] Strength of a molten plastic. { 'melt ‚streŋkth }

**melt-through** [NUCLEO] An accident in a nuclear reactor in which melting of the fuel core (meltdown) leads to runaway melting of nuclear fuel out of the bottom of the reactor, down through the concrete mat below, and into the earth. Also known as China syndrome. { 'melt ‚thrü }

**meltwater** [HYD] Water derived from melting ice or snow, especially glacier ice. { 'melt‚wȯd·ər }

**Melusinidae** [INV ZOO] A family of orthorrhaphous dipteran insects in the series Nematocera. { ‚mel·ə'sin·ə‚dē }

**Melyridae** [INV ZOO] The soft-winged flower beetles, a large family of cosmopolitan coleopteran insects in the superfamily Cleroidea. { mə'lir·ə‚dē }

**member** [CIV ENG] A structural unit such as a wall, column, beam, or tie, or a combination of any of these. [GEOL] A rock stratigraphic unit of subordinate rank comprising a specially developed part of a varied formation. [MATH] **1.** An individual object that belongs to a set. Also known as element. **2.** For an equation, the expression on either side of the equality sign. { 'mem·bər }

**membership function** [MATH] The characteristic function of a fuzzy set, which assigns to each element in a universal set a value between 0 and 1. { 'mem·bar‚ship ‚fəŋk·shən }

**Membracidae** [INV ZOO] The treehoppers, a family of homopteran insects included in the series Auchenorrhyncha having a pronotum that extends backward over the abdomen, and a vertical upper portion of the head. { mem'bras·əd·ē }

**membrane** [BUILD] In built-up roofing, a weather-resistant (flexible or semiflexible) covering consisting of alternate layers of felt and bitumen, fabricated in a continuous covering and surfaced with aggregate or asphaltic material. [CHEM ENG] **1.** The medium through which the fluid stream is passed for purposes of filtration. **2.** The ion-exchange medium used in dialysis, diffusion, osmosis and reverse osmosis, and electrophoresis. [HISTOL] A thin layer of tissue surrounding a part of the body, separating adjacent cavities, lining cavities, or connecting adjacent structures. { 'mem‚brān }

**membrane analogy** [MECH] A formal identity between the differential equation and boundary conditions for a stress function for torsion of an elastic prismatic bar, and those for the deflection of a uniformly stretched membrane with the same boundary as the cross section of the bar, subjected to a uniform pressure. { 'mem‚brān ə‚nal·ə·jē }

**membrane bone** See dermal bone. { 'mem‚brān ‚bōn }

**membrane carrier** [CELL MOL] Any protein that facilitates the movement of small molecules across cell membranes. { 'mem‚brān ‚kar·ē·ər }

**membrane curing** See membrane waterproofing. { 'mem‚brān ‚kyür·iŋ }

**membrane distillation** [CHEM ENG] A separation method that uses a nonwetting, microporous membrane, with a liquid feed phase on one side and a condensing permeate phase on the other. Also known as membrane evaporation; thermopervaporation; transmembrane distillation. { 'mem‚brān ‚dis·tə'lā·shən }

**membrane evaporation** See membrane distillation. { 'mem‚brān i‚vap·ə'rā·shən }

**membrane keyboard** [COMPUT SCI] A flat keyboard, used with microcomputers and hand-held calculators, that consists of two closely spaced membranes separated by a flat sheet called a spacer with holes corresponding to the keys. { 'mem‚brān 'kē‚bȯrd }

**membrane mimetic chemistry** [ORG CHEM] The study of processes and reactions that have been developed by using information obtained from biological membrane systems. { 'mem‚brān mī‚med·ik 'kem·ə·strē }

**membrane potential** [PHYSIO] A potential difference across a living cell membrane. { 'mem‚brān pə‚ten·chəl }

**membrane separation** [CHEM ENG] The use of thin barriers (membranes) between miscible fluids for separating a mixture; a suitable driving force across the membrane, for example concentration or pressure differential, leads to preferential transport of one or more feed components. { 'mem‚brān ‚sep·ə'rā·shən }

**membrane stress** [MECH] Stress which is equivalent to the average stress across the cross section involved and normal to the reference plane. { 'mem‚brān ‚stres }

**membrane waterproofing** [CIV ENG] Curing concrete, especially in pavements, by spraying a liquid material over the surface to form a solid, impervious layer which holds the mixing water in the concrete. Also known as membrane curing. { 'mem‚brān 'wȯd·ər‚prüf·iŋ }

**membranous glomerulonephritis** [MED] A type of glomerulonephritis characterized by thickening of the basement membrane due to deposition of electron-dense material. { 'mem·bra·nəs glä‚mer·ya·lō·ne'frīd·əs }

**membranous labyrinth** [ANAT] The membranous portion of the inner ear of vertebrates. { 'mem·bra·nəs 'lab·ə‚rinth }

**membranous pregnancy** [MED] Gestation in which there has been a rupture of the amniotic sac and the fetus is in direct contact with the wall of the uterus. { 'mem·bra·nəs 'preg‚nən·sē }

**membranous urethra** [ANAT] The part of the urethra between the two fascial layers of the urogenital diaphragm. { 'mem·bra·nəs yü'rē·thrə }

**MEMC** See methoxyethylmercury chloride.

**memex** [COMPUT SCI] A hypothetical machine described by Vannevar Bush, which would store written records so that they would be available almost instantly by merely pushing the right button for the information desired. { 'mem‚meks }

**memistor** [ELEC] Nonmagnetic memory device consisting of a resistive substrate in an electrolyte; when used in an adaptive system, a direct-current signal removes copper from an anode and deposits it on the substrate, thus lowering the resistance of the substrate; reversal of the current reverses the process, raising the resistance of the substrate. { 'me'mis·tər }

**memomotion study** [IND ENG] A technique of work measurement and methods analysis using a motion picture camera operated at less than normal camera speed. Also known as camera study; micromotion study. { 'mem·ō‚mō·shən ‚stəd·ē }

**memory** [COMPUT SCI] Any apparatus in which data may be stored and from which the same data may be retrieved; especially, the internal, high-speed, large-capacity working storage of a computer, as opposed to external devices. Also known as computer memory. [PSYCH] The recollection of past events or sensations, or the performance of previously learned skills without practice. { 'mem·rē }

**memory address register** [COMPUT SCI] A special register containing the address of a word currently required. { 'mem·rē 'ad‚res ‚rej·ə·stər }

**memory bank** [COMPUT SCI] A physical section of a computer memory, which may be designed to handle information transfers independently of other such transfers in other such sections. { 'mem·rē ‚baŋk }

**memory buffer register** [COMPUT SCI] A special register in which a word is stored as it is read from memory or just prior to being written into memory. { 'mem·rē 'bəf·ər ‚rej·ə·star }

**memory capacity** See storage capacity. { 'mem·rē kə'pas·əd·ē }

**memory card** [COMPUT SCI] A small card, typically with



**MEMBRACIDAE**

Membracids on stems. (a) Adult. (b) Nympha. (Courtesy of C. H. Hanson)

power-source voltage to other desired voltages or frequencies. { 'mōd·ər ¦jen·ə,rād·ər ,set }

**motor grader** See autopatrol. { 'mōd·ər ,grād·ər }

**motor learning** [PSYCH] In animals or humans, learning to perform some motor task in response to a given event or stimulus. { 'mōd·ər ,lərn·iŋ }

**motor meter** [ENG] An integrating meter which has a rotor, one or more stators, a retarding element which makes the speed of the rotor proportional to the quantity (such as power or current) whose integral over time is being measured, and a register which counts the total number of revolutions of the rotor. { 'mōd·ər ,mēd·ər }

**motor nerve** [NEUROSCI] A nerve composed wholly or principally of motor fibers. { 'mōd·ər ,nərv }

**motor neuron** [NEUROSCI] An efferent nerve cell. Also known as motoneuron. { 'mōd·ər 'nür,lin }

**motor noise** [ACOUS] The noisy sound made by an electric motor. { 'mōd·ər ,nóiz }

**motor reducer** [MECH ENG] Speed-reduction power transmission equipment in which the reducing gears are integral with drive shafts. { 'mōd·ər ri,dü·sər }

**motorship** [NAV ARCH] A ship propelled by a motor which can travel on the seas; in particular, one propelled by an internal combustion engine such as a diesel engine. { 'mōd·ər,ship }

**motor speech area** [ANAT] The cortical area located in the triangular and opercular portions of the inferior frontal gyrus; in right-handed people it is more developed on the left side. { 'mōd·ər 'spēch ,er·ē·ə }

**motor system** [PHYSIO] Any portion of the nervous system that regulates and controls the contractile activity of muscle and the secretory activity of glands. { 'mōd·ər ,sis·təm }

**motor torpedo boat** [NAV ARCH] A motor boat 60 to 100 feet (18 to 30 meters) long and capable of speeds of about 60 knots (110 kilometers per hour), armed with two to four torpedo tubes, machine and antiaircraft guns, and depth charges. Also known as mosquito boat; PT boat. { 'mōd·ər tór'pēd·ō ,bōt }

**motortruck** [MECH ENG] An automotive vehicle which is used to transport freight. { 'mōd·ər,trək }

**motor unit** [ANAT] The axon of an anterior horn cell, or the motor fiber of a cranial nerve, together with the striated muscle fibers innervated by its terminal branches. { 'mōd·ər ,yü·nət }

**motor vehicle** [MECH ENG] Any automotive vehicle that does not run on rails, and generally having rubber tires. { 'mōd·ər 'vē·ə·kəl }

**mottle** [MED] An effect that occurs during radiological imaging when the dose of radiation is reduced to a level where quantum effects can be observed. { 'mäd·əl }

**mottled** [GEOL] Of a soil, irregularly marked with spots of different colors. [GRAPHICS] Of a printed area, spotty or uneven in appearance. [PETR] Of a sedimentary rock, marked with spots of various colors. { 'mäd·əld }

**mottled iron** [MET] A cast iron showing gray areas that contain graphite, perlite, and sometimes ferrite, and white areas containing primarily cementite. { 'mäd·əld 'ī·ərn }

**mottle-leaf** [PL PATH] 1. A virus disease characterized by chlorotic mottling and wrinkling of leaves. 2. A zinc-deficiency disease characterized by partial chlorosis of the leaves and stunting of the plant. { 'mäd·əl,lēf }

**mottramite** [MINERAL] (Cu,Zn)Pb(VO₄)(OH) A mineral composed of a basic lead copper zinc vanadate; it is isomorphous with descloizite. Also known as cuprodescloizite; psittacinite. { 'mä·trə,mīt }

**Mott scattering** [QUANT MECH] 1. The scattering of identical particles due to a Coulomb force. 2. The scattering of a relativistic electron by a Coulomb field. { 'mät ,skad·ə·riŋ }

**motu** [GEOGR] One of a series of closely spaced coral islets separated by narrow channels; the group of islets forms a ring-shaped atoll. { 'mō·tü }

**moulage** [GRAPHICS] 1. The technique of making a mold. 2. A material used to make molds; it is extremely delicate and can be used on human hair or skin, or on antiques or other objects that are too fragile to be molded in rubber, gelatin, or plaster; it is applied warm with brushes or palette knives and can be reused. { mü'läzh }

**moulin** [HYD] A shaft or hole in the ice of a glacier which is roughly cylindrical and nearly vertical, formed by swirling meltwater pouring down from the surface. Also known as glacial mill; glacier mill; glacier pothole; glacier well; pothole. { mü'lan }

**moulin pothole** See giant's kettle. { mü'lan 'pät,hōl }

**mounce** [MECH] A unit of mass, equal to 25 grams. Also known as metric ounce. { mȯuns }

**mound** [GEOL] 1. A low, isolated, rounded natural hill, usually of earth. Also known as tuft. 2. A structure built by fossil colonial organisms. { mȯund }

**mount** [ELECTROMAG] The flange or other means by which a switching tube, or tube and cavity, is connected to a waveguide. { mȯunt } 1. Structure supporting any apparatus, as a gun, searchlight, telescope, or surveying instrument. 2. To fasten an apparatus in position, such as a gun on its support. [ORD] To equip; to put into operation; to go into operation, as to mount an offensive. { mȯunt }

**mountain** [GEOGR] A feature of the earth's surface that rises high above the base and has generally steep slopes and a relatively small summit area. { 'mȯunt·ən }

**mountain and valley winds** [METEOROL] A system of diurnal winds along the axis of a valley, blowing uphill and upvalley by day, and downhill and downvalley by night; they prevail mostly in calm, clear weather. { 'mȯunt·ən ən 'val·ē 'winz }

**mountain blue** [INORG CHEM] 2CuCO₃·Cu(OH)₂ Ground azurite used as a paint pigment. Also known as copper blue. { 'mȯunt·ən 'blü }

**mountain breeze** [METEOROL] A breeze that blows down a mountain slope due to the gravitational flow of cooled air. Also known as mountain wind. { 'mȯunt·ən 'brēz }

**mountain brown ore** [GEOL] Name used in Virginia for limonite or brown iron ore. { 'mȯunt·ən 'braȯn 'ȯr }

**mountain butter** See halotrichite. { 'mȯunt·ən 'bəd·ər }

**mountain chain** See mountain system. { 'mȯunt·ən ,chān }

**mountain climate** [CLIMATOL] Very generally, the climate of relatively high elevations; mountain climates are distinguished by the departure of their characteristics from those of surrounding lowlands, and the one common basis for this distinction is that of atmospheric rarefaction; aside from this, great variety is introduced by differences in latitude, elevation, and exposure to the sun; thus, there exists no single, clearly defined, mountain climate. Also known as highland climate. { 'mȯunt·ən ,klī·mət }

**mountain cork** [MINERAL] 1. A white or gray variety of asbestos composed of thick, interwoven fibers and having a corklike weight and texture. Also known as rock cork. 2. A fibrous clay mineral, such as sepiolite. { 'mȯunt·ən 'kȯrk }

**mountain crystal** See rock crystal. { 'mȯunt·ən 'krist·əl }

**mountain effect** [ELECTROMAG] The effect of rough terrain on radio-wave propagation, causing reflections that produce errors in radio direction-finder indications. { 'mȯunt·ən i,fekt }

**mountain-gap wind** [METEOROL] A local wind blowing through a gap between mountains. { 'mȯunt·ən ¦gap ,wind }

**mountain glacier** See alpine glacier. { 'mȯunt·ən 'glā·shər }

**mountain lion** See puma. { 'mȯunt·ən ,lī·ən }

**mountain mahogany** See obsidian. { 'mȯunt·ən mə'häg·ə·nē }

**mountain meteorology** [METEOROL] The branch of meteorology that studies the effects of mountains on the atmosphere, ranging over all scales of motion. { 'mȯunt·ən ,mēd·ē·ə'räl·ə·jē }

**mountain pediment** [GEOL] A plain of combined erosion and transportation at the base of and surrounding a desert mountain range; at a distance it has the appearance of a broad triangular mass. { 'mȯunt·ən 'ped·ə·mənt }

**mountain range** [GEOGR] A succession of mountains or narrowly spaced mountain ridges closely related in position, direction, and geologic features. { 'mȯunt·ən ,rānj }

**mountain sickness** [MED] A disease occurring in persons living at high altitudes when homeostatic adjustments to the lowered atmospheric oxygen tension fail or develop disproportionately. Also known as high-altitude disease; high-altitude erythremia; Monge's disease; seroche. { 'mȯunt·ən ,sik·nəs }

**mountain slope** [GEOGR] The inclined surface that forms a mountainside. { 'mȯunt·ən ,slōp }

**mountain soap** See saponite. { 'mȯunt·ən ,sōp }

**mountain system** [GEOGR] A group of mountain ranges tied together by common geological features. Also known as mountain chain. { 'mȯunt·ən ,sis·təm }

**mountain tallow** See hatchettite. { 'mȯunt·ən ,tal·ō }

**mountain tick fever** See Colorado tick fever. { 'mȯunt·ən 'tik ,fē·vər }



THE ULTIMATE COMPUTER REFERENCE

*Microsoft*®

Designed for
Microsoft®
Windows NT®
Windows® 98

CD-ROM
Included

Microsoft®
Internet
Explorer



Over
**8,000**
**Entries**
with online updates
available quarterly

# Microsoft®
# Computer
# Dictionary
## Fourth
## Edition

- *Three new appendixes, file extensions, and Internet domains*
- *Searchable text on CD-ROM*
- *Extensive coverage of hardware, software, the Internet, and more!*
- *Detailed illustrations and diagrams for easy reference*

A000113

*Microsoft*®

# Microsoft®
# Computer
# Dictionary
## Fourth
## Edition

A000114

PUBLISHED BY
Microsoft Press
A Division of Microsoft Corporation
One Microsoft Way
Redmond, Washington 98052-6399

Copyright © 1999 by Microsoft Corporation

All rights reserved. No part of the contents of this book may be reproduced or transmitted in any form
or by any means without the written permission of the publisher.

Library of Congress Cataloging-in-Publication Data
Microsoft Computer Dictionary. -- 4th ed.
        p. cm.
    Previous eds. published under title: Microsoft Press computer
dictionary
    ISBN 0-7356-0615-3
    1. Computers Dictionaries.   2. Microcomputers Dictionaries.
I. Microsoft Press computer dictionary.
QA76.15.M538   1999
004'.03--dc21                                99-20168
                                                 CIP

Printed and bound in the United States of America.

    4 5 6 7 8 9   MLML   4 3 2 1 0

Distributed in Canada by Penguin Books Canada Limited.

A CIP catalogue record for this book is available from the British Library.

Microsoft Press books are available through booksellers and distributors worldwide. For further information
about international editions, contact your local Microsoft Corporation office or contact Microsoft Press
International directly at fax (425) 936-7329. Visit our Web site at mspress.microsoft.com.

Macintosh, Power Macintosh, QuickTime, and TrueType fonts are registered trademarks of Apple Computer,
Inc. Kodak is a registered trademark of the Eastman Kodak Company. Intel is a registered trademark and Indeo
is a trademark of Intel Corporation. Active Desktop, Active Directory, ActiveMovie, Active Platform, ActiveX,
Authenticode, BackOffice, DirectInput, DirectX, Microsoft, Microsoft Press, MS-DOS, MSN, NetMeeting,
NetShow, Visual Basic, Visual C++, Visual J++, WebTV, WebTV Network, Win32, Win32s, Windows,
Windows NT, and XENIX are either registered trademarks or trademarks of Microsoft Corporation in the
United States and/or other countries. PANTONE is a registered trademark of Pantone, Inc. Other product and
company names mentioned herein may be the trademarks of their respective owners.

The example companies, organizations, products, people, and events depicted herein are fictitious. No associa-
tion with any real company, organization, product, person, or event is intended or should be inferred.

Acquisitions Editor: Christey Bahn
Project Editor: Kim Fryer

A000115

**interactive voice response** *n.* A computer that operates through the telephone system, in which input commands and data are transmitted to the computer as spoken words and numbers, or tones and dial pulses generated by a telephone instrument; and output instructions and data are received from the computer as prerecorded or synthesized speech. For example, a dial-in service that provides airline flight schedules when you press certain key codes on your telephone is an interactive voice response system. *Also called* IVR.

**Interactive voice system** *n. See* interactive voice response.

**interapplication communication** *n.* The process of one program sending messages to another program. For example, some e-mail programs allow users to click on a URL within the message. After the user clicks on the URL, browser software will automatically launch and access the URL.

**interblock gap** *n. See* inter-record gap.

**Interchange File Format** *n. See* .iff.

**Interchange Format** *n. See* Rich Text Format.

**interconnect** *n. See* System Area Network.

**interface** *n.* **1.** The point at which a connection is made between two elements so that they can work with each other or exchange information. **2.** Software that enables a program to work with the user (the user interface, which can be a command-line interface, menu-driven, or a graphical user interface), with another program such as the operating system, or with the computer's hardware. *See also* application programming interface, graphical user interface. **3.** A card, plug, or other device that connects pieces of hardware with the computer so that information can be moved from place to place. For example, standardized interfaces such as RS-232-C standard and SCSI enable communications between computers and printers or disks. *See also* RS-232-C standard, SCSI.

**interface adapter** *n. See* network adapter.

**interface card** *n. See* adapter.

**interference** *n.* **1.** Noise or other external signals that affect the performance of a communications channel. **2.** Electromagnetic signals that can disturb radio or television reception. The signals can be generated naturally, as in lightning, or by electronic devices, such as computers.

**Interior Gateway Protocol** *n. See* IGP.

**Interior Gateway Routing Protocol** *n. See* IGRP.

**interlace scanning** *n.* A display technique designed to reduce flicker and distortions in television transmissions; also used with some PC monitors. In interlace scanning the electron beam in the television or monitor refreshes alternate sets of scan lines in successive top-to-bottom sweeps, refreshing all even lines on one pass, and all odd lines on the other. Interlaced images are not as clear as those produced by the progressive scanning typical of newer computer monitors. Interlace scanning is, however, the standard method of displaying analog broadcast television images. *Also called* interlacing. *Compare* progressive scanning.

**interlacing** *n.* A technique used in some raster-scan video displays in which the electron beam refreshes (updates) all odd-numbered scan lines in one vertical sweep of the screen and all even-numbered scan lines in the next sweep. Because of the screen phosphor's ability to maintain an image for a short time before fading and the tendency of the human eye to average or blend subtle differences in light intensity, the human viewer sees a complete display, but the amount of information carried by the display signal and the number of lines that must be displayed per sweep are halved. *Compare* noninterlaced.

**interleave** *vb.* To arrange the sectors on a hard disk in such a way that after one sector is read, the next sector in numeric sequence will arrive at the head when the computer is ready to accept it rather than before, which would make the computer wait a whole revolution of the platter for the sector to come back. Interleaving is set by the format utility that initializes a disk for use with a given computer.

**interleaved memory** *n.* A method of organizing the addresses in RAM memory in order to reduce wait states. In interleaved memory, adjacent locations are stored in different rows of chips so that after accessing a byte, the processor does not have to wait an entire memory cycle before accessing the next byte. *See also* access time (definition 1), wait state.

**interlock** *vb.* To prevent a device from acting while the current operation is in progress.

**intermediate language** *n.* A computer language used as an intermediate step between the original source language, usually a high-level language, and the target language, usually machine code. Some high-level compilers use assembly language as an intermediate language. *See also* compiler (definition 2), object code.

A000116

Hewlett-Packard, and IBM), formed in 1988, that promotes standards and specifications for programs operating under UNIX and licenses software (as source code) to its members. OSF's products include the Distributed Computing Environment, the graphical user interface Motif, and the OSF/1 operating system (a variant of UNIX).

**OSI** *n. See* ISO/OSI reference model.

**OSI protocol stack** *n.* The set of protocols based on—and corresponding to—the ISO/OSI reference model. *See also* ISO/OSI reference model.

**OSI reference model** *n. See* ISO/OSI reference model.

**OSPF** *n.* Acronym for Open Shortest Path First. A routing protocol for IP networks, such as the Internet, that allows a router to calculate the shortest path to each node for sending messages. The router sends information on the nodes it is linked to, called link-state advertisements, to other routers on the network to accumulate link-state information to make its calculations. *See also* communications protocol, node (definition 2), path (definition 1), router.

**OTOH** *n.* Acronym for on the other hand. A shorthand expression often used in e-mail, Internet news, and discussion groups.

**Outbox** *n.* In many e-mail applications, the default mailbox where the program stores outgoing messages. *See also* e-mail[1] (definition 1), mailbox. *Compare* Inbox.

**outdent** *n. See* hanging indent.

**outer join** *n.* In database management, an operator in relational algebra. An outer join performs an extended join operation in which the tuples (rows) in one relation (table) that have no counterpart in the second relation appear in the resulting relation con-catenated with all null values. *Compare* inner join.

**outline font** *n.* A font (type design) stored in a computer or printer as a set of outlines for drawing each of the alphabetic and other characters in a character set. Outline fonts are templates rather than actual patterns of dots and are scaled up or down to match a particular type size. Such fonts are most often used for printing, as is the case with most PostScript fonts on a PostScript-compatible laser printer and TrueType fonts. *Compare* bitmapped font, screen font, stroke font.

**out-of-band signaling** *n.* Transmission of some signals, such as control information, on frequencies outside of the bandwidth available for voice or data transfer on a communications channel. *Compare* inband signaling.

**output[1]** *n.* The results of processing, whether sent to the screen or printer, stored on disk as a file, or sent to another computer in a network.

**output[2]** *vb.* To send out data by a computer or sound by a speaker.

**output area** *n. See* output buffer.

**output-bound** *n. See* input/output-bound.

**output buffer** *n.* A portion of memory set aside for temporary storage of information, leaving main memory for storage, display, printing, or transmission. *See also* buffer[1].

**output channel** *n. See* channel (definition 1), input/output channel.

**output stream** *n.* A flow of information that leaves a computer system and is associated with a particular task or destination. In programming, an output stream can be a series of characters sent from the computer's memory to a display or to a disk file. *Compare* input stream.

**outsourcing** *n.* The assignment of tasks to independent contractors, such as individual consultants or service bureaus. Tasks such as data entry and programming are often performed via outsourcing.

**OverDrive** *n.* A type of microprocessor from Intel designed to replace a computer's existing i486SX or i486DX microprocessor. The OverDrive is functionally identical to Intel's i486DX2 microprocessor, but it is an end-user product, whereas the i486DX2 is sold only to computer manufacturers who build it into their own systems. Upgrading a system with an OverDrive processor differs from system to system; and some systems might not be able to support an OverDrive processor. *See also* i486DX, i486SL, i486SX, microprocessor. *Compare* i486DX2.

**overflow** *n.* **1.** Generally, the condition that occurs when data resulting from input or processing requires more bits than have been provided in hardware or software to store the data. Examples of overflow include a floating-point operation whose result is too large for the number of bits allowed for the exponent, a string that exceeds the bounds of the array allocated for it, and an integer operation whose result contains too many bits for the register into which it is to be stored. *See also* overflow error. *Compare* underflow.

**A000117**

record number
record

**real-time clock** *n. See* clock (definition 2).

**real-time conferencing** *n. See* teleconferencing.

**Real-Time Control Protocol** *n.* A scalable transport control protocol that works with the Real-Time Protocol (RTP) to monitor real-time transmissions to multiple participants over a network—for example, during videoconferencing. The Real-Time Control Protocol, or RTCP, transmits packets of control information at regular intervals and is used to determine how well information is being delivered to recipients. *Acronym:* RTCP. *See also* Real-Time Protocol, Real-Time Streaming Protocol, Resource Reservation Setup Protocol.

**real-time operating system** *n.* An operating system designed or optimized for the needs of a process-control environment. *See also* real-time system.

**Real-Time Protocol** *n.* An Internet-standard network transport protocol used in delivering real-time data, including audio and video. The Real-Time Protocol, or RTP, works with both unicast (single sender, single recipient) and multicast (single sender, multiple recipient) services. RTP is often used in conjunction with the Real-Time Control Protocol (RTCP), which monitors delivery. *Acronym:* RTP. *See also* Real-Time Control Protocol, Real-Time Streaming Protocol, stream.

**Real-Time Streaming Protocol** *n.* A control protocol for the delivery of streamed multimedia data over Internet Protocol (IP) networks. The Real-Time Streaming Protocol, or RTSP, was developed by Columbia University, Progressive Networks, and Netscape and has been submitted as a proposed standard to the IETF (Internet Engineering Task Force). RTSP is designed to deliver real-time, live, or stored audio and video efficiently over a network. It can be used either for groups of recipients or for on-demand delivery to a single recipient. *Acronym:* RTSP. *See also* Advanced Streaming Format, Real-Time Protocol, Resource Reservation Setup Protocol, stream.

**real-time system** *n.* A computer and/or a software system that reacts to events before the events become obsolete. For example, airline collision avoidance systems must process radar input, detect a possible collision, and warn air traffic controllers or pilots while they still have time to react.

**reboot** *vb.* To restart a computer by reloading the operating system. *See also* boot[2], cold boot, warm boot.

**receipt notification** *n.* An e-mail feature providing feedback to the sender that a message has been received by the recipient.

**receive** *vb.* To accept data from an external communications system, such as a local area network (LAN) or a telephone line, and store the data as a file.

**Receive Data** *n. See* RXD.

**rec. newsgroups** *n.* Usenet newsgroups that are part of the rec. hierarchy and whose names have the prefix *rec*. These newsgroups cover topics devoted to discussions of recreational activities, hobbies, and the arts. *See also* newsgroup, traditional newsgroup hierarchy, Usenet. *Compare* comp. newsgroups, misc. newsgroups, news. newsgroups, sci. newsgroups, soc. newsgroups, talk. newsgroups.

**recompile** *vb.* To compile a program again, usually because of changes that need to be made in the source code in response to error messages generated by the compiler. *See also* compile.

**record[1]** *n.* A data structure that is a collection of fields (elements), each with its own name and type. Unlike an array, whose elements all represent the same type of information and are accessed using an index, the elements of a record represent different types of information and are accessed by name. A record can be accessed as a collective unit of elements, or the elements can be accessed individually. *See also* array, data structure, type[1] (definition 1).

**record[2]** *vb.* To retain information, usually in a file.

**record format** *n. See* record structure.

**record head** *n.* The device in a tape machine that places data on the tape. In some tape machines, the record head is combined with the read head.

**record layout** *n.* The organization of data fields within a record. *See also* record[1].

**record length** *n.* The amount of storage space required to contain a record, typically given in bytes. *See also* record[1].

**record locking** *n.* A strategy employed in distributed processing and other multiuser situations to prevent more than one user at a time from writing data to a record. *See also* record[1].

**record number** *n.* A unique number assigned to a record in a database in order to identify it. A record number can identify an existing record by its position (for example, the tenth record from the beginning of

R

A000118

# SEVENTH EDITION

# MODERN
# DICTIONARY
## of
# ELECTRONICS



# RUDOLF F. GRAF



Newnes

A000119

# MODERN
## DICTIONARY
of
# ELECTRONICS

SEVENTH EDITION

REVISED AND UPDATED

## Rudolf F. Graf



### Newnes

Boston   Oxford   Auckland   Johannesburg   Melbourne   New Delhi

A000120

Newnes is an imprint of Butterworth-Heinemann.

Copyright © 1999 by Rudolf F. Graf

 A member of the Reed Elsevier Group.

All rights reserved.

No part of this publication may be reproduced, stored in a retrieval system, or transmitted in any form or by any means, electronic, mechanical, photocopying, recording, or otherwise, without the prior written permission of the publisher.

Recognizing the importance of preserving what has been written, Butterworth-Heinemann prints its books on acid-free paper whenever possible.

 Butterworth-Heinemann supports the efforts of American Forests and the Global ReLeaf program in its campaign for the betterment of trees, forests, and our environment.

**Library of Congress Cataloging-in-Publication Data**

Graf, Rudolf F.
    Modern dictionary of electronics / Rudolf F. Graf.—7th ed., revised and updated.
        p.    cm.
    ISBN 0-7506-9866-7 (alk. paper)
    1. Electronics—Dictionaries. I. Title
TK7804.G67   1999
621.381'03—dc21                             99-17889
                                            CIP

**British Library Cataloguing-in-Publication Data**
A catalogue record for this book is available from the British Library.

The publisher offers special discounts on bulk orders of this book.
For information, please contact:
Manager of Special Sales
Butterworth-Heinemann
225 Wildwood Avenue
Woburn, MA 01801-2041
Tel: 781-904-2500
Fax: 781-904-2620

For information on all Butterworth-Heinemann publications available, contact our World Wide Web home page at: http://www.bh.com

10 9 8 7 6 5 4 3 2 1

Typeset by Laser Words, Madras, India
Printed in the United States of America

A000121

distinguished from multichannel (stereophonic, binaural, etc.) types. More correctly but less universally called monophonic recorder.

**monitor** — 1. To listen to a communication service, without disturbing it, to determine its freedom from trouble or interference. 2. A device (e.g., a receiver, oscilloscope, teleprinter, etc.) used for checking signals. 3. A software package or a hardware device that can be used to measure the performance of a system or the utilization of specific devices. 4. Any device used to observe or measure a parameter. 5. Any device for listening incidentally to an audio signal that is primarily directed to some other purpose at that moment. A monitor loudspeaker is used for auditioning a recording or radio program incidentally to its committal to tape or its broadcast. 6. The operator of a television monitoring system who selects one out of several camera images for broadcasting. 7. A TV set without a tuner used to directly display the composite video signal from a camera, videotape recorder, or special-effects generator. 8. A controller of the operation of the various programs available, the monitor can access the editor, assembler, or other programs. 9. A program that controls a computer's basic operation, telling it how and where to acquire the programs and data, where to store them, and how to run them. 10. A device for video viewing connected directly to the camera output. A true monitor does not incorporate channel selector components or audio components.

**monitored fast forward** — A feature in a cartridge deck whereby the playback amplifier is left on at low volume during fast forward so the user can hear the program running through at the faster speed, to spot or cue up to the desired program.

**monitor head** — A playback head that is separated from the record head, enabling the recordist to listen to what is coming off the tape a fraction of a second after it has been recorded and while the recording is still in progress. Without a monitor head, a tape must be recorded to its end and then rewound and replayed before the recordist can evaluate the tape. On some cassette decks with monitor capability, the monitor head is not completely separate, but is built into the same shell as the record head.

**monitoring** — 1. Observing the characteristics of transmitted signals as they are being transmitted. 2. Listening to a communication service without disturbing it to determine its quality or freedom from trouble or interference.

**monitoring amplifier** — A power amplifier used primarily for evaluation and supervision of a program.

**monitoring key** — A key that, when operated, permits an attendant or operator to listen on a telephone circuit without causing appreciable impairment of transmission on the circuit.

**monitoring radio receiver** — A radio receiver for checking the operation of a transmitting station.

**monitors** — Programs that control the operation of an entire computer system. They often contain routines that tell the computer how to communicate with the outside world and how to allocate resources.

**monitor systems** — Programs that supervise other programs and keep computers functioning efficiently with a minimum of assistance from human operators.

**monkey chatter** — Garbled speech or music heard along with a desired program. This interference occurs when the side frequencies of an adjacent-channel station beat with the signal from the desired station.

**monoboard microcomputer** — See single-board microcomputer.

**monobrid** — A method of manufacturing an integrated circuit by using more than one monolithic chip within the same package.

**monobrid circuit** — An integrated circuit using combination of monolithic and multichip techniques by means of which a number of monolithic circuits or a monolithic device in combination with separate diffused or thin-film components are interconnected in a single package.

**monochromatic** — 1. Pertaining to or consisting of a single color. 2. Radiation of a single wavelength.

**monochromatic emissivity** — See total emissivity.

**monochromaticity** — The degree of response to one color.

**monochromatic light** — Light consisting of just one wavelength. No light is completely monochromatic. The closest approach is particular lines in the mercury 198 spectrum excited in a discharge tube with no electrodes.

**monochromatic sensitivity** — The response of a device to light of a given color only.

**monochromator** — An instrument used to isolate narrow portions of the spectrum by making use of the dispersion of light into its component colors.

**monochrome** — Also called black-and-white in referring to television. 1. Having only one chromaticity — usually achromatic, or black and white and all shades of gray. 2. Black and white with all shades of gray.

**monochrome channel** — In a color television system, any path intended to carry the monochrome signal (although it may carry other signals also).

**monochrome channel bandwidth** — The bandwidth of the path that carries the monochrome signal.

**monochrome signal** — 1. In a monochrome TV transmission, the signal wave that controls the luminance values in the picture. 2. In a color-television transmission signal wave, the portion with major control of luminance, whether displayed in color or monochrome.

**monochrome television** — Also called black-and-white television. Television in which the final reproduced picture is monochrome. That is, it has only shades of gray between black and white.

**monochrome transmission** — Also called black-and-white transmission. 1. In television, the transmission of a signal wave that represents the brightness (luminance) values in the picture, but not the color (chrominance) values.

**monoclinic** — A crystal structure in which two of the three axes are perpendicular to the third, but not to each other.

**monocord switchboard** — A local-battery telephone switchboard in which each line terminates in a single jack and plug.

**monocrystal** — A crystal of material that has a continuous lattice structure and orientation throughout its volume, in contrast with the multigrain structure of a polycrystal. Almost all semiconductor devices are fabricated from monocrystalline material.

**monocrystalline** — Material made up of a single continuous crystal.

**monoergic** — A type of emission in which the particles or radiations are produced with a small energy spread (i.e., a "line spectrum").

**monofier** — A complete master oscillator and power amplifier system contained in a single evacuated envelope. It is equivalent electrically to a stable low-noise oscillator, an isolator, and a two- or three-cavity klystron amplifier.

**monofilament** — A single-strand filament, as opposed to a braided or twisted filament.

A000122

# Webster's New World™
# COMPACT
# School and Office Dictionary

- Over 58,000 Entries
- Clear, Readable Type
- Based on the bestselling
  *Webster's New World Dictionary,®*
  *Third College Edition*

UPDATED

A000123

# Webster's
# NewWorld™
## C O M P A C T
# School and
# Office
# Dictionary

**VICTORIA NEUFELDT**
Editor in Chief

**ANDREW N. SPARKS**
Project Editor

MACMILLAN · USA

A000124

Macmillan General Reference
A Simon & Schuster Macmillan Company
15 Columbus Circle
New York, NY 10023

Copyright © 1995, 1989 by Simon & Schuster, Inc.
All rights reserved
including the right of reproduction
in whole or in part in any form

This book is based on and includes material from
Webster's New World Dictionary®,
Third College Edition, copyright © 1994.

A Webster's NEW WORLD™ Book
WEBSTER'S NEW WORLD DICTIONARY is a
registered trademark of Simon & Schuster, Inc.
MACMILLAN is a trademark of Macmillan, Inc.

*Dictionary Editorial Offices:*
*New World Dictionaries*
*850 Euclid Avenue*
*Cleveland, Ohio 44114*

Database service and principal typesetting
by Lexi-Comp, Inc., Hudson, Ohio.

Library of Congress Cataloging-in-Publication Data
Webster's New World compact school and office dictionary / Victoria
    Neufeldt, editor in chief,
Andrew N. Sparks, project editor.
        p.   cm.
    "Based on and includes material from Webster's New World
    dictionary, 3rd College ed., c1994"—Copyright info.
    ISBN 0-02-860311-7
    1. English language—Dictionaries.       I. Neufeldt, Victoria.
    II. Sparks, Andrew N.
    PE1628.W563   1995
    423—dc20                                                    94-46931
                                                                    CIP

Manufactured in the United States of America
1  2  3  4  5  6  7  8  9  10       95  96  97  98  99

A000125

**cool'ant** *n.* a fluid or other substance for cooling engines, etc.

**cool'er** *n.* 1 a container or room for keeping things cool 2 a cold, refreshing drink 3 [Slang] jail

**coo·lie** (kōō'lē) *n.* ‖ Hindi *quli*, servant ‖ an unskilled native laborer, esp. formerly, in India, China, etc.

**coon** (kōōn) *n. short for* RACCOON

**coon'skin'** *n.* the skin of a raccoon, used as a fur

**coop** (kōōp) *n.* ‖ < L *cupa*, cask ‖ a small pen as for poultry —*vt.* to confine as in a coop

**co-op** (kō'äp') *n.* [Colloq.] a cooperative

**coop·er** (kōōp'ər) *n.* ‖ see COOP ‖ one whose work is making or repairing barrels and casks —**coop'er·age'** (-ij') *n.*

**co-op·er·ate** or **co-op·er·ate** (kō äp'ər āt') *vi.* -at'ed, -at'ing ‖ < L co-, with + *opus*, work ‖ to act or work together with another or others —**co-op'er·a'tion** or **co-op'er·a'tion** *n.*

**co-op'er·a·tive** or **co-op'er·a·tive** (-ər ə tiv, -ər āt'iv) *adj.* 1 cooperating 2 owned collectively by members who share in its benefits —*n.* a cooperative store, etc.

**co-opt** (kō äpt', kō'äpt') *vt.* ‖ < L co-, with + *optare*, choose ‖ 1 to appoint as an associate 2 to get (an opponent) to join one's side

**co-or·di·nate** or **co-or·di·nate** (kō ôr'də nit; *also, and for v. always,* -də nāt') *adj.* ‖ < L co-, with + *ordo*, order ‖ 1 of the same order or importance [*coordinate* clauses in a sentence] 2 of coordination or coordinates —*n.* a coordinate person or thing —*vt.* -nat'ed, -nat'ing 1 to make coordinate 2 to bring into proper order or relation; adjust —**co·or'di·na'tor** or **co·or'di·na'tor** *n.*

**coordinating conjunction** a conjunction connecting coordinate words, clauses, etc. (Ex.: *and, but, nor*)

**co·or'di·na'tion** or **co·or'di·na'tion** *n.* 1 a coordinating or being coordinated 2 harmonious action, as of muscles

**coot** (kōōt) *n.* ‖ ME *cote* ‖ 1 a ducklike water bird 2 [Colloq.] an eccentric

**coot·ie** (kōōt'ē) *n.* [Slang] a louse

**cop** (käp) *vt.* **copped, cop'ping** ‖ prob. < L *capere*, take ‖ [Slang] to seize, steal, etc. —*n.* [Slang] a policeman —**cop out** [Slang] 1 to renege 2 to give up; quit

**co·part·ner** (kō pärt'nər, kō'pärt'-) *n.* a partner

**cope¹** (kōp) *vi.* **coped, cop'ing** ‖ < OFr *coper*, to strike ‖ 1 to fight or contend (*with*) successfully 2 to deal with problems, etc.

**cope²** (kōp) *n.* ‖ < LL *cappa* ‖ 1 a large, capelike vestment worn by priests 2 any cover like this

**cop·i·er** (käp'ē ər) *n.* 1 one who copies 2 a duplicating machine

**co-pi·lot** (kō'pī'lət) *n.* the assistant pilot of an airplane

**cop·ing** (kō'piŋ) *n.* ‖ < COPE² ‖ the top layer of a masonry wall

**co·pi·ous** (kō'pē əs) *adj.* ‖ < L *copia*, abundance ‖ plentiful; abundant —**co'pi·ous·ly** *adv.* —**co'pi·ous·ness** *n.*

**cop'-out'** *n.* [Slang] a copping out, as by reneging or quitting

**cop·per** (käp'ər) *n.* ‖ < LL *cuprum* ‖ 1 a reddish-brown, ductile, metallic chemical element 2 a reddish brown —*adj.* 1 of copper 2 reddish-brown —**cop'per·y** *adj.*

**cop'per·head'** *n.* a poisonous North American snake

**co·pra** (kä'prə, kō'-) *n.* ‖ Port < Hindi *khoprā* ‖ dried coconut meat, the source of coconut oil

**copse** (käps) *n.* ‖ < OFr *coper*, to strike ‖ a thicket of small trees or shrubs Also **cop·pice** (käp'is)

**cop·ter** (käp'tər) *n. short for* HELICOPTER

**cop·u·la** (käp'yōō lə) *n.,* pl. -las ‖ L, a link ‖ a verb form, as of *be, seem, appear,* etc., that links a subject with a predicate —**cop'u·la·tive** (-lāt'iv) *adj.*

**cop·u·late** (käp'yōō lāt') *vi.* -lat'ed, -lat'ing ‖ < L *co-, together + apere,* to join ‖ to have sexual intercourse —**cop'u·la'tion** *n.*

**cop·y** (käp'ē) *n., pl.* -ies ‖ < L *copia,* plenty ‖ 1 a thing made just like another 2 any of a number of books, magazines, etc. having the same contents 3 matter to be set in type 4 the words of an advertisement —*vt., vi.* **cop'ied, cop'y·ing** 1 to make a copy of 2 to imitate —**cop'y·ist** *n.*

**cop'y·cat'** (-kat') *n.* an imitator

**cop'y·right'** *n.* the exclusive right to the publication, sale, etc. of a literary or artistic work —*vt.* to protect (a book, etc.) by copyright

**cop'y·writ'er** *n.* a writer of copy, esp. for advertisements

**co·quette** (kō ket') *n.* ‖ Fr ‖ a girl or woman flirt —*vi.* -**quet'ted, -quet'ting** to flirt —**co·quet'tish** *adj.*

**cor-** *prefix* COM- Used before *r*

**coral** (kôr'əl) *n.* ‖ < Gr *korallion* ‖ 1 the hard skeleton secreted by certain marine polyps: reefs and atolls of coral occur in tropical seas 2 a piece of coral 3 a yellowish red —*adj.* of coral

**coral snake** a small, poisonous snake marked with coral, yellow, and black bands

**cor·bel** (kôr'bəl) *n.* ‖ < L *corvus*, raven ‖ a piece of stone, wood, etc. projecting from a wall and supporting a cornice, arch, etc.

**cord** (kôrd) *n.* ‖ < Gr *chordē* ‖ 1 a thick string 2 a measure of wood cut for fuel (128 cu. ft.) 3 a rib on the surface of a fabric 4 ribbed cloth 5 [*pl.*] corduroy trousers 6 *Anat.* any part like a cord 7 *Elec.* a slender cable —*vt.* to provide with cords

**cord'age'** (-ij') *n.* cords and ropes

**cor·dial** (kôr'jəl) *adj.* ‖ < L *cor*, heart ‖ warm; hearty; sincere —*n.* a liqueur —**cor·di·al'i·ty** (-jē al'ə tē) *n.* —**cor'dial·ly** *adv.*

**cor·dil·le·ra** (kôr'dil yer'ə, -də ler'ə) *n.* ‖ Sp < L *chorda*, a cord ‖ a system or chain of mountains

**cord·ite** (kôrd'īt') *n.* ‖ < CORD: It is stringy ‖ a smokeless explosive made of nitroglycerin, etc.

**cord·less** (kôrd'lis) *adj.* operated by batteries, as an electric shaver

**cor·don** (kôr'dən) *n.* ‖ see CORD ‖ 1 a line or circle of police, troops, etc. guarding an area 2 a cord or braid worn as a decoration —*vt.* to encircle with a cordon

**cor·do·van** (kôr'də vən) *n.* ‖ after *Córdoba*, Spain ‖ a soft, colored leather

**cor·du·roy** (kôr'də roi') *n.* ‖ prob. < CORD + obs. *duroy*, a coarse fabric ‖ a heavy, ribbed cotton fabric

**core** (kôr) *n.* ‖ prob. < L *cor*, heart ‖ 1 the central part of an apple, pear, etc. 2 the central part of anything 3 the most important part —*vt.* cored, cor'ing to remove the core of

**co·re·spond·ent** (kō'ri spän'dənt) *n.* ‖ CO- + RESPONDENT ‖ *Law* a person charged with having committed adultery with the wife or husband from whom a divorce is being sought

**co·ri·an·der** (kôr'ē an'dər) *n.* ‖ < Gr *koriandron* ‖ an annual herb with strong-smelling, seedlike fruit used as a flavoring

**cork** (kôrk) *n.* ‖ ult. < L *quercus*, oak ‖ 1 the light, thick, elastic outer bark of an oak tree (**cork oak**) 2 a piece of cork; esp., a stopper for a bottle, etc. 3 any stopper —*adj.* of cork —*vt.* to stop with a cork

**cork'screw'** *n.* a spiral-shaped device for pulling corks out of bottles —*adj.* spiral —*vi., vt.* to twist

**corm** (kôrm) *n.* ‖ < Gr *kormos*, a log ‖ a fleshy, underground stem of certain plants, as the gladiolus

**cor·mo·rant** (kôr'mə rənt) *n.* ‖ < L *corvus*, raven + *marinus*, marine ‖ a large, voracious sea bird

**corn¹** (kôrn) *n.* ‖ OE ‖ 1 a small, hard seed, esp. of a cereal grass 2 a) an American cereal plant with kernels growing in rows along a woody, husk-enclosed core (corncob); maize b) the kernels 3 [Brit.] grain, esp. wheat 4 the leading cereal crop in a place 5 [Colloq.] ideas, humor, etc. regarded as old-fashioned, trite, etc. —*vt.* to pickle (meat, etc.) in brine

**corn²** (kôrn) *n.* ‖ < L *cornu*, horn ‖ a hard, thick, painful growth of skin, esp. on a toe

**corn'ball'** (-bôl') *adj.* ‖ COHN¹, n. 5 + (SCREW)HALL ‖ [Slang] corny

**corn bread** bread made with cornmeal

**cor·ne·a** (kôr'nē ə) *n.* ‖ < L *cornu*, horn ‖ the transparent outer coat of the eyeball —**cor'ne·al** *adj.*

**cor·ner** (kôr'nər) *n.* ‖ < L *cornu*, horn ‖ 1 the point or place where lines or surfaces join and form an angle 2 the angle formed 3 any of the angles formed at a street intersection 4 a remote, secluded place 5

-adj. deep-red —vt., vi. to make or become crimson
**cringe** (krinj) vi. cringed, cring'ing 【 < OE cringan, to fall (in battle) 】 1 to draw back, crouch, etc., as when afraid; cower 2 to fawn
**crin·kle** (kriŋ'kəl) vi., vt. -kled, -kling 【see prec.】 1 to wrinkle 2 to rustle, as crushed paper —crin'kly, -kil·er, -kli·est, adj.
**crino·line** (krin'ə lin') n. 【Fr < It < crino, horsehair + lino, linen】 1 a coarse, stiff cloth used as a lining in garments 2 HOOP SKIRT
**crip·ple** (krip'əl) n. 【 < OE creopan, to creep 】 one who is lame or otherwise disabled —vt. -pled, -pling 1 to lame 2 to disable; impair
**cri·sis** (krī'sis) n., pl. -ses' (-sēz') 【L < Gr krinein, to separate 】 1 the turning point of a disease for better or worse 2 a decisive or crucial time, stage, or event
**crisp** (krisp) adj. 【 < L. crispus, curly 】 1 brittle; easily crumbled 2 fresh and firm 3 sharp and clear 4 fresh and invigorating 5 curled and wiry Also crisp'y —crisp'ly adv. —crisp'ness n.
**criss-cross** (kris'krôs') n. 【ME Christcros, Christ's cross 】 a mark or pattern made of crossed lines —adj. marked by crossing lines —vi. to mark with crossing lines —vi. to move crosswise —adv. 1 crosswise 2 awry
**cri·teri·on** (krī tir'ē ən) n., pl. -ri·a (-ē ə) or -ri·ons 【 < Gr krités, judge 】 a standard, rule, or test by which something can be judged
**critic** (krit'ik) n. 【 < Gr krinein, discern 】 1 one who judges books, music, plays, etc., as for a newspaper 2 one who finds fault
**crit'i·cal** (-i kəl) adj. 1 tending to find fault 2 of critics or criticism 3 of or forming a crisis; decisive —crit'i·cal·ly adv.
**crit'i·cism'** (-ə siz'əm) n. 1 the act of making judgments, esp. of literary or artistic work 2 a review, article, etc. expressing such judgment 3 censure 4 the art, principles, or methods of critics
**crit'i·cize'** (-ə sīz') vi., vt. -cized', -ciz'ing 1 to analyze and judge as a critic 2 to find fault (with) —crit'i·ciz·a·ble adj. —crit'i·ciz'er n.
**cri·tique** (kri tēk') n. 【Fr.】 a critical analysis or review —vt., vi. -tiqued', -tiqu'ing to criticize (a subject, art work, etc.)
**crit·ter** (krit'ər) n. dial. var. of CREATURE
**croak** (krōk) vi. 【echoic】 1 to make a deep, hoarse sound, as a frog does 2 [Slang] to die —vt. to utter in deep, hoarse tones — n. a croaking sound
**cro·chet** (krō shā') n. 【Fr, small hook 】 needlework done with one hooked needle —vi., vt. -cheted' (-shād'), -chet'ing to do, or make by, crochet —cro·chet'er (-shā'ər) n.
**crock** (kräk) n. 【OE crocca 】 an earthenware pot or jar —crock'er·y n.
**crocked** (kräkt) adj. 【 < crock, to disable 】 [Slang] drunk
**croc·o·dile** (kräk'ə dīl') n. 【 < Gr krokodilos, lizard 】 a large, lizardlike reptile of tropical streams, having a long, narrow head with massive jaws
**cro·cus** (krō'kəs) n., pl. -cus·es or -ci' (-sī') 【 < Gr krokos, saffron 】 a spring-blooming plant of the iris family, with fleshy underground stems and a yellow, purple, or white flower
**Croe·sus** (krē'səs) n. 【after Croesus, a wealthy king of ancient times 】 a very rich man
**crois·sant** (krwä sänt', krə sänt') n. 【Fr, crescent 】 a crescent-shaped, flaky bread roll
**Cro-Magnon** (krō mag'nən) adj. 【after Cro-Magnon cave in France 】 of a Stone Age type of tall human of the European continent
**crone** (krōn) n. 【 < MDu kronje, old ewe 】 an ugly, withered old woman
**crony** (krō'nē) n., pl. -nies 【 < Gr chronos, time 】 a close friend
**crook** (krook) n. 【 < ON krōkr, hook 】 1 a hooked or curved staff, etc.; hook 2 a bend or curve 3 [Colloq.] a swindler —vt., vi. crooked (krookt), crook'ing to bend or curve
**crooked** (krookt; for 2 & 3 krook'id) adj. 1 having a crook 2 not straight; bent 3 dishonest —crook'ed·ly adv. —crook'ed·ness n.
**crook'neck'** n. a squash with a long, curved neck

**croon** (krōōn) vi., vt. 【ME cronen 】 to sing or hum in a low, gentle tone —n. a low, gentle singing or humming —croon'er n.
**crop** (kräp) n. 【OE croppa, a cluster 】 1 a saclike part of a bird's gullet, in which food is stored before digestion 2 any agricultural product, growing or harvested 3 the yield of any product in one season or place 4 a group 5 the handle of a whip 6 a riding whip 7 hair cut close to the head —vt. cropped, crop'ping 1 to cut or bite off the tops or ends of 2 to reap 3 to cut short —crop out (or up) to appear unexpectedly
**crop'-dust'ing** n. the spraying of crops with pesticides from an airplane —crop'-dust' vi., vt.
**crop'per** n. 1 one that crops 2 a sharecropper —come a cropper [Colloq.] to come to ruin; fail
**cro·quet** (krō kā') n. 【Fr, dial. form of crochet, small hook 】 an outdoor game in which the players use mallets to drive a ball through hoops in the ground
**cro·quette** (krō ket') n. 【Fr < croquer, to crunch 】 a small mass of meat, fish, etc. fried in deep fat
**cro·sier** (krō'zhər) n. 【 < OFr croce 】 the staff carried by a bishop or abbot
**cross** (krôs) n. 【 < L crux 】 1 an upright post with a bar across it, on which the ancient Romans executed people 2 a representation of this as a symbol of the crucifixion of Jesus, hence of Christianity 3 any trouble or affliction 4 any design or mark made by two intersecting lines, bars, etc. 5 a crossing of varieties or breeds —vt., vi. 1 to make the sign of the cross (upon) 2 to place or lie across or crosswise 3 to intersect 4 to draw a line or lines across 5 to go or extend across 6 to meet and pass (each other) 7 to oppose 8 to interbreed (animals or plants) —adj. 1 lying or passing across 2 contrary; opposed 3 cranky; irritable 4 of mixed variety or breed —cross off (or out) to cancel as by drawing lines across — cross one's mind to come suddenly to one's mind — cross one's path to meet one —cross'ly adv.
**cross'bar'** n. a bar, line, or stripe placed crosswise
**cross'beam'** n. any transverse beam in a structure
**cross'bones'** n. a representation of two bones placed across each other, under a skull, used to symbolize death
**cross'bow'** (-bō') n. a weapon consisting of a bow set transversely on a wooden stock —cross'bow'man, pl. -men, n.
**cross'breed'** vt., vi. -bred' (-bred'), -breed'ing HYBRIDIZE —n. HYBRID (sense 1)
**cross'-coun'try** adj., adv. across open country or fields, as a race
**cross'cut'** saw a saw designed to cut across the grain of wood
**cross'-ex·am'ine** (-ig zam'in) vt., vi. -ined', -in'ing Law to question (a witness called by the opposing side) to challenge the witness's previous testimony — cross'-ex·am'i·na'tion n.
**cross'-eye'** n. an abnormal condition in which the eyes are turned toward each other —cross'-eyed' (-īd') adj.
**cross'hatch'** (-hach') vt., vi. to shade (a drawing) with two sets of parallel lines that cross each other
**cross'ing** n. 1 the act of passing across, intersecting, etc. 2 an intersection, as of streets 3 a place where a street, etc. may be crossed
**cross'piece'** n. a piece lying across another
**cross'-pol'li·nate** vt., vi. -nat'ed, -nat'ing to transfer pollen from the anther of (a flower) to the stigma of (a genetically different flower) —cross'-pol'li·na'tion n.
**cross'-pur'pose** n. a contrary purpose —at cross-purposes having a misunderstanding as to each other's purposes
**cross'-ref'er·ence** n. a reference from one part of a book, etc. to another —vt. -enced, -enc'ing to provide (an index, etc.) with cross-references —cross'-ref'er vt., vi.
**cross'road'** n. 1 a road that crosses another 2 [usually pl., often with sing. v.] a) the place where roads

A000127

motion picture FILM (n. 4)
**motion sickness** nausea, vomiting, etc. caused by the motion of a car, boat, etc.
**mo·ti·vate** (mōt′ə vāt′) vt. -vat·ed, -vat·ing to provide with, or affect as, a motive; incite —mo′ti·va′tion n.
**mo·tive** (mōt′iv) n. [< L. movere, to move] 1 an inner drive, impulse, etc. that causes one to act 2 incentive 2 MOTIF (sense 1) —adj. of or causing motion
**mo·tive** (mōt′iv) combining form moving, of motion [automotive]
**mot·ley** (mät′lē) adj. [< ?] 1 of many colors 2 of many different or clashing elements [a motley group] —n. a cross-country race for lightweight motorcycles
**mo·tor** (mōt′ər) n. [L < movere, to move] 1 anything that produces motion 2 an engine; esp., an internal-combustion engine 3 a machine for converting electric energy into mechanical energy —adj. 1 producing motion 2 of or powered by a motor 3 of, by, or for motor vehicles 4 of or involving muscular movements —vi. to travel by automobile
**mo′tor·bike′** n. [Colloq.] 1 a motor-driven bicycle 2 a light motorcycle
**mo′tor·boat′** n. a motor-driven boat, esp. a small one
**mo′tor·cade′** (-kād′) n. [MOTOR + -CADE] an automobile procession
**mo′tor·car′** n. an automobile
**mo′tor·cy·cle** (-sī′kəl) n. a two-wheeled vehicle propelled by an internal-combustion engine —mo′tor·cy′clist n.
**motor home** a motor vehicle with a truck chassis, outfitted as a traveling home
**mo·tor·ist** (mōt′ər ist) n. one who drives an automobile or travels by automobile
**mo′tor·ize′** (-īz′) vt. -ized′, -iz′ing to equip with a motor or with motor-driven vehicles —mo′tor·i·za′tion n.
**mo′tor·man** (-mən) n., pl. -men one who drives an electric streetcar or electric locomotive
**motor vehicle** an automotive vehicle, esp. an automobile, truck, or bus
**mot·tle** (mät′′l) vt. -tled, -tling [< MOTLEY] to mark with blotches, etc. of different colors —mot′tled adj.
**mot·to** (mät′ō) n., pl. -toes or -tos [It, a word] a word or saying that expresses the goals, ideals, etc., of a nation
**mould** (mōld) n., vt., vi. chiefly Brit., etc. sp. of MOLD¹, MOLD², MOLD³
**mould′ing** n. chiefly Brit., etc. sp. of MOLDING
**mould·y** (mōl′dē) adj. chiefly Brit., etc. sp. of MOLDY
**moult** (mōlt) vi. chiefly Brit., etc. sp. of MOLT
**mound** (mound) n. [< ? MDu mond, protection] a heap or bank of earth, sand, etc. —vt. to heap up
**mount¹** (mount) n. [< L mons] a mountain
**mount²** (mount) vi. [< L mons, mountain] 1 to climb or ascend 2 to climb up on something, as a horse 3 to increase in amount —vt. 1 to go up; ascend [to mount stairs] 2 to get up on (a horse, platform, etc.) 3 to provide with horses [mounted police] 4 to place or fix (a jewel, picture, etc.) on or in the proper support, backing, etc. 5 to arrange (a dead animal, etc.) for exhibition 6 to place (a gun) into proper position for use 7 to prepare for and undertake (an expedition, etc.) —n. 1 a mounting 2 a horse, etc. for riding 3 the support, setting, etc. on or in which a thing is mounted
**moun·tain** (mount′′n) n. [ult. < L mons] 1 a natural raised part of the earth, larger than a hill 2 a large pile, amount, etc. —adj. of or in mountains
**moun·tain·eer** (-ir′) n. 1 one who lives in a mountainous region 2 a mountain climber
**mountain goat** a long-haired, goatlike antelope of the Rocky Mountains
**mountain lion** COUGAR
**moun·tain·ous** adj. 1 full of mountains 2 like a mountain; esp., huge
**mountain sickness** weakness, nausea, etc. caused by thin air at high altitudes
**moun·te·bank** (mount′ə bank′) n. [< It montare, to mount + in, on + banco, bench] a charlatan or quack

**mount′ing** n. something serving as a backing, support, setting, etc.
**mourn** (môrn) vt., vi. [OE murnan] 1 to feel or express sorrow for (something regrettable) 2 to grieve for (someone who has died) —mourn′er n.
**mourn′ful** adj. 1 feeling or expressing grief or sorrow 2 causing sorrow
**mourn′ing** n. 1 the expression of grief, esp. at someone's death 2 black clothes, etc., worn as such an expression 3 the period during which one mourns
**mouse** (mous; for v. also mouz) n., pl. mice [OE mus] 1 any of many small rodents, esp. a species that commonly infests buildings 2 a timid person 3 [Slang] a black eye 4 a hand-held device for controlling the video display of a computer —vi. moused, mous′ing to hunt mice
**mousse** (mōōs) n. [Fr, foam] 1 a light, chilled dessert made with egg white, whipped cream, etc. 2 an aerosol foam used to keep hair in place, etc.
**mous·tache** (mus′tash′, mas tash′) n. var. of MUSTACHE
**mous·y** (mous′ē, mouz′-) adj. -i·er, -i·est of or like a mouse; specif., quiet, timid, drab, etc. Also mous′ey —mous′i·ness n.
**mouth** (mouth; for v. mouth) n., pl. mouths (mouthz) [OE muth] 1 the opening in the head through which food is taken in and sounds are made 2 any opening regarded as like this [the mouth of a jar, river, etc.] —vt. 1 to say, esp. insincerely 2 to form (a word) with the mouth silently —down [n (or at] the mouth [Colloq.] unhappy —mouth off [Slang] to talk loudly, impudently, etc.
**mouth′ful′** n., pl. -fuls′ 1 as much as the mouth can hold 2 as much as is usually taken into the mouth 3 a small amount 4 [Slang] a pertinent remark: chiefly in say a mouthful
**mouth organ** HARMONICA
**mouth′piece′** n. 1 a part, as of a musical instrument, held in or to the mouth 2 a person, periodical, etc. which expresses the views as of a group
**mouth′wash′** n. a flavored, often antiseptic liquid for rinsing the mouth
**mouth·wa′ter·ing** (-wôt′ər iŋ) adj. appetizing; tasty
**mouth′y** adj. -i·er, -i·est talkative, esp. in a bombastic or rude way —mouth′i·ness n.
**mou·ton** (mōō′tän′) n. [Fr, sheep] lambskin or sheepskin made to resemble beaver, seal, etc.
**mov·a·ble** (mōōv′ə bəl) adj. that can be moved from one place to another —n. 1 something movable 2 Law personal property, esp. furniture: usually used in pl. Also move′a·ble
**move** (mōōv) vt. moved, mov′ing [< L movere] 1 to change the place or position of 2 to set or keep in motion 3 to cause (to do, say, etc.) 4 to arouse the emotions, etc. of 5 to propose formally, as in a meeting —vi. 1 to change place or position 2 to change one's residence 3 to be active 4 to make progress 5 to take action 6 to be, or be set, in motion 7 to make a formal application (for) 8 to evacuate: said of the bowels 9 to be sold: said of goods —n. 1 act of moving 2 an action toward some goal 3 a change of residence 4 Chess, Checkers, etc. the act of moving a piece, or one's turn to move —move up to promote or be promoted —on the move [Colloq.] moving about from place to place
**move′ment** n. 1 a moving or manner of moving 2 an evacuation (of the bowels) 3 a change in the location of troops, etc. 4 organized action by people working toward a goal 5 the moving parts of a mechanism, as of a clock 6 Music a) a principal division of a symphony, etc. b) rhythm
**mov′er** n. one that moves; specif., one whose work is moving furniture, etc. for those changing residence
**mov·ie** (mōōv′ē) n. [< moving picture] FILM (n. 4) —the movies 1 the film industry 2 a showing of a film
**mow¹** (mō) vt., vi. mowed, mowed or mown (mōn), mow′ing [OE mawan] to cut down (grass, etc.) from (a lawn, etc.) —mow down 1 to cause to fall like cut

new plant can grow  b) such seeds collectively 2 the source of anything 3 [Archaic] descendants; posterity 4 sperm or semen —vt. 1 to plant with seeds 2 to remove the seeds from 3 to distribute (contestants in n tournament) so that the best players are not matched in early rounds —vi. to produce seed —go (or run) to seed 1 to shed seeds after flowering 2 to deteriorate, weaken, etc. —seed'er n. —seed'less adj.

**seed'ling** (-liŋ) n. 1 n plant grown from a seed 2 a young tree

**seed money** money to begin a long-term project or get more funds for it

**seed vessel** any dry, hollow fruit containing seeds Also **seed'case** n.

**seed'y** adj. -i-er, -i-est 1.full of seed 2 gone to seed 3 shabby, rundown, etc. —seed'i-ness n.

**seek** (sēk) vt. sought, seek'ing ‖ OE secan ‖ 1 to try to find; search for 2 to try to get 3 to aim at 4 to try; attempt [to seek to please] —seek'er n.

**seem** (sēm) vi. ‖ prob. < ON sœma, conform to ‖ 1 to appear to be [to seem happy] 2 to appear [seems to know] 3 to have the impression (with an infinitive) [I seem to have lost it]

**seem'ing** adj. that seems real, true, etc.; apparent — **seem'ingly** adv.

**seem'ly** adj. -lier, -li-est suitable, proper, etc. — **seem'li-ness** n.

**seen** (sēn) vt., vi. pp. of SEE[1]

**seep** (sēp) vi. ‖ OE sipian, to soak ‖ to leak through small openings; ooze —seep'age (-ij) n.

**seer** (sir) n. one who supposedly foretells the future —seer'ess n.fem.

**seer·suck'er** (sir'suk'ər) n. ‖ < Pers shir u shakar, lit., milk and sugar ‖ a crinkled fabric of linen, cotton, etc.

**see-saw** (sē'sô') n. ‖ < SAW[1] ‖ 1 a plank balanced at the middle on which children at play, riding the ends, rise and fall alternately 2 any up-and-down or back-and-forth motion or change —vt., vi. to move up and down or back and forth

**seethe** (sēth) vi. seethed, seeth'ing 1 to boil, surge, or bubble 2 to be violently agitated

**seg·ment** (seg'mant; for v., -ment) n. ‖ < L secare, to cut ‖ any of the parts into which something is separated; section —vt., vi. to divide into segments — **seg·men·ta'tion** n.

**seg·re·gate** (seg'rə gāt') vt. -gat'ed, -gat'ing ‖ < L se-, apart + grex, a flock ‖ to set apart from others; specif., to impose racial segregation on

**seg·re·ga'tion** n. the policy of compelling racial groups to live apart and use separate schools, facilities, etc. —seg're·ga'tion·ist n.

**se·gue** (seg'wā, sā'gwā) vi. -gued, -gue·ing ‖ It, (it follows) < L sequi, to follow ‖ to continue without break (to or into the next part) —n. an immediate transition to the next part

**sei·gnior** (sān'yər, sān yôr') n. ‖ < OFr seignor < L senior ‖ a feudal lord

**seine** (sān) n. ‖ < Gr sagēnē ‖ a large fishing net weighted along the bottom —vt., vi. seined, sein'ing to fish with a seine —sein'er n.

**seis·mic** (sīz'mik) adj. ‖ < Gr seismos, earthquake ‖ of or caused by an earthquake —seis'mi·cal·ly adv.

**seis'mo·graph'** (-ma graf') n. ‖ see prec. & -GRAPH ‖ an instrument that records the intensity and duration of earthquakes —seis'mo·graph'ic adj.

**seis·mol·o·gy** (sīz mäl'ə jē, sīs-) n. ‖ see SEISMIC & -LOGY ‖ the science dealing with earthquakes —seis'mo·log'ic (-ma lij'ik) or seis·mo·log'i·cal adj.

**seize** (sēz) vt. seized, seiz'ing ‖ < ML sacire ‖ 1 a) to take legal possession of  b) to capture; arrest 2 to take forcibly and quickly 3 to grasp suddenly 4 to attack or afflict suddenly [seized with pain] —sei'zure (sē'zhar) n.

**sel·dom** (sel'dəm) adv. ‖ OE seldan, strange ‖ rarely; infrequently

**se·lect** (sə lekt') adj. ‖ < L se-, apart + legere, to choose ‖ 1 chosen in preference to others 2 choice;

excellent 3 careful in choosing 4 exclusive —vt., vi. to choose or pick out —se·lect'ness n. —se·lec'tor n.

**se·lec'tion** (-lek'shan) n. 1 a selecting or being selected 2 that or those selected —se·lec'tive adj. —se·lec'tiv'i·ty n.

**selective service** compulsory military service set by age, fitness, etc.

**se·lect'man** (-mən) n., pl. -men one of a board of governing officers in most New England towns

**se·le·ni·um** (sə lē'nē əm) n. ‖ ModL < Gr selēnē, the moon ‖ a gray, nonmetallic chemical element: used in photoelectric devices

**se·le·nog·ra·phy** (sel'ə niig'rə fē) n. ‖ < Gr selēnē, moon + -GRAPHY ‖ the study of the physical features of the moon —se·le·nog'ra·pher n.

**self** (self) n., pl. selves ‖ OE ‖ 1 the identity, character, etc. of any person or thing 2 one's own person a distinct from all others 3 one's own welfare or interest —pron. [Colloq.] myself, himself, etc. [for self and wife] —adj. of the same kind, color, etc. [self trim]

**self-** prefix of, by, in, to, or with oneself or itself The following list includes some common compounds formed with self- that do not have special meanings:

| | |
|---|---|
| self-abasement | self-improvement |
| self-advancement | self-incrimination |
| self-appointed | self-induced |
| self-assertion | self-indulgence |
| self-command | self-indulgent |
| self-complacent | self-inflicted |
| self-deceit | self-knowledge |
| self-deception | self-love |
| self-defeating | self-perpetuating |
| self-delusion | self-pity |
| self-destruction | self-pollination |
| self-discipline | self-preservation |
| self-effacement | self-protection |
| self-employed | self-reproach |
| self-examination | self-sealing |
| self-fertilization | self-support |
| self-help | self-sustaining |
| self-imposed | |

**self'-ad·dressed'** adj. addressed to oneself [a self-addressed envelope]

**self'-as·sur'ance** n. confidence in oneself —self'-as·sured' adj.

**self'-cen'tered** adj. concerned only with one's own affairs; selfish

**self'-con·ceit'** n. too high an opinion of oneself; vanity

**self'-con'fi·dence** n. confidence in one's own abilities, etc. —self'-con'fi·dent adj.

**self'-con'scious** adj. unduly conscious of oneself as an object of notice; ill at ease —self'-con'scious·ly adv. —self'-con'scious·ness n.

**self'-con·tained'** adj. 1 keeping one's affairs to oneself 2 showing self-control 3 complete within itself

**self'-con·tra·dic'tion** n. 1 contradiction of oneself or itself 2 any statement containing elements that contradict each other —self'-con·tra·dic'to·ry adj.

**self'-con·trol'** n. control of one's own emotions, desires, actions, etc. —self'-con·trolled' adj.

**self'-de·fense'** n. defense of oneself or of one's rights, beliefs, actions, etc.

**self'-de·ni'al** n. denial or sacrifice of one's own desires or pleasures

**self'-de·struct'** vi. DESTRUCT

**self'-de·ter'mi·na'tion** n. 1 determination according to one's own mind; free will 2 the right of a people to choose its own form of government —self'-de·ter'mined adj.

**self'-dis·cov'er·y** n. a becoming aware of one's true potential, character, motives, etc.

**self'-ed'u·cat'ed** adj. educated by oneself, with little formal schooling

**self'-es·teem'** n. 1 belief in oneself 2 undue pride in oneself; conceit

**self'-ev'i·dent** adj. evident without need of proof or explanation

**self'-ex·plan'a·to'ry** adj. explaining itself; obvious

**self'-ex·pres'sion** n. expression of one's own personality, esp. in the arts

**self'-ful·fill'ing** adj. 1 bringing about one's own potential

A000129

**VD** venereal disease

**VDT** (vē'dē'tē') *n.* a video display terminal

**'ve** have: used in contractions *[we've seen it]*

**veal** (vēl) *n.* [ < L *vitulus*, calf ] the flesh of a young calf, used as food

**vec·tor** (vek'tər) *n.* [ < L *vehere*, to carry ] an animal that transmits a disease-producing organism

**Vel·da** (vel'də, vē'-) *n.* [Sans *veda*, knowledge ] any of four ancient sacred books of Hinduism —**Ve'dic** *adj.*

**Veep** (vēp) *n.* [*also* v-] vice-president

**veer** (vir) *vi., vt.* [ < Fr *virer*, turn around ] to change in direction; shift; turn —*n.* a change of direction

**veg·e·ta·ble** (vej'ə tə bal, vej'tə-) *adj.* [ see VEGETATE ] 1 of plants in general 2 of, from, or like edible vegetables —*n.* 1 any plant, as distinguished from animal or inorganic matter 2 a plant eaten whole or in part, raw or cooked

**veg'e·tar'i·an** (-ter'ē ən) *n.* one who eats no meat —*adj.* 1 of vegetarians 2 consisting only of vegetables

**veg·e·tate** (vej'ə tāt') *vi.* -tat'ed, -tat'ing [ < L *vegere*, quicken ] 1 to grow as plants 2 to lead a dull, inactive life —**veg'e·ta'tive** *adj.*

**veg'e·ta'tion** *n.* 1 a vegetating 2 plant life in general

**ve·he·ment** (vē'ə mənt) *adj.* [ < L *vehere*, carry ] 1 violent; impetuous 2 full of intense or strong passion —**ve'he·mence** or **ve'he·men'cy** *n.* —**ve'he·ment·ly** *adv.*

**ve·hi·cle** (vē'ə kəl) *n.* [ < L *vehere*, to carry ] 1 any device for carrying or conveying persons or objects 2 a means of expressing thoughts, etc. —**ve·hic'u·lar** (-hik'yōō lər) *adj.*

**veil** (vāl) *n.* [ < L *velum*, cloth ] 1 a piece of light fabric, as of net, worn, esp. by women, over the face or head 2 anything used to conceal, separate, etc. *[a veil of silence]* 3 a part of a nun's headdress —*vt.* 1 to cover with a veil 2 to hide or disguise —**take the veil** to become a nun

**veiled** (vāld) *adj.* 1 wearing, or covered with, a veil 2 concealed, hidden, etc. 3 not openly expressed

**vein** (vān) *n.* [ < L *vena* ] 1 any blood vessel carrying blood to the heart 2 any of the ribs of an insect's wing or of a leaf blade 3 a body of minerals occupying a fissure in rock 4 a lode 5 a streak of a different color, etc., as in marble 6 a distinctive quality in one's character, speech, etc. 7 a mood —*vt.* to mark as with veins

**Vel·cro** (vel'krō) *trademark for* a nylon material for fastenings, made up of matching strips with tiny hooks and adhesive pile, that are easily pressed together or pulled apart

**veld** or **veldt** (velt) *n.* [ < Afrik < MDu *veld*, field ] in South Africa, open grassy country, with few bushes or trees

**vel·lum** (vel'əm) *n.* [ < L *vitulus*, calf ] 1 a fine parchment prepared from calfskin, lambskin, etc. used for writing on or for binding books 2 a strong paper made to resemble this

**ve·loc·i·ty** (və läs'ə tē) *n., pl.* **-ties** [ < L *velox*, swift ] 1 quickness of motion; swiftness 2 rate of motion in a particular direction in relation to time

**ve·lour** or **ve·lours** (və loor') *n., pl.* **-lours'** (-loorz', -lour') [ Fr < L *villus*, shaggy hair ] a fabric with a soft nap like velvet

**ve·lum** (vē'ləm) *n., pl.* **-la** (-lə) [ L, a veil ] SOFT PALATE

**vel·vet** (vel'vət) *n.* [ < L *villus*, shaggy hair ] 1 a rich fabric of silk, rayon, etc. with a soft, thick pile 2 anything like velvet in texture —*adj.* 1 made of velvet 2 like velvet —**vel'vet·y** *adj.*

**vel'vet·een'** (-və tēn') *n.* a cotton cloth with a short, thick pile like velvet

**ve·nal** (vē'nəl) *adj.* [ L *venalis*, for sale ] open to, or characterized by, bribery or corruption —**ve'nal·ly** *adv.* —**ve·nal'i·ty** (vi nal'ə tē) *n.*

**vend** (vend) *vt., vi.* [ < L *venum dare*, offer for sale ] to sell (goods) —**vend'er** or **vend'or** *n.*

**ven·det·ta** (ven det'ə) *n.* [ It < L *vindicta*, vengeance ] a bitter quarrel or feud, as between families

**vending machine** a coin-operated machine for selling certain small articles

**ve·neer** (və nir') *vt.* [ < Fr *fournir*, furnish ] to cover with a thin layer of more costly material; esp., to cover (wood) with wood of finer quality —*n.* 1 a thin surface layer, as of fine wood, laid over a base of common material 2 superficial appearance *[a veneer of culture]*

**ven·er·a·ble** (ven'ər ə bəl) *adj.* worthy of respect or reverence because of age, dignity, etc. —**ven'er·a·bil'i·ty** *n.*

**ven·er·ate** (ven'ər āt') *vt.* -at'ed, -at'ing [ < L *venerari*, to worship ] to look upon with feelings of deep respect; revere —**ven'era'tion** *n.*

**ve·ne·re·al** (və nir'ē əl) *adj.* [ < L *venus*, love ] 1 of sexual intercourse 2 transmitted by sexual intercourse *[venereal disease]*

**Ve·ne·tian** (və nē'shən) *adj.* of Venice, its people, etc. —*n.* a native or inhabitant of Venice

**Venetian blind** [*also* v- b-] a window blind of thin, horizontal slats that can be set at any angle

**venge·ance** (ven'jəns) *n.* [ < L *vindicare*, avenge ] the return of an injury for an injury, as in retribution; revenge —**with a vengeance** 1 with great force or fury 2 excessively

**venge·ful** (venj'fəl) *adj.* seeking vengeance; vindictive —**venge'ful·ly** *adv.*

**ve·ni·al** (vēn'yəl, vē'nē əl) *adj.* [ < L *venia*, a grace ] that may be forgiven; pardonable *[a venial sin]*

**ve·ni·re·man** (və nī'rē man) *n., pl.* **-men** [ < ML *venire facias*, cause to come ] one of a group of people from among whom a jury will be selected

**ven·i·son** (ven'i zən, -sən) *n.* [ < L *venari*, to hunt ] the flesh of a deer, used as food

**ven·om** (ven'əm) *n.* [ < L *venenum*, a poison ] 1 the poison secreted by some snakes, spiders, etc. 2 malice

**ven'om·ous** *adj.* 1 full of venom; poisonous 2 spiteful; malicious

**ve·nous** (vē'nəs) *adj.* [ L *venosus* ] 1 of veins 2 designating blood carried in veins

**vent¹** (vent) *n.* [ < L *ventus*, wind ] 1 expression; release *[giving vent to emotion]* 2 a small opening to permit passage or escape, as of a gas —*vt.* 1 to make a vent in or for 2 to give release to; let out

**vent²** (vent) *n.* [ < L *findere*, to split ] a vertical slit in a garment

**ven·ti·late** (vent'l āt') *vt.* -lat'ed, -lat'ing [ < L *ventus*, wind ] 1 to circulate fresh air in (a room, etc.) 2 to provide with an opening for the escape of air, gas, etc. —**ven'ti·la'tion** *n.*

**ven'ti·la'tor** *n.* an opening or a device used to bring in fresh air and drive out foul air

**ven·tral** (ven'trəl) *adj.* [ < L *venter*, belly ] of, near, or on the belly

**ven·tri·cle** (ven'tri kəl) *n.* [ see prec. ] either of the two lower chambers of the heart —**ven·tric'u·lar** (-trik'yə lər) *adj.*

**ven·tril·o·quism** (ven tril'ə kwiz'əm) *n.* [ < L *venter*, belly + *loqui*, speak ] the art of speaking so that the voice seems to come from a source other than the speaker —**ven·tril'o·quist** *n.*

**ven·ture** (ven'chər) *n.* [ see ADVENTURE ] 1 a risky undertaking, as in business 2 something on which a risk is taken —*vt.* -tured, -tur·ing 1 to expose to danger or chance of loss 2 to express at the risk of criticism *[to venture an opinion]* —*vi.* to do or go at some risk

**ven'ture·some** (-səm) *adj.* 1 inclined to venture; daring 2 risky; hazardous Also **ven'tur·ous** (-əs)

**ven·ue** (ven'yōō') *n.* [ < L *venire*, come ] 1 *Law a)* the locality in which a cause of action or a crime occurs *b)* the locality in which a jury is drawn and a case is tried 2 the scene of a large gathering for some event

**Ve·nus** (vē'nəs) 1 the Roman goddess of love and beauty 2 the brightest planet in the solar system: see PLANET

**Venus' fly'trap'** a swamp plant with hinged leaves that snap shut, trapping insects

**Ve·nu·sian** (vi nōō'shən) *adj.* of the planet Venus —*n.* an imaginary inhabitant of Venus