Exhibit G

08 677100



**PATENT**

**PEARNE, GORDON, McCOY & GRANGER**
1200 Leader Building
Cleveland Ohio  44114-1401
(216) 579-1700

Attorney Docket No. 29520

Assistant Commissioner for Patents
Box PATENT APPLICATION
Washington, D.C. 20231

Sir:

       Transmitted herewith for filing by a small entity is the patent application of:

       Inventor:   John B. Adrain

       For:     "FACILITY MONITORING SYSTEM WITH
               IMAGE MEMORY AND CORRELATION"

       A Small Entity Declaration and two photocopies thereof are enclosed.

       Two sheets of informal drawings are included.

       Copies of references cited in the specification are enclosed, along with PTO Form
1449.

"Express Mail" mailing label number TB442952455US

Date of Deposit____July 9, 1996____

I hereby certify that this paper or fee is being deposited
with the United States Postal Service "Express Mail Post
Office to Addressee" service under 37 C.F.R. § 1.10 on the
date indicated above and is addressed to the Assistant
Commissioner for Patents, Washington, D.C. 20231.

Mary Ann Patsko
Printed Name of Person Mailing Paper or Fee

*Mary Ann Patsko*
Signature of Person Mailing Paper or Fee

PGM&G PT802

Page 1 of 2

## CLAIMS AS FILED

| For | Number | Rate | Fees |
|---|---|---|---|
| Total claims in excess of 20: | 12 × | $11.00 | $132.00 |
| Independent claims in excess of 3: | 0 × | $39.00 | $0.00 |
| Multiple dependent claims, if any, add surcharge of $125.00: | | | $0.00 |
| Non English Specification, add surcharge of $130.00: | | | $0.00 |
| | | Basic Fee | $375.00 |
| | | TOTAL FILING FEE | $507.00 |
| Assignment Recordal Fee of $40.00 | | | $0.00 |
| | | **TOTAL FEE** | **$507.00** |

A check in the amount of the Total Fee calculated above is enclosed.

The Commissioner is hereby authorized to charge any fees under 37 C.F.R. §§1.16 and 1.17 which may be required during the entire pendency of this application, or to credit any overpayment, to Deposit Account No. 16-0820, Order No. 29520.

Respectfully,

PEARNE, GORDON, McCOY & GRANGER

Michael W. Garvey, Reg. No. 35878

Date: 9 July 96

| BAR CODE LABEL | U.S. PATENT APPLICATION | | |
|---|---|---|---|

| SERIAL NUMBER | FILING DATE | CLASS | GROUP ART UNIT |
|---|---|---|---|
| 08/677,100 | 07/09/96 | 358 | 2615 |

**APPLICANT**

JOHN B. ADRAIN, SALT LAKE CITY, UT.

\*\*CONTINUING DATA\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
VERIFIED

_____

\*\*FOREIGN/PCT APPLICATIONS\*\*\*\*\*\*\*\*\*\*\*\*
VERIFIED

_____

FOREIGN FILING LICENSE GRANTED 08/20/96        \*\*\*\*\* SMALL ENTITY \*\*\*\*\*

| STATE OR COUNTRY | SHEETS DRAWING | TOTAL CLAIMS | INDEPENDENT CLAIMS | FILING FEE RECEIVED | ATTORNEY DOCKET NO. |
|---|---|---|---|---|---|
| UT | 2 | 32 | 2 | $507.00 | 29520 |

**ADDRESS**

PEARNE GORDON MCCOY & GRANGER
1200 LEADER BLDG
CLEVELAND OH 44114

**TITLE**

FACILITY MONITORING SYSTEM WITH IMAGE MEMORY AND CORRELATION

This is to certify that annexed hereto is a true copy from the records of the United States
Patent and Trademark Office of the application which is identified above.

By authority of the
COMMISSIONER OF PATENTS AND TRADEMARKS

Date _____        Certifying Officer _____

08-677,100

1                    **ABSTRACT OF THE DISCLOSURE**

2        A video image of a space is monitored and compared to a

3    reference image.  Correlation of the images indicates presence

4    of unwanted persons or objects or the occurrence of unwanted

5    events.  When programmed comparison criteria are met, an alarm

6    is activated, the space is displayed on a monitor, and the

7    image is stored in memory.  Reference images are stored during

8    dedicated or ongoing learn modes.

-21-



1   FACILITY MONITORING SYSTEM WITH
2        IMAGE MEMORY AND CORRELATION

3        BACKGROUND OF THE INVENTION

4   1.   Field of the Invention

5        This invention relates generally to the field of
6   monitoring and security and specifically to a system that
7   records images and identifies correlation or lack of
8   correlation with the images.

9   2.   Description of the Related Art

10       Video cameras are used for monitoring activity in myriad
11  locations and applications.   Commonly, a person views a
12  display showing a scene viewed by the cameras.   A single
13  display might receive input from several cameras or each
14  camera might have a dedicated display. Frequently, the person
15  is responsible for monitoring several displays, in addition
16  to other responsibilities.   The person cannot give undivided
17  attention to each monitor.   Even if the person is responsible
18  only for monitoring a single display, fatigue, boredom,
19  hypnosis, or other factors can cause the person to miss events
20  shown on the display.
21       Events recorded by the cameras are frequently stored on
22  tape or by some other memory device for subsequent review.
23  This permits replay and careful review, but monitoring is not

1    automatic and not coincident with the events being recorded.

2        Machine vision devices employing digital image processing

3    are used in manufacturing to test proper positioning, assembly

4    and construction of parts and components.  Numerous images of

5    parts or assemblies are successively compared to reference

6    images.   Correlation  and  other  characteristics  of  the

7    comparisons are determined.  If a part or assembly does not

8    meet selected criteria, it is determined to be defective and

9    is removed from the manufacturing operation.  Examples of such

10    devices and associated systems are shown in U.S. Patents Nos.

11    4,185,298;  4,704,694;  4,728,195;  4,972,359;  5,293,428;

12    5,367,439; 5,371,690; 5,426,509.

13                  SUMMARY OF THE INVENTION

14        The present invention provides a monitoring system having

15    a camera adapted for receiving images of a space to be

16    monitored.   An interpreter receives image data from the

17    camera, and a reference memory stores reference image data.

18    A comparator is connected for comparing image data from the

19    interpreter to image data from the reference memory according

20    to selected comparison criteria.  An output interface reports

21    results of the image data comparisons performed by the

22    comparator.

23        A programmer is provided for inputting the comparison

24    criteria to the comparator.  The programmer is connected for

25    inputting analysis criteria to the interpreter and the

26    interpreter is adapted for analyzing the image data according

1   to the analysis criteria.  The programmer is connected for
2   inputting learn criteria to the interpreter and the
3   interpreter is connected for storing image data from the
4   camera in the reference memory according to the learn and
5   analysis criteria.  The programmer is connected for inputting
6   learn criteria to the interpreter and the interpreter is
7   connected for storing image data from the camera in the
8   reference memory according to the learn criteria.   The
9   programmer is connected for inputting utilization criteria,
10  the output interface being adapted for reporting selected
11  comparison results according the utilization criteria.

12      A record memory is connected for storing image data from
13  the output interface.   The record memory is adapted for
14  storing information associated with the image data stored.
15  A video monitor is provided for displaying images from the
16  output interface.  A second camera is connected to provide
17  image data to the interpreter, wherein the interpreter derives
18  a three-dimensional image of the space and the reference
19  memory, comparator, and output interface are adapted for
20  processing three-dimensional image data.

21      The interpreter is adapted for storing in the reference
22  memory image data from the camera.  The interpreter is adapted
23  for periodically storing in the reference memory image data
24  from the camera according to learn criteria.   The reference
25  memory is adapted for storing image data for plural images and
26  the comparator is adapted for comparing image data from the
27  interpreter to image data for the plural images from the
28  reference memory according to selected comparison criteria.

-3-

1  The camera is mounted to a movable support, such as a vehicle,
2  and the space to be monitored changes according to movement
3  of the support.  Alternatively, the camera is mounted to a
4  stationary support.  The interpreter is adapted for dividing
5  image data into zones and the comparator is adapted for
6  comparing image data corresponding to the different zones with
7  image data from the reference memory according to different
8  comparison criteria for each zone.  The interpreter is adapted
9  for disregarding image data corresponding with a certain zone
10 selected according to selected analysis criteria.  The
11 comparator is adapted for sequentially comparing the image
12 data from the different zones and discontinuing comparison of
13 an image upon failure to meet the comparison criteria for the
14 zone being compared.  The interpreter is adapted for dividing
15 image data into zones and different criteria are applied to
16 different zones of the image data.

17     The invention also provides a method of monitoring a
18 space.  Method steps include receiving a first set of image
19 data from the space; identifying and selecting a portion of
20 the information to be stored according to analysis and learn
21 criteria; storing the selected information; receiving a second
22 set of image data from the space; identifying and selecting
23 a portion of the second set of image data to be analyzed
24 according to the analysis criteria; comparing the selected
25 portions of the sets of image data to each other so as to
26 determine a correlation of the images; and indicating whether
27 the correlation of the images meets selected comparison
28 criteria.

-4-

1    Additional steps include reporting results of the
2   comparison step according to utilization criteria;
3   establishing the analysis and learn criteria; establishing the
4   comparison criteria; and establishing the utilization
5   criteria.  The step of indicating includes recording image
6   data according to utilization criteria.  Plural sets of image
7   data are stored and the step of comparing the image data
8   comprises comparison of the plural sets of image data to one
9   of the sets of image data.  The image data are sequentially
10   received from different spaces.  The step of storing data
11   includes establishing baseline image data and subsequently
12   storing changes from the baseline data.  The portions of data
13   selected represent a zone of the space.  The steps are
14   repeated for selected data representing a different zone of
15   the space and at least one set of the analysis, learn, and
16   comparison criteria is different from the previous criteria.

17    The system according to the invention has application in
18   numerous situations where video or human monitoring is
19   presently utilized.  In addition, this system has application
20   where video and other forms of monitoring have been
21   ineffective.  For example, casinos can use this system for
22   identifying irregularities in the dealing and playing of cards
23   and other games.  Commercial facilities can use the system for
24   reliably identifying breaches of security with minimal false
25   alarms.  Law enforcement officials can use the system to
26   monitor license plates with mobile or stationary equipment for
27   identifying stolen vehicles.

-5-

1  **BRIEF DESCRIPTION OF THE DRAWINGS**

2      Fig. 1 shows a block diagram of a monitoring system

3  according to the invention; and

4      Fig. 2 shows a schematic diagram of another embodiment

5  of the invention.

6  **DESCRIPTION OF THE PREFERRED EMBODIMENTS**

7      Referring to Fig. 1, a monitoring system 10 includes

8  cameras 12, 13 for monitoring a space 14.  The space 14 can

9  be a room, an entry, a passage, or any other location.  The

10  cameras 12, 13 are mounted on stationary supports, such as

11  walls of the space 14.  In one embodiment, the camera 12 is

12  a digital video camera translating visible images into digital

13  electric signals. As discussed below, other cameras are also

14  suitable, such as analog or infrared.  A single camera can be

15  used for two dimensional images; Two cameras are used for

16  three-dimensional images, wherein an interpreter derives the

17  three-dimensional image from image data received from the two

18  cameras.   Additional cameras can be used for monitoring

19  different spaces or different characteristics of the same

20  space.  The cameras are connected to input image data to an

21  interpreter 16.  The interpreter 16 selects image data from

22  the cameras 12, 13 according to analysis criteria input from

23  a programmer 18.  Programming can be performed directly by

24  user inputs provided at the programmer or remotely, for

25  example by a modem using a computer with a program interface.

-6-

1    A reference memory 20 receives data from the interpreter 16

2    according to storage criteria input to the interpreter by the

3    programmer 18.   A comparator 22 receives data from the

4    interpreter 16 and reference memory 20 and compares these data

5    according to comparison criteria input by the programmer 18.

6    The comparator 22 determines a correlation between pixels from

7    the reference memory 20 and pixels from the interpreter 16.

8    If the comparator 22 determines that the correlation falls

9    within or outside of a selected range requiring action,

10   results of the comparison are input to an output interface 24,

11   such as an alarm panel, a memory interface, or a video monitor

12   interface.   The output interface 24 reports results of the

13   comparison by selecting comparison data to be stored or

14   otherwise utilized by a record memory 26 or monitor 28, for

15   example, connected to receive data from the output interface

16   according to criteria input by the programmer 18. Preferably,

17   the interpreter 16, programmer 18, reference memory 20,

18   comparator 22, and output interface 24 are integrated in a

19   microcomputer and associated software.

20        Using the programmer 18, a user inputs learn criteria,

21   including analysis and storage criteria for reference images

22   to be stored in the reference memory.  For example, the user

23   can instruct the interpreter 16 to identify and store in the

24   reference memory 20 a pixel representation of all stationary

25   objects on a shelf in the space 14 at a selected time.   The

26   interpreter 16 identifies the object images meeting the

27   programmed criteria, and stores the images in the reference

28   memory 20.  The reference memory can be divided into sections

-7-

1 for storing different types of data.  The reference memory can

2 include an archive section in which baseline image data are

3 stored.  After storing the baseline data, subsequent images

4 can be stored by storing only data that have changed from the

5 baseline.  According to user programming, the storing of

6 images can be repeated at selected times or continuously

7 according to the learn criteria.  For example, the stationary

8 objects can be identified at the same time every day, or when

9 a person whose image data is in the reference memory appears

10 in the space with a new person, the new person's image data

11 is stored in the reference memory.  Also, the learn criteria

12 can be automatically revised to create new learn criteria

13 according to image data from the interpreter and the current

14 learn criteria.

15  The user also programs analysis criteria for monitoring

16 the space.  For example, the interpreter 16 can monitor image

17 data from the camera 12 during certain time periods when the

18 images of the stationary objects are not supposed to be moved.

19  The user also inputs comparison criteria.  Comparison

20 criteria include selecting the images to be compared and a

21 range of correlation in which the monitored image is

22 sufficiently like the reference image for a particular

23 purpose.  For example, stationary object images and monitored

24 images are compared to determine whether any object previously

25 identified as stationary is not in its previous location.

26 Image data from the interpreter and the reference memory are

27 compared by the comparator 22 according to the comparison

28 criteria to determine correlation of the images.  For example,

-8-

1   if the location of an object in the image data from the

2   interpreter is not the same as the location of the same object

3   in the reference memory, then the comparator sends an alarm

4   signal to the output interface 24 indicating an alarm

5   condition.  Sensitivity of the correlation can be adjusted.

6   For example, the alarm condition can occur on any movement of

7   an object or only on complete absence of an object from the

8   space.    The comparison criteria can include events or

9   movements as well as stationary patterns.  For example, a

10   person's hand would be an acceptable stationary pattern, but

11   a pixel pattern representing sudden movement of the hand, such

12   as striking something, would represent an impermissible event

13   causing an alarm.  The alarm signal can include an image of

14   the space, an identification of the space or the object, the

15   time of the signal, or any other signal indicating that the

16   comparison criteria have been met or not met, as is

17   appropriate.   The output interface 24 selects and/or

18   translates the appropriate signals and forwards them to output

19   devices. For example, an audible alarm sounds and the monitor

20   28 shows the video image of the space 14 when the object is

21   moved, and the image, date and time of the movement of the

22   object is recorded in the record memory 26.    Multiple

23   monitoring system components can be connected to a single

24   output interface and monitor to monitor different spaces or

25   different parts of a space.  When an alarm condition arises

26   in one space, its output is sent to the monitor and can be

27   augmented by other information such as sound from the space

28   being monitored and information about the space or condition.

-9-

1      Learning and analysis can be performed separately or

2   coincidentally.   Learning can be accomplished directly by

3   entering a learn only mode and recording images in the

4   reference memory.     Learning can also be accomplished

5   indirectly, for example by association of new images with

6   previously learned images or by receiving new images during

7   permitted learning periods that coincide with monitoring

8   periods.

9      Referring to Fig. 2, the camera 12 can be mounted on a

10   mobile support, such as a vehicle 30.   The space 14 and

11   objects 32 being monitored change according to movement of the

12   vehicle 30.   For example, the camera can be mounted on a

13   police car and programmed to monitor license plate numbers.

14   The reference memory stores license numbers for stolen cars.

15   Analysis is limited to consistently sized characters within

16   a specified boundary, that is the rectangular shape of the

17   license plate. When the object 32 meets the analysis criteria

18   of a license plate, the number is compared to the numbers in

19   the reference memory.  When the comparison finds a match, an

20   appropriate alarm indicates discovery of a stolen car to

21   officers in the police car.   Information about the car and

22   possible occupants can be displayed as well.

23      The invention, as shown for example in Figs. 1 and 2, can

24   be used in numerous methods of operation.  The license plate

25   example utilizes a high degree of correlation between the

26   reference image and the monitored image.  Other aspects of the

27   invention, discussed previously and below, utilize lack of

28   correlation between the reference and monitored images to

-10-

1   trigger an alarm condition.  Combinations of these aspects can

2   also be used for different objects or spaces monitored by the

3   same system.

4        A  limited  access  entry  or  passage,  an  office  or

5   workspace, or a home can be monitored.  The learn criteria

6   identify persons permitted to be in the monitored space, image

7   data of their faces being stored in the reference memory.  The

8   space monitored is generally consistent so that the analysis

9   criteria ignore the environment and limit the analysis to the

10  faces of persons in the space.  The comparison criteria are

11  set to identify unauthorized persons in the space according

12  to comparison of persons in the space with persons in the

13  reference memory.  The comparison allows for variations in

14  appearance,  such  as  changes  in  hair  style  or  facial

15  expressions, by allowing pixel comparisons to vary within a

16  range and by focusing on less changeable parts, such as the

17  nose.

18       Sensitivity of the correlation can be varied within a

19  space being monitored.  Image data for a space can be divided

20  into zones in which different learn, analysis, comparison,

21  and/or utilization criteria apply.  For example, monitoring

22  roads to locate license plates, as described with reference

23  to Fig. 2, can also include monitoring the object vehicles 34.

24  License plate characters are uniform, so close correlation of

25  the reference and object in zone A is desired.  The color and

26  general outline of the object vehicle can also be analyzed,

27  however,  lesser correlation is desired in zone B because

28  different lighting can affect color and the amount of data

-11-

1    required for the comparison can be limited.  Also, assuming

2    the license plate characters match, close correlation of the

3    vehicle comparison may not be necessary.   An alternative

4    analysis and comparison would identify a license plate match

5    in zone A and then compare the vehicle outline in zone B.  If

6    the vehicle outline does not sufficiently correlate with the

7    image data corresponding to the license plate number, the

8    output interface would report that the license plate has been

9    switched from the vehicle on which the plate is supposed to

10   be mounted.

11       Images from different zones can be compared sequentially.

12   The results of a comparison in one zone can affect whether and

13   how a subsequent comparison is performed.   For example, the

14   results of a comparison in one zone can determine which zone

15   and/or what comparison criteria are used for a subsequent

16   comparison.

17       Another method monitors a consistent space, with many

18   different objects and persons.   The analysis is limited to

19   specifically defined movements or events possibly within a

20   specified zone.  For example, cheating at a casino black jack

21   table is monitored by identifying cards that move outside a

22   selected zone on the table.  Also, a person's hand or arm that

23   reaches from the players' side of the table into a forbidden

24   zone will trigger an alarm.   However, the dealer's arms and

25   the movement of cards in the playing zone are ignored.  Events

26   occurring away from the table are also ignored although they

27   might be recorded for the purpose of identifying the offending

28   player.

-12-

13

1    In some applications, all but very specific events can

2    be ignored.  For example, bank employees can be trained to

3    make a certain movement during a robbery.  To the uninitiated,

4    the signal appears innocuous, but the monitoring system is

5    programmed to recognize the movement and trigger an alarm.

6    Like a password, the movement can be changed and accordingly

7    reprogrammed in the system.

8    Data other than visual images can also be analyzed.  For

9    example, thermal images can be used to sense overheating of

10   equipment or fires in facilities.  Micropower impulse radar

11   (MIR) can be used to monitor spaces through smoke, walls, or

12   other opaque materials.  Different types of cameras or cameras

13   collecting different types of image data can be combined.  For

14   example, a thermal camera can monitor a space to sense a fire.

15   A radar camera can monitor the same space to sense whether

16   floors or walls have collapsed due to the fire.

17   Monitoring can be accomplished in real time or using

18   images collected previously.  For example, an amusement park

19   can use cameras located at different points in the park.

20   Analysis of traffic flow can be analyzed in real time based

21   on criteria selected prior to monitoring.  Results can be used

22   immediately    to    correct    for    unwanted    conditions.

23   Alternatively, the cameras can collect image data for storage.

24   At a later time, comparison can be made based on criteria

25   selected at the later time and the comparison results used to

26   establish a statistical database for future planning.

27   The present disclosure describes several embodiments of

28   the invention, however, the invention is not limited to these

-13-

14

1   embodiments.   Other variations are contemplated to be within

2   the spirit and scope of the invention and appended claims.

**CLAIMS**

**WHAT IS CLAIMED IS:**

1    ~~SUBP₁~~) 1.   A monitoring system comprising:

2                        *movably mounted*
                    a camera adapted for receiving images of a space to

3    be monitored;

4                    an interpreter for receiving image data from the

5    camera;

6                    a reference memory for storing reference image data;

7                    a comparator connected for comparing image data from

8    the  interpreter  to  image  data  from  the  reference  memory

9    according to selected comparison criteria; and

10                   an  output  interface  for  reporting  results  of  the

11   image data comparisons performed by the comparator.


1        2.   A system according to claim 1 further comprising a

2    programmer  for  inputting  the  comparison  criteria  to  the

3    comparator.


1        3.   A system according to claim 2 wherein the programmer

2    is  connected  for  inputting  analysis  criteria  to  the

3    interpreter and the interpreter is adapted for analyzing the

4    image data according to the analysis criteria.


1        4.   A system according to claim 3 wherein the programmer

2    is connected for inputting learn criteria to the interpreter

3    and the interpreter is connected for storing image data from

-15-

16

4    the camera in the reference memory according to the learn and

5    analysis criteria.

1        5.    A system according to claim 2 wherein the programmer

2    is connected for inputting learn criteria to the interpreter

3    and the interpreter is connected for storing image data from

4    the camera in the reference memory according to the learn

5    criteria.

1        6.    A system according to claim 2 wherein the programmer

2    is connected for inputting utilization criteria, the output

3    interface being adapted for reporting selected comparison

4    results according the utilization criteria.

1        7.    A system according to claim 1 wherein the camera is

2    movably mounted.

1        8.    A system according to claim 7 wherein the camera is

2    mounted on a vehicle.

1        9.    A system according to claim 1 further comprising a

2    record memory connected for storing image data from the output

3    interface.

1        10.   A system according to claim 9 wherein the record

2    memory is adapted for storing information associated with the

3    image data stored.

-16-

1    11.  A system according to claim 1 further comprising a

2    video monitor for displaying images from the output interface.


1    12.  A system according to claim 1 further comprising a

2    second camera connected to provide image data to the

3    interpreter, wherein the interpreter derives a three-

4    dimensional image of the space and the reference memory,

5    comparator, and output interface are adapted for processing

6    three-dimensional image data.


1    13.  A monitoring system according to claim 1 wherein the

2    interpreter is adapted for storing in the reference memory

3    image data from the camera.


1    14.  A monitoring system according to claim 1 wherein the

2    interpreter is adapted for periodically storing in the

3    reference memory image data from the camera according to learn

4    criteria.


1    15.  A monitoring system according to claim 1 wherein the

2    reference memory is adapted for storing image data for plural

3    images and the comparator is adapted for comparing image data

4    from the interpreter to image data for the plural images from

5    the reference memory according to selected comparison

6    criteria.


1    16.  A monitoring system according to claim 15 wherein

2    the camera is mounted to a movable support and the space to

-17-

3  be monitored changes according to movement of the support.

1      17.  A monitoring system according to claim 15 wherein
2  the camera is mounted to a stationary support.

1      18.  A monitoring system according to claim 1 wherein the
2  interpreter is adapted for dividing image data into zones and
3  the  comparator  is  adapted  for  comparing  image  data
4  corresponding to the different zones with image data from the
5  reference memory according to different comparison criteria
6  for each zone.

1      19.  A monitoring system according to claim 18 wherein
2  the  interpreter  is  adapted  for  disregarding  image  data
3  corresponding  with  a  certain  zone  selected  according  to
4  selected analysis criteria.

1      20.  A monitoring system according to claim 18 wherein
2  the comparator is adapted for sequentially comparing the image
3  data from the different zones and discontinuing comparison of
4  an image upon failure to meet the comparison criteria for the
5  zone being compared.

1      21.  A monitoring system according to claim 1 wherein the
2  interpreter is adapted for dividing image data into zones and
3  different criteria are applied to different zones of the image
4  data.

1   22.   A method of monitoring a space comprising the steps

2   of:

3                   receiving a first set of image data from the

4   space;

5                   identifying and selecting a portion of the

6   information to be stored according to analysis and learn

7   criteria;

8                   storing the selected information;

9                   receiving a second set of image data from the

10  space;

11                  identifying and selecting a portion of the

12  second set of image data to be analyzed according to the

13  analysis criteria;

14                  comparing the selected portions of the sets of

15  image data to each other so as to determine a correlation of

16  the images; and

17                  indicating whether the correlation of the

18  images meets selected comparison criteria.


1       23.   A method according to claim 22 further comprising

2   the step of reporting results of the comparison step according

3   to utilization criteria.


1       24.   A method according to claim 22 wherein the step of

2   indicating includes recording image data according to

3   utilization criteria.


1       25.   A method according to claim 22 further comprising

-19-

2    the step of establishing the analysis and learn criteria.


1        26.  A method according to claim 22 further comprising

2    the step of establishing the comparison criteria.


1        27.  A method according to claim 22 further comprising

2    the step of establishing the utilization criteria.


1        28.  A method according to claim 22 wherein plural sets

2    of image data are stored and the step of comparing the image

3    data comprises comparison of the plural sets of image data to

4    one of the sets of image data.


1        29.  A method according to claim 22 wherein the image

2    data are sequentially received from different spaces.


1        30.  A method according to claim 22 wherein the step of

2    storing data includes establishing baseline image data and

3    subsequently storing changes from the baseline data.


1        31.  A method according to claim 22 wherein the portions

2    of data selected represent a zone of the space.


1        32.  A method according to claim 31 wherein the steps are

2    repeated for selected data representing a different zone of

3    the space and at least one set of the analysis, learn, and

4    comparison criteria is different from the previous criteria.


-20-

## DECLARATION AND POWER OF ATTORNEY
(Sole Inventor)

I, John B. Adrain, hereby declare that I am a citizen of the United States of America and a resident of Salt Lake City, Utah; that I have reviewed and understand the content of the attached specification, including the claims (Pearne, Gordon, McCoy & Granger Docket No. 29520), and I believe that I am the original, first, and sole inventor of the subject matter which is claimed therein and for which a patent is sought on the invention or discovery entitled

"FACILITY MONITORING SYSTEM WITH IMAGE MEMORY AND CORRELATION"

and that I acknowledge my duty to disclose information of which I am aware which is material to the examination of this application, in accordance with Title 37, Code of Federal Regulations, Section 1.56.

I hereby designate the following as my mailing address and telephone number:

Pearne, Gordon, McCoy & Granger
1200 Leader Building
Cleveland, Ohio 44114
(216) 579-1700

and appoint each of the following as my attorneys with full power of substitution and revocation, to prosecute this application and to transact all business in the Patent and Trademark Office connected therewith:

| | |
|---|---|
| Charles B. Gordon, Reg. No. 16923 | John P. Murtaugh, Reg. No. 34226 |
| William C. McCoy, Reg. No. 16885 | James M. Moore, Reg. No. 32923 |
| Richard H. Dickinson, Jr., Reg. No. 18622 | David E. Spaw, Reg. No. 34732 |
| Thomas P. Schiller, Reg. No. 20677 | Michael W. Garvey, Reg. No. 35878 |
| David B. Deioma, Reg. No. 22841 | Mark E. Bandy, Reg. No. 35788 |
| Joseph J. Corso, Reg. No. 25845 | Paul R. Katterle, Reg. No. 36563 |
| Howard G. Shimola, Reg. No. 26232 | Richard M. Mescher, Reg. No. 38242 |
| Jeffrey J. Sopko, Reg. No. 27676 | |

I further declare that all statements made herein of my own knowledge are true and that all statements made herein on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the

PGM&G PT101

Page 1 of 2

United States Code, and that such willful false statements may jeopardize the validity of the application or any patent issuing thereon.

_____   Date   7-4-96
John B. Adrain

Post Office Address:          Box 299
                             Salt Lake City, Utah 84110

                                  UT



PATENT

THE UNITED STATES PATENT AND TRADEMARK OFFICE

Applicant:        John B. Adrain

Title:            "FACILITY MONITORING SYSTEM WITH IMAGE MEMORY
                  AND CORRELATION"

Docket No:        29520

## VERIFIED STATEMENT CLAIMING SMALL ENTITY STATUS

    I hereby declare that I am an independent inventor for purposes of paying reduced fees to the Patent and Trademark Office with regard to the above-entitled invention, described in the specification filed herewith.

    I have not assigned, granted, conveyed or licensed, and am under no obligation under contract or law to assign, grant, convey or license, any rights in the invention to any person or to any concern which would not qualify as a small business concern or a non-profit organization.

    I acknowledge the duty to file, in this application, notification of any change in status resulting in loss of entitlement to small entity status prior to paying, or at the time of paying, the earliest of the issue fee or any maintenance fee due after the date on which status as a small entity is no longer appropriate.

    I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code, and that such willful false statements may jeopardize the validity of the application, any patent issuing thereon, or any patent to which this verified statement is directed.

John B. Adrain

Date: _____7-4-96_____

PGM&O PT501                                              Page 1 of 1

PRINT OF DRAWINGS
AS ORIGINALLY FILED



Fig. 1

'T OF DRAWINGS
ORIGINALLY FILED

08 677100

FIG. 2