# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| JOHN B. ADRAIN, | Case No. 2:10-cv-173-JRG |
| Plaintiff, | |
| v. | NOTICE OF COMPLIANCE WITH THE COURT'S ORDER REGARDING SUMMARY JUDGMENT MOTIONS |
| VIGILANT VIDEO, INC.; and THE CITY OF PORT ARTHUR, TEXAS, | |
| Defendants. | |

In compliance with the Court's Order Regarding Summary Judgment Motions, Defendants Vigilant Video, Inc. and The City of Port Arthur, Texas, ("Defendants") file this Notice for their Letter to the Court requesting permission to file a Motion for Summary Judgment concerning the issues pertaining to "image data" as construed by this Court pursuant to this Court's *Markman Memorandum Opinion and Order* of July 5, 2012.

///

///

**Page 1 - NOTICE OF COMPLIANCE WITH THE COURT'S ORDER REGARDING SUMMARY JUDGMENT MOTIONS**

A copy of this letter is attached as Exhibit A.

DATED: July 26, 2012            THOMPSON & BOGRÁN, P.C.

                                s/Roy B. Thompson
                                _____
                                Roy B. Thompson, OSB 82501
                                15938 SW Quarry Rd., Suite B-6
                                Lake Oswego, OR 97035
                                Telephone: 503-245-6600
                                Cellphone: 503-381-9945
                                Facsimile: 503-244-8399
                                E-mail:    roythompson@comcast.net
                                Of Attorneys for Plaintiff Vigilant Video

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by facsimile transmission and/or first class mail this 26th day of July, 2012.

                                s/Roy Thompson
                                _____

Page 2 - **NOTICE OF COMPLIANCE WITH THE COURT'S ORDER REGARDING SUMMARY JUDGMENT MOTIONS**