IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| JOHN B. ADRAIN, <br><br> Plaintiff, <br><br> v. <br><br> VIGILANT VIDEO, INC.; and THE CITY OF PORT ARTHUR, TEXAS, <br><br> Defendants. | Case No. 2:10-cv-173 <br><br> LOCAL RULE CV-5(a)(7)(A) CERTIFICATION BY COUNSEL FOR VIGILANT VIDEO, INC., TO FILE REPLY BRIEF IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT UNDER SEAL |

## LOCAL RULE CV-5(a)(7)(A) CERTIFICATION OF PROTECTIVE ORDER ALLOW FILING UNDER SEAL

As Counsel for Vigilant Video, Inc. ("Vigilant"), I hereby certify that pursuant to the Protective Order filed in this matter (*see* Dkt No. 51), Vigilant has filed the Reply Brief in Support of Defendants Motion for Summary Judgment in this matter (*see* Dkt No. 138) under Seal due to inclusion of certain evidence subject to the Seal. Previously, Plaintiff filed his Opposition to Defendants' Joint Motion for Summary Judgment under Seal. Therefore, Vigilant submits this Reply Under Seal pursuant to said Order.

DATED: February 4, 2013

THOMPSON BOGRÁN, P.C.
/s/ Roy B. Thompson
Roy B. Thompson, (*pro hac vice*)
15938 SW Quarry Rd., Suite B-6
Lake Oswego, OR 97035
Telephone: 503-245-6600
Cellphone: 503-381-9945
Facsimile: 503-244-8399
E-mail: roythompson@comcast.net

Of Attorneys for Defendant Vigilant Video, Inc.

**Page 1** - LOCAL RULE CV-5(a)(7)(A) CERTIFICATION BY COUNSEL FOR VIGILANT VIDEO, INC., TO FILE REPLY BRIEF IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT UNDER SEAL

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing LOCAL RULE CV-5(a)(7)(A) CERTIFICATION BY COUNSEL FOR VIGILANT VIDEO, INC., TO FILE REPLY BRIEF IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT UNDER SEAL on the following:

<u>All Counsel Signed up for Electronic Notifications</u> - electronically via the Court's CM/ECF system.

DATED: February 4, 2013          **THOMPSON BOGRÁN, P.C.**

                                                          /s/ Roy B. Thompson
Roy B. Thompson, OSB 82501 (*pro hac vice*)
15938 Quarry Road, Suite B-6
Lake Oswego, OR 97035
Telephone:     503-245-6600
Cellphone:     503-381-9945
Facsimile:      503-244-8399
**E-mail:**        **roythompson@comcast.net**
Attorney for Defendant Vigilant Video Inc.