IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| JOHN B. ADRAIN, | § | |
| | § | |
| *Plaintiff*, | § | Case No. 2:10-cv-173 |
| | § | |
| vs. | § | **JURY TRIAL DEMANDED** |
| | § | |
| VIGILANT VIDEO, INC. and THE CITY OF PORT ARTHUR, TEXAS, | § § | |
| | § | |
| *Defendants*. | § | |

**JOHN B. ADRAIN'S SUR-REPLY IN SUPPORT OF ADRAIN'S OPPOSITION TO DEFENDANTS' MOTION FOR RECONSIDERATION OF THE COURT'S MAY 13, 2013 MEMORANDUM OPINION AND ORDER**

Defendants have failed to show that reconsideration of the Court's May 13, 2013 Memorandum Opinion and Order (Doc. 181) is appropriate or that the Court should change any of its decisions in the May 13, 2013 Order. Adrain disagrees with Vigilant's Reply, but for purposes of brevity, sets forth the following points:

- Vigilant argues that it is "highly prejudiced by the allowance of the Motion to Amend" and that the Court did not provide for "any discovery or other matters pertaining to expert reports, etc." (Doc. 218, p. 2). However, Vigilant still has not undertaken or attempted to undertake *any* discovery relating to the amended claims since the Court's Order. Further, Vigilant's "perceived likelihood of the Motion to Amend being granted diminish[ing]" does not excuse Vigilant's failure to conduct any discovery on these issues.

- Vigilant complains that MPEP § 2260.01 does not discuss "what happens when a base claim…is cancelled, but the intervening claim…is amended." (Doc. 218, p. 4). Vigilant is incorrect. MPEP § 2260.01 specifically states "[i]f a base patent claim has been rejected or

cancelled, any claim which is directly or *indirectly* dependent thereon should be allowed if it is otherwise allowable." MPEP § 2260.01 (emphasis added). Claim 6 is indirectly dependent upon original claim 1 of the '669 patent. Claim 6 was not reexamined and was "otherwise allowable," so it exists in its original form. The Court did not commit error in its application of MPEP § 2260.01.

For these reasons, as well as those detailed in Adrain's Opposition (Doc. 213), Adrain respectfully requests that Vigilant's motion be denied.

                                                  Respectfully submitted,

Dated: June 20, 2013         By:  /s/John T. Polasek
                                                  John T. Polasek
                                                  Texas Bar. No. 16088590
                                                  tpolasek@pqelaw.com
                                                  C. Dale Quisenberry
                                                  Texas Bar No. 24005040
                                                  dquisenberry@pqelaw.com
                                                  Jeffrey S. David
                                                  Texas Bar No. 24053171
                                                  jdavid@pqelaw.com
                                                  POLASEK, QUISENBERRY & ERRINGTON, L.L.P.
                                                  6750 West Loop South, Suite 920
                                                  Bellaire, Texas 77401
                                                  Telephone: (832) 778-6000
                                                  Facsimile: (832) 778-6010

                                                  Otis W. Carroll
                                                  State Bar No. 03895700
                                                  nancy@icklaw.com
                                                  Deborah Race
                                                  State Bar No. 16448700
                                                  fedserve@icklaw.com
                                                  IRELAND, CARROLL & KELLEY, P.C
                                                  6101 S. Broadway, Suite 500
                                                  P.O. Box 7879
                                                  Tyler, Texas 75711
                                                  Telephone: (903) 561-1600
                                                  Facsimile: (903) 581-1071

        S. Calvin Capshaw
        State Bar No. 03783900
        ccapshaw@capshawlaw.com
        Elizabeth L. DeRieux
        State Bar No. 05770585
        ederieux@capshawlaw.com
        Capshaw DeRieux, LLP
        114 East Commerce Avenue
        Gladewater, Texas  75647
        Telephone: (903) 236-9800
        Facsimile: (903) 236-8787

        Russell R. Smith
        State Bar No. 18682310
        rsmith@fairchildlawfirm.com
        Fairchild, Price, Haley, & Smith, L.L.P.
        1801 North Street
        Nacogdoches, Texas 75963-1668
        Telephone:  (936) 569-2327
        Facsimile:  (936) 569-7932


        *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served this 20th day of June, 2013, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by, electronic mail, facsimile transmission and/or first class mail on this same date.

/s/ John T. Polasek