IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| JOHN B. ADRAIN, <br><br> Plaintiff, <br><br> v. <br><br> VIGILANT VIDEO, INC.; and THE CITY OF PORT ARTHUR, TEXAS, <br><br> Defendants. | Case No. 2:10-cv-173 <br><br> **DEFENDANTS' NOTICE OF COMPLIANCE WITH THE COURT'S ORDER REGARDING SUMMARY JUDGMENT MOTIONS** |

In compliance with the Court's Order Regarding Summary Judgment Motions, Defendants jointly file this Notice for their Letter to the Court requesting permission to file a Motion for Summary Judgment concerning those issues set forth in the June 28, 2013 letter to the Court, attached hereto as Exhibit A.

DATED: June 28, 2013

THOMPSON ✦ BOGRÁN, P.C.

/s/ Roy B. Thompson
Roy B. Thompson, OSB 82501 *pro hac vice*
15938 Quarry Road, Suite B-6
Lake Oswego, OR 97035
Telephone:   503-245-6600
Facsimile:   503-244-8399
E-mail:      roythompson@comcast.net

Of Attorneys for Defendants Vigilant Video and
The City of Port Arthur, Texas

**Page 1 - DEFENDANTS' NOTICE OF COMPLIANCE WITH THE COURT'S ORDER REGARDING SUMMARY JUDGMENT MOTIONS**

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing **DEFENDANTS' NOTICE OF COMPLIANCE WITH THE COURT'S ORDER REGARDING SUMMARY JUDGMENT MOTIONS** on the following:

C. Dale Quisenberry         dquisenberry@pqelaw.com
John T. Polasek             tpolasek@pqelaw.com
Jeffrey Scott David         jdavid@pqelaw.com

**POLASEK QUISENBERRY & ERRINGTON, LLP**
6750 West Loop South, Suite 920
Bellaire TX   77401
Telephone:   832-778-6000
Facsimile:   832-778-6010
    Of Attorneys for Plaintiff

electronically via email

DATED: June 28, 2013            **THOMPSON ✦ BOGRÁN, P.C.**

                                 /s/ Roy B. Thompson
                                Roy B. Thompson, OSB 82501 *pro hac vice*
                                15938 Quarry Road, Suite B-6
                                Lake Oswego, OR 97035
                                Telephone:   503-245-6600
                                Facsimile:   503-244-8399
                                E-mail:      roythompson@comcast.net

                                Of Attorneys for Defendants Vigilant Video and
                                The City of Port Arthur, Texas

**CERTIFICATE OF SERVICE**