IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| JOHN B. ADRAIN, | Case No. 2:10-cv-173 |
| Plaintiff, | DECLARATION OF ROY B. THOMPSON |
| v. | |
| VIGILANT VIDEO, INC.; and THE CITY OF PORT ARTHUR, TEXAS, | |
| Defendants. | |

I, Roy B. Thompson, declare as follows:

1. I am an attorney representing defendant Vigilant Video, Inc. ("Vigilant") and The City of Port Arthur, Texas in this action. I make this Declaration from my personal knowledge and recollection.

2. Attached hereto and marked as Exhibit A is a true and accurate copy of the July 26, 2013 Office Action by the USPTO concerning the second reexamination of the '669 patent-in-suit in this case.

3. Attached hereto and marked as Exhibit B is a true and accurate copy of Defendants' Supplementary Brief Regarding USPTO Office Action Concerning US Patent No. 5,831,669.

*I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty for perjury.*

DATED: July 1, 2013        s/Roy B. Thompson

                                                      Roy B. Thompson