**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| JOHN B. ADRAIN § § v. § § Case No. 2:-10-V-173 -JRG VIGILANT VIDEO INC. and THE CITY § OF PORT ARTHUR, TEXAS § | |

**MOTION HEARING MINUTES
HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP**
July 3, 2013

**OPEN:   9:21 a.m.**                                                          **ADJOURN:   10:25 a.m.**

ATTORNEYS FOR PLAINTIFF:         Jeff Rambin
                                 Deborah Race
                                 Ted Polasek
                                 Dale Quisenberry

ATTORNEYS FOR DEFENDANTS:        Roy Thompson
                                 Mark Hubert

LAW CLERK:                       Jane Du

COURT REPORTER:                  Shelly Holmes, CSR

COURTROOM DEPUTY:                Jan Lockhart

Court opened.

9:25 a.m.    The Court heard argument on Defendants' Motions. Messrs. Thompson and Hubert argued on behalf of Defendant.   Messrs. Rambin and Polasek argued on behalf of Plaintiff.

After considering the evidence and argument of counsel, the Court made rulings.

10:25 a.m.    Court adjourned.